Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

E+R Manufacturing Co., Inc.
P.O. Box 68
Kirklin, IN 46050

2:06cv412 (cmp/smo. 20 days)

2. Article Number (Transfer from service label): 7004 2510 0005 7156 4025

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jacqueline Price  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jacqueline Price
C. Date of Delivery: 5-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes