IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>E & R MANUFACTURING CO., INC., )<br>et al. )<br>)<br>DEFENDANT(S). ) | CIVIL ACTION NO.:<br>2:06 CV0412-DRB |

### **JOINT RULE 26(F) REPORT**

Plaintiff David Jackson and Defendant E & R Manufacturing Co., Inc., submit this Joint Rule 26(f) Report pursuant to the Rule 26(f) Order of June 5, 2006.

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 8, 2006, by telephone and was attended by S. Mark Andrews for the Plaintiff and Steadman S. Shealy, Jr. for the Defendant.

2. Pre-Discovery Disclosures. The parties will exchange by June 30, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    (a) Discovery will be needed on the following subjects: the Plaintiff's claims, the Defendant's defenses, and the issue of damages.

    (b) All discovery will be commenced in time to be completed by May 30, 2007.

    (c) Maximum of forty interrogatories by each party to any other party.

  (d) Maximum of <u>15</u> depositions by Plaintiff and <u>15</u> by Defendant.

  (e) Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

  (f) Reports from retained experts under Rule 26(a)(2) due from Plaintiff by <u>November 1, 2006</u> and from Defendant by <u>December 1, 2006</u>.

  (g) Supplementations under Rule 26(e) due <u>March 31, 2007</u>.

4. Other Items.

  (a) The parties do not request a conference with the court before entry of the scheduling order.

  (b) The parties request a pretrial conference in <u>June, 2007</u>.

  (c) Plaintiffs should be allowed until <u>October 31, 2006</u>, to join additional parties and to amend the pleadings.

  (d) Defendants should be allowed until <u>January 30, 2007</u>, to join additional parties and to amend the pleadings.

  (e) All potentially dispositive motions should be filed by <u>March 1, 2007</u>.

  (f) Settlement cannot be evaluated prior to <u>April 30, 2007</u>.

  (g) Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by <u>May 1, 2007</u>, and exhibits by <u>June 1, 2007</u>.

  Final lists of witnesses under Rule 26(a)(3) should be due from Defendant by <u>May 15, 2007</u>, and exhibits by <u>June 15, 2007</u>.

  (h) Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  (i) The case should be ready for trial by <u>July 9, 2007</u>, and at this time is expected to take approximately <u>5</u> days.

This the 12th day of June, 2006.

| | |
|---|---|
| **/s/ S. Mark Andrews** | **/s/ Steadman S. Shealy, Jr.** |
| S. Mark Andrews | Steadman S. Shealy, Jr. |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| MORRIS, CARY, ANDREWS, TALMADGE, JONES & DRIGGERS | COBB, SHEALY, CRUM & DERRICK, P.A. |
| P. O. Box 1649 | P.O. Box 6346 |
| Dothan, AL 36302 | Dothan, Alabama 36302-6346 |
| Tel. (334) 792-1420 | Tel. (334) 677-3000 |
| Fax (334) 673-0077 | Fax (334) 677-0030 |
| E-mail: mandrews@mcatlaw.com | E-mail: sshealy@cobb-shealy.com |