IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN 29 A 9: 57

| | | |
|---|---|---|
| DAVID JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 2:06CV0412-WHA-DRB |
| E & R MANUFACTURING | ) | |
| COMPANY, INC., | ) | DEMAND FOR JURY TRIAL |
| CARY MACKEY, | ) | |
| Fictitious Defendants 1, 2, 3, 4, 5, | ) | |
| those persons, corporations, | ) | |
| or other legal entities who | ) | |
| or which manufactured, sold, | ) | |
| designed or participated | ) | |
| in the design of the | ) | |
| E & R Block Splitter Machine | ) | |
| which is the subject matter of this | ) | |
| lawsuit; | ) | |
| Fictitious Defendants 6, 7, 8, 9, 10, | ) | |
| Those persons, corporations, | ) | |
| or other legal entities | ) | |
| who had responsibility | ) | |
| for maintenance or repair of the | ) | |
| E& R Block Splitter machine | ) | |
| which is the subject matter | ) | |
| of this lawsuit; | ) | |
| Fictitious Defendants | ) | |
| 11, 12, 13, 14, 15, those persons, | ) | |
| corporations, or other legal entities | ) | |
| whose negligence, willfulness, | ) | |
| wantonness, or | ) | |
| other wrongful conduct caused the | ) | |
| injury to Plaintiffs; all of said | ) | |
| Fictitious parties are unknown to | ) | |
| Plaintiffs at this time, but will be | ) | |
| added by Amendment when | ) | |
| ascertained, | ) | |
| | ) | |
| Defendants. | ) | |

1

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

Comes Now the Plaintiff, David Jackson, in the above styled action and hereby moves upon this Court to allow him leave to amend his Complaint, saying as follows:

1.  This action was commenced on May 8, 2006. Since that time, Plaintiff has determined that additional defendants should be added into this action to allow complete adjudication of Plaintiff's claims.

2.  A Scheduling Order has been entered in this case and Plaintiff is within the time limit set forth in this Court's Scheduling Order to amend his Complaint and add additional defendants.

WHEREFORE, Plaintiff moves upon this Court for leave to amend his Complaint to add Defendant Cary Mackey as a defendant herein, and has attached hereto a copy of the proposed Amended Complaint.

Dated this 27 day of June, 2006.

S. Mark Andrews (AND063)
Attorney for Plaintiff
MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS
P.O. Box 1649
Dothan, Alabama  36302
(334) 792-1420

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the __27__ day of June, 2006 mailed a copy of the foregoing document, properly addressed and postage prepaid to the following:

Steadman Shealy, Esq.
Cobb, Shealy, Crum & Derrick
P.O. Box 6346
Dothan, AL 36302

_____
S. Mark Andrews (AND063)