IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID JACKSON, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:06cv412-WHA |
| | ) | |
| E&R MANUFACTURING COMPANY, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on Plaintiff's Motion for Leave to Amend Complaint (Doc. #8).  Upon examination of the proposed Amended Complaint the court finds it to be legally insufficient in the following respects:

1. It fails to allege the state of incorporation and the state of the principal office of the Defendant, E&R Manufacturing Company, Inc. in ¶ 2, and refers to the Defendant therein by a different name from that in the caption.

2. It fails to include the necessary jurisdictional averment as to citizenship of Cary Mackey, sought to be added as a Defendant.

3. It includes Fictitious Defendants and numerous averments as to them, although federal law does not authorize fictitious party practice.

Therefore, it is hereby ORDERED that Plaintiff is given until **July 28, 2006** to supplement its Motion by filing a new proposed Amended Complaint deleting fictitious defendants and adding necessary jurisdictional averments.

The court will consider the motion at that time.

Done this 17th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE