IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:06CV0412-WHA-DRB |
| E & R MANUFACTURING COMPANY, INC., | ) |
| CARY MACKEY, | ) DEMAND FOR JURY TRIAL |
| Defendants. | ) |

## RESPONSE TO ORDER TO SUPPLEMENT

Comes Now the Plaintiff, David Jackson, in the above styled action and in response to this Court's Order of July 17, 2006, hereby files a New Proposed Amended Complaint, by adding the State of Incorporation for Defendant E&R Manufacturing, Inc., and adding the citizenship averment for Defendant Cary Mackey. Plaintiff renews his Motion to allow him leave to amend his Complaint, saying as follows:

1. This action was commenced on May 8, 2006. Since that time, Plaintiff has determined that additional defendants should be added into this action to allow complete adjudication of Plaintiff's claims.

2. A Scheduling Order has been entered in this case and Plaintiff is within the time limit set forth in this Court's Scheduling Order to amend his Complaint and add additional defendants.

WHEREFORE, Plaintiff moves upon this Court for leave to amend his Complaint to add Defendant Cary Mackey as a defendant herein, and has attached hereto a copy of

1

the proposed Amended Complaint.

    Dated this __18th__ day of July, 2006.

                                                /s/ S. Mark Andrews
                                                **S. Mark Andrews (AND063)**
                                                Attorney for Plaintiff
                                                MORRIS, CARY, ANDREWS,
                                                TALMADGE, JONES & DRIGGERS
                                                P.O. Box 1649
                                                Dothan, Alabama  36302
                                                (334) 792-1420

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this the ____ day of July, 2006 mailed a copy of the foregoing document, properly addressed and postage prepaid to the following:

Steadman Shealy, Esq.
Cobb, Shealy, Crum & Derrick
P.O. Box 6346
Dothan, AL 36302

                                              _____
                                              S. Mark Andrews (AND063)