IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv412-WHA |
| E & R MANUFACTURING COMPANY, INC., et al., | ) |
|         Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint (Doc. #8), Plaintiff's Response to Order to Supplement (Doc. #10), and the Proposed Plaintiff's First Amended Complaint (Doc. #11), it is hereby

ORDERED that the Motion for Leave to Amend Complaint, as supplemented, is GRANTED, and Plaintiff's First Amended Complaint (Doc. #11) is allowed to be filed.

Plaintiff is DIRECTED to perfect service of his First Amended Complaint on the new Defendant, Carey Mackey, promptly.

DONE this 20th day of July, 2006.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE