IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 SEP 18 A 11: 05

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06CV0412-WHA-DRB |
| E & R MANUFACTURING ) | |
| COMPANY, INC., ) | DEMAND FOR JURY TRIAL |
| CARY MACKEY, ) | |
| BESSER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO AMEND SCHEDULING ORDER TO ALLOW EXTENSION OF DEADLINE FOR PLAINTIFF'S TO AMEND PLEADINGS AND ADD PARTIES

Comes Now the Plaintiff, David Jackson, in the above styled action and hereby moves upon this Court to amend the Scheduling Order in this case to extend the deadline for Plaintiff to add parties and/or amend pleadings saying as follows:

1.   Through initial disclosures and initial discovery responses, Plaintiff has learned the name of an additional Defendant, Besser Company, which needs to be added in this case.

2.   Once Besser Company is served and has answered in this case, this case will still be in its beginning discovery stages by the time the October 31, 2006 deadline for Plaintiff to add additional parties and/or amend pleadings arrives.   Plaintiff anticipates the possibility of learning the names of additional parties through discovery which may need to be potentially added after the first round of depositions in this case, which again have not yet been taken and will not be taken until right on the eve of the deadline to add parties and amend pleadings as it currently sits, October 31,2006.

3. Plaintiff therefore asks that this Court amend the Scheduling Order to extend the deadline for Plaintiff to add parties and/or amend pleadings for sixty (60) days, to December 31, 2006.

4. All other deadlines in the Scheduling Order will remain in tact and the trial setting and discovery cut-off will not be affected.

Dated this 14 day of September, 2006.

_____
S. Mark Andrews (AND063)
Attorney for Plaintiff
MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS
P.O. Box 1649
Dothan, Alabama 36302
(334) 792-1420

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 14 day of September, 2006 mailed a copy of the foregoing document, properly addressed and postage prepaid to the following:

Steadman Shealy, Esq.
Cobb, Shealy, Crum & Derrick
P.O. Box 6346
Dothan, AL 36302

T. Kelly May
Christopher S. Rodgers
Huie, Fernambucq & Stewart, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484

_____
S. Mark Andrews (AND063)

2