IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:06CV0412-WHA-DRB |
| E & R MANUFACTURING COMPANY, INC., | ) |
| CARY MACKEY, | ) DEMAND FOR JURY TRIAL |
| BESSER COMPANY, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

Comes Now the Plaintiff, David Jackson, in the above styled action and hereby moves upon this Court to allow him leave to amend his Complaint, saying as follows:

1. This action was commenced on May 8, 2006. Since that time, Plaintiff has determined that additional defendants should be added into this action to allow complete adjudication of Plaintiff's claims.

2. A Scheduling Order has been entered in this case and Plaintiff is within the time limit set forth in this Court's Scheduling Order to amend his Complaint and add additional defendants.

WHEREFORE, Plaintiff moves upon this Court for leave to amend his Complaint to add Defendant Besser Company as a defendant herein, and has attached hereto a copy of the proposed Second Amended Complaint.

Dated this 14 day of September, 2006.

**MOTION GRANTED**

SO ORDERED
THIS 20th DAY OF Sept., 2006

_____
UNITED STATES DISTRICT JUDGE

1