IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 SEP 18 A 11: 05

| | |
|---|---|
| DAVID JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:06CV0412-WHA-DRB |
| E & R MANUFACTURING COMPANY, INC., | ) |
| CARY MACKEY, | ) DEMAND FOR JURY TRIAL |
| BESSER COMPANY, | ) |
| Defendants. | ) |

**MOTION TO AMEND SCHEDULING ORDER TO ALLOW EXTENSION OF DEADLINE FOR PLAINTIFF'S TO AMEND PLEADINGS AND ADD PARTIES**

Comes Now the Plaintiff, David Jackson, in the above styled action and hereby moves upon this Court to amend the Scheduling Order in this case to extend the deadline for Plaintiff to add parties and/or amend pleadings saying as follows:

1. Through initial disclosures and initial discovery responses, Plaintiff has learned the name of an additional Defendant, Besser Company, which needs to be added in this case.

2. Once Besser Company is served and has answered in this case, this case will still be in its beginning discovery stages by the time the October 31, 2006 deadline for Plaintiff to add additional parties and/or amend pleadings arrives. Plaintiff anticipates the possibility of learning the names of additional parties through discovery which may need to be potentially added after the first round of depositions in this case, which again have not yet been taken and will not be taken until right on the eve of the deadline to add parties and amend pleadings as it currently sits, October 31, 2006.

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 2006
_____
UNITED STATES DISTRICT JUDGE

1