IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:06CV-0412-WHA-DRB** |
| **E & R MANUFACTURING CO.,** ) | |
| **INC., CARY MACKEY, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ANSWER OF DEFENDANT CARY MACKEY
### TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**COMES NOW** the Defendant, **CARY MACKEY**, and for Answer to the Plaintiff's Second Amended Complaint, states and shows as follows:

### THIRTY-FIRST DEFENSE

This Defendant adopts and incorporates its previously filed Answer to the Plaintiffs' First Amended Complaint as if fully set out herein.

Respectfully submitted,

/s/Christopher S. Rodgers
T. Kelly May, (ASB-6090-Y57T)
Christopher S. Rodgers (ASB-4665-G54C)
H. Cannon Lawley, (ASB-3905-L75H)
Attorneys for Defendant, Cary Mackey

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
TEL: (205) 251-1193
FAX: (205) 251-1256

01054572.1/3000-1177

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing on the following by placing a copy of same in the United States Mail, postage paid on this the **28th** day of **September, 2006**:

S. Mark Andrews, Esq.
MORRIS, CARY, ANDREWS,
   TALMADGE, JONES & DRIGGERS
P.O. Box 1649
Dothan, Alabama 36302-1649

Steadman Shealy, Esq.
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, Alabama 36302-6346

                                             /s/Christopher S. Rodgers
                                            OF COUNSEL

01054572.1/3000-1177