IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID JACKSON, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  Case No.: 2:06-CV-00412 |
| | * |
| E & R MANUFACTURING CO., INC., | * |
| et al. | * |
|     Defendants. | * |

**NOTICE OF APPEARANCE**

COME NOW Thomas T. Gallion, III, Constance C. Walker and the law firm of Haskell Slaughter Young & Gallion, LLC, and file this notice of appearance as counsel for the Defendant identified in the Second Amended Complaint as Besser Company.

Respectfully submitted this 10th day of October 2006.

                                            s/ Thomas T. Gallion, III
                                            s/Constance C. Walker
                                            Thomas T. Gallion, III   (ASB-5295-L74T)
                                            Constance C. Walker  (ASB-5510-L66C)
                                            Attorneys for Defendant Besser

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 (fax)
mp@hsy.com
ccw@hsy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

S. Mark Andres, Esq.
Morris, Cary, Andrews, Talmadge,
Jones & Driggers, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, AL 36302

Steadman S. Shealy, Jr.
Cobb, Shealy, Crum & Derrick
Post Office Box 6346
Dothan, AL 36302

Hugh Cannon Lawley
Christopher S. Rodgers
T. Kelly May
Huie, Fernambucq & Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL  35223-2484

                                            s/ Thomas T. Gallion, III
                                            Of Counsel

#17,936