**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2006

## NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** David Jackson v. E & R Manufacturing Company, Inc.

**Case Number:** 2:06cv00412-WHA

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 27 filed on October 10, 2006.**