**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **DAVID JACKSON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **Case No.: 2:06-CV-00412** |
| | * |
| **E & R MANUFACTURING CO., INC.,** | * |
| **et al.** | * |
| **Defendants.** | * |

**<u>NOTICE OF APPEARANCE</u>**

COME NOW Thomas T. Gallion, III, Constance C. Walker and the law firm of

Haskell Slaughter Young & Gallion, LLC, and file this notice of appearance as counsel

for the Defendant identified in the Second Amended Complaint as Besser Company.

Respectfully submitted this 10th day of October 2006.

s/ Thomas T. Gallion, III
s/Constance C. Walker
Thomas T. Gallion, III  (ASB-5295-L74T)
Constance C. Walker  (ASB-5510-L66C)
Attorneys for Defendant Besser

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 (fax)
mp@hsy.com
ccw@hsy.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

S. Mark Andres, Esq.
Morris, Cary, Andrews, Talmadge,
Jones & Driggers, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, AL 36302

Steadman S. Shealy, Jr.
Cobb, Shealy, Crum & Derrick
Post Office Box 6346
Dothan, AL 36302

Hugh Cannon Lawley
Christopher S. Rodgers
T. Kelly May
Huie, Fernambucq & Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL  35223-2484


s/ Thomas T. Gallion, III_____
Of Counsel


#17,936