IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:06CV0412-WHA-DRB |
| ) | |
| E &R MANUFACTURING ) | |
| COMPANY, INC., CARY MACKEY, ) | |
| BESSER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE FOR LAURIN D. QUIAT

COMES NOW, Constance C. Walker, one of the undersigned attorneys for the Defendant Besser Company, being a member in good standing of the Alabama State Bar and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, and pursuant to Local Rule 83.1(b), respectfully requests the entry of an Order admitting *pro hac vice* Laurin D. Quiat. In support of said motion, movant shows the Court as follows:

1.  Mr. Quiat is a partner in the law firm of Baker & Hostetler LLP, 303 East 17th Avenue, Suite 1100, Denver, Colorado 80203. He was admitted to practice law in the State of Colorado in 1985. His Colorado attorney registration number is 14687.

2.  Mr. Quiat was admitted to practice law in the United States District Court for the District of Colorado in 1985. As evidenced by the Certificate of Good Standing issued by the Clerk of said Court and attached hereto, Mr. Quiat is a member in good standing.

3.  In addition, Mr. Quiat was admitted to practice law in the United States Court of Appeals for the Tenth Circuit in 1986, the United States Court of Appeals for the Federal Circuit

in 1985, the United States Court of Appeals for the First Circuit in 2000, the United States District Court for the District of Nevada in 2000 and the United States District Court for the Eastern District of Michigan in 2004.

4. Mr. Quiat is in good standing to practice before all of the courts in which he is admitted. He is not currently suspended or disbarred in any court, and there are no disciplinary actions or investigations pending against him in any jurisdiction, and no discipline has previously been imposed on him in any jurisdiction.

5. Based on Mr. Quiat's on-going representation of Besser Company, the defendant Besser Company has requested to be represented by Mr. Quiat in this matter.

6. Mr. Quiat can materially assist in the representation of defendant Besser Company in this action and is qualified to handle the above referenced action before this Court.

7. Mr. Quiat has reviewed and is familiar with the Local Rules of United States District Court for the Middle District of Alabama.

WHEREFORE, THE PREMISES CONSIDERED, movant respectfully requests that this Court grant Laurin D. Quiat, a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this the 17th day of October, 2006.

/s/Constance C. Walker_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Besser Company

OF COUNSEL:
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2006, I electronically filed the foregoing ***Motion for Admission Pro Hac Vice for Laurin D. Quiat*** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing upon the following:

S. Mark Andrews
Morris Cary Andrews Talmadge Jones & Drigger, LLC
P.O. Box 1649
Dothan, AL 36302-1649
mandrews@mcatlaw.com

Steadman Shealy
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302-6346
sshealy@cobb-shealy.com

Hugh Cannon Lawley
T. Kelly May
Christopher S. Rodgers
Huie, Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
tkm@hfsllp.com
csr@hfsllp.com

                                          /s/Constance C. Walker_____
                                          OF COUNSEL