

# Certificate of Good Standing

United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**LAURIN D. QUIAT**
was duly admitted to practice in said court on
**June 3, 1985**
and is in good standing as a member of the bar of said court.

Dated: October 13, 2006        Gregory C. Langham, Clerk

By: _____
Deputy Clerk