**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:06CV0412-WHA-DRB |
| ) | |
| E &R MANUFACTURING ) | |
| COMPANY, INC., CARY MACKEY, ) | |
| BESSER COMPANY, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION PRO HAC VICE FOR WADE A. MITCHELL**

COMES NOW, Constance C. Walker, one of the undersigned attorneys for the Defendant Besser Company, being a member in good standing of the Alabama State Bar and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, and pursuant to Local Rule 83.1(b), respectfully requests the entry of an Order admitting *pro hac vice* Wade A. Mitchell. In support of said motion, movant shows the Court as follows:

1. Mr. Mitchell is a partner in the law firm of Baker & Hostetler LLP, 3200 National City Center, 1900 East 9th Street, Cleveland, Ohio 44114-3485. He was admitted to practice law in the State of Ohio in 1985. His Ohio attorney registration number is 0030647.

2. Mr. Mitchell was admitted to practice law in the United States District Court for the Northern District of Ohio in 1987. As evidenced by the Certificate of Good Standing issued by the Clerk of said Court and attached hereto, Mr. Mitchell is a member in good standing.

3. In addition, Mr. Mitchell was admitted to practice law in the United States Supreme Court in 1993, the United States Court of Appeals for the Federal Circuit in 1995, the

United States Court of Appeals for the Sixth Circuit in 1992, the United States Court of Appeals for the Armed Forces in 1986, the United States District Court for the Eastern District of Michigan 1990 and the United States District Court for the Southern District of Ohio in 2006.

4. Mr. Mitchell is in good standing to practice before all of the courts in which he is admitted. He is not currently suspended or disbarred in any court, and there are no disciplinary actions or investigations pending against him in any jurisdiction, and no discipline has previously been imposed on him in any jurisdiction.

5. Based on Mr. Mitchell's on-going representation of Besser Company, the defendant Besser Company has requested to be represented by Mr. Mitchell in this matter.

6. Mr. Mitchell can materially assist in the representation of defendant Besser Company in this action and is qualified to handle the above referenced action before this Court.

7. Mr. Mitchell has reviewed and is familiar with the Local Rules of United States District Court for the Middle District of Alabama.

WHEREFORE, THE PREMISES CONSIDERED, movant respectfully requests that this Court grant Wade A. Mitchell, a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this the 17th day of October, 2006.

/s/Constance C. Walker_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Besser Company

**OF COUNSEL:**
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of October, 2006, I electronically filed the foregoing ***Motion for Admission Pro Hac Vice for Wade A. Mitchell*** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing upon the following:

S. Mark Andrews
Morris Cary Andrews Talmadge Jones & Drigger, LLC
P.O. Box 1649
Dothan, AL 36302-1649
mandrews@mcatlaw.com

Steadman Shealy
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302-6346
sshealy@cobb-shealy.com

T. Kelly May
Christopher S. Rodgers
Huie, Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
tkm@hfsllp.com
csr@hfsllp.com

                /s/Constance C. Walker_____
                OF COUNSEL