# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA : : ss.
NORTHERN DISTRICT OF OHIO

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division, **DO HEREBY CERTIFY**, that Wade A. Mitchell    Bar No. # 0030647, was duly admitted to practice in said Court on July 17, 1987, and is in good standing as a member of the bar of said Court.

Dated at: Cleveland, Ohio

on: **October 10, 2006**

**GERI M. SMITH**
**Clerk of Court**

By: 
Deputy Clerk