

# Certificate of Good Standing

United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**CORY MURRAY CURTIS**
was duly admitted to practice in said court on
**November 12, 2003**
and is in good standing as a member of the bar of said court.

Dated: October 13, 2006          Gregory C. Langham, Clerk

                                 By: _____
                                        Deputy Clerk