**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 18, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Jackson v. E & R Manufacturing Company, Inc.

Case Number:    2:06cv00412-WHA

Referenced Pleading:    Request for Admissions

Docket Entry Number:    31

**The referenced pleading was filed on \*\*\*October 17, 2006\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #31 docketing entry, which has been stricken from the record as a docketing error.**