IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv412-WHA |
| | ) |
| E & R MANUFACTURING COMPANY, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motions to Admit Pro Hac Vice (Docs #32, 33 and 35), filed on behalf of Wade A. Mitchell, Cory M. Curtis, and Laurin D. Quiat, and it appearing that Wade A. Mitchell is a member in good standing of the United States District Court for the Northern District of Ohio, and Cory M. Curtis and Laurin D. Quiat are members in good standing of the United States District Court for the District of Colorado, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE