IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv412-WHA |
| | ) |
| E&R MANUFACTURING COMPANY, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Motion for Leave to Modify Scheduling Order (Doc. #30), and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The court will enter an amended scheduling order consistent with the proposals contained in the motion.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE