IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:06CV-0412-WHA-DRB** |
| **E & R MANUFACTURING CO.,** ) | |
| **INC., CARY MACKEY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendant, **KARRY MACKEY**., and moves this Honorable Court to enter the enclosed Protective Order in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Respectfully submitted,

\s\ Christopher S. Rodgers
Christopher S. Rodgers   (ROD008)
Jacob W. Crawford   (CRA053)
Attorneys for the Defendant,
**TYSON FOODS, INC.**

**OF COUNSEL:**
**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

\s\ Christopher S. Rodgers
Of Counsel

**OF COUNSEL**:
S. Mark Andrews, Esq.
MORRIS, CARY, ANDREWS,
   TALMADGE, JONES & DRIGGERS
P.O. Box 1649
Dothan, Alabama 36302-1649

Steadman Shealy, Esq.
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, Alabama 36302-6346

Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
305 South Lawrence Street
P. O. Box 4660
Montgomery, AL 36103-7945

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DAVID JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:06CV-0412-WHA-DRB** |
| **E & R MANUFACTURING CO.,** ) | |
| **INC., CARY MACKEY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PROTECTIVE ORDER

_____Counsel for all parties are hereby granted the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure, to obtain from all health care providers and health plans all information relating to the past, present, or future physical condition of any individual who is a party to the case (or, the decedent of a party), as well as all information relating to the provision of health care to such individual and payment for the provision of such health care.  This Protective Order is intended to help the parties and third parties who receive subpoenas from the parties comply with the requirements of the federal HIPAA Privacy Rules, 45 C.F.R. § 164.512 (3), AS A "QUALIFIED PROTECTIVE ORDER" UNDER THAT REGULATION.  This Protective Order expressly authorizes disclosure of "Protected Health Information" as defined in the Privacy Rules by the parties and third parties to counsel for the parties, subject to timely objection to the notice provision of ARCP 34.  The Parties and counsel for the Parties may use and disclose such information for the purpose of this proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

    DONE and ORDERED this _____ day of _____, 2006.


                                            _____
                                            FEDERAL COURT JUDGE