IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 2:06CV-0412-WHA |
| E & R MANUFACTURING CO., | ) | |
| INC., CARY MACKEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION
## AND
## PROTECTIVE ORDER

After review of the *Motion for Protective Order* filed by Defendant Karry Mackey (Doc.42, Nov. 20, 2006), and upon notice that Plaintiff does not oppose the *Motion*, it is **ORDERED** that the motion is **GRANTED**. Accordingly, the parties shall be governed by the following PROTECTIVE ORDER.

**PROTECTIVE ORDER**

Counsel for all parties are hereby granted the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure, to obtain from all health care providers and health plans all information relating to the past, present, or future physical condition of any individual who is a party to the case (or, the decedent of a party), as well as all information relating to the provision of health care to such individual and payment for the provision of such health care.

This Protective Order is intended to help the parties and third parties who receive subpoenas from the parties comply with the requirements of the federal HIPAA Privacy Rules, 45 C.F.R. § 164.512 (3), AS A "QUALIFIED PROTECTIVE ORDER" UNDER THAT REGULATION. This

Protective Order expressly authorizes disclosure of "Protected Health Information" as defined in the Privacy Rules by the parties and third parties to counsel for the parties, subject to timely objection to the notice provision of Rule 34, Federal Rules of Civil Procedure.

    The Parties and counsel for the Parties may use and disclose such information for the purpose of this proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

    Done this 28th day of November, 2006.

                                                    /s/ **Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATES MAGISTRATE JUDGE