IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06CV-0412-WHA-DRB |
| E & R MANUFACTURING CO., INC., CARY MACKEY, et al., | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Parties, Plaintiff, **DAVID JACKSON,** and Defendant, **CARY MACKEY,** by and through their respective counsel, and show unto the Court that the issue between the Plaintiff and Defendant, Cary Mackey, namely that Mr. Mackey removed a guard from the block splitting machine, is not supported by evidence. Further, the Parties show unto the Court that there is no evidence that Mr. Mackey removed or otherwise altered guarding for the block splitting machine. Therefore, the Parties stipulate that the Defendant, Cary Mackey, is due to be dismissed as a party to this litigation.

\s\ S. Mark Andrews
S. Mark Andrews
Attorney for the Plaintiff

**OF COUNSEL:**
MORRIS, CARY, ANDREWS,
   TALMADGE, JONES & DRIGGERS
3334 Ross Clark Circle
P.O. Box 1649
Dothan, Alabama 36302-1649

\s\ Christopher S. Rodgers
Christopher S. Rodgers
Attorneys for the Defendant,
**CARY MACKEY**

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL OF RECORD:**

Cory M. Curtis, Esq.
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Steadman Shealy, Esq.
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, Alabama 36302-6346

Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
305 South Lawrence Street
P. O. Box 4660
Montgomery, AL 36103-7945

\s\ Christopher S. Rodgers