Of Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | 2:06CV-0412-WHA-DRB |
| **E & R MANUFACTURING CO.,** | ) | |
| **INC., CARY MACKEY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed with the Court this date, it is hereby ORDERED, ADJUDGED and DECREED that all claims of the Plaintiff, **DAVID JACKSON,** against Defendant, **CARY MACKEY,** be and hereby are DISMISSED with prejudice with each party to pay costs of Court as incurred, and with Plaintiff to satisfy any valid and outstanding liens or subrogation interests.

Done and executed this ___ day of _____, 2007.

_____
**FEDERAL COURT JUDGE**

cc:  S. Mark Andrews, Esq.
     Christopher S. Rodgers, Esq.
     Cory M. Curtis, Esq.
     Steadman Shealy, Esq.
     Thomas T. Gallion, III, Esq.
     Constance C. Walker, Esq.