IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID JACKSON,                          )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )      CIVIL ACTION NO. 2:06cv412-WHA
                                        )
E & R MANUFACTURING CO., INC.,          )
et al.,                                 )
                                        )
                    Defendants.         )

## ORDER

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #44), filed

on June 21, 2007, and for good cause shown, it is hereby

ORDERED that Cary Mackey is DISMISSED with prejudice as a party Defendant. The

case shall proceed against the remaining Defendants.

DONE this 3rd day of July, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE