**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 2:06-CV0412-WHA |
| | ) | |
| **E & R MANUFACTURING CO., INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, E & R Manufacturing, Co., Inc., and moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter summary judgment on its behalf on all claims asserted by the Plaintiff, David Jackson, as there is no genuine issue of any material fact, and the Defendant, E & R Manufacturing, Co., Inc., is entitled to judgment as a matter of law. Defendant's Motion is based upon the following:

1.   The pleadings;

2.   A narrative summary of undisputed facts;

3.   The deposition of David Jackson, with exhibits;

4.   The deposition of John Stephens, with exhibits;

5.   The deposition of Karry Mackey, with exhibits; and

6.   The Defendant's Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith.

7.    This Defendant adopts any and all issues covered by co-Defendant Besser Company in its Summary Judgment Motion/Brief.

RESPECTFULLY submitted this the 31st day of July, 2007.

/s/ Steadman S. Shealy, Jr._____
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendant E &R Mfg. Co., Inc.

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
2346 West Main Street
Suite 1
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel: (334) 677-3000
Fax: (334) 677-0030

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Mark Andrews
3334 Ross Clark Circle
Post Office Box 1649
Dothan, Alabama 36302

Cory Curtis
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

Christopher S. Rodgers
T. Kelly May
Huie, Fernambucq & Stewart, LLP
Three Protective Center
Suite 200
2801 Highway 280 South

Constance C. Walker
Thomas T. Gallion, III
Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, Alabama 36103-4660

This the 31st day of July, 2007.

/s/ Steadman S. Shealy, Jr._____
OF COUNSEL