1    Q.    Were you using?

2    A.    Yes, sir.

3    Q.    Have you used drugs since this accident?

4    A.    No.

5    Q.    Now listen to my question.

6

7            MR. ANDREWS:   Since this

8       accident.

9

10   A.    Other than my medical drugs, yeah.   No

11   illegal drugs.

12

13           MR. ANDREWS:   He's not talking

14      about just cocaine.   He's wanting to

15      know if you've used marijuana, cocaine,

16      or any other kind of drug since this

17      accident.

18

19   A.    Oh, yeah, yeah.   I've used marijuana.

20   Q.    What else?

21   A.    Methadone.   I got some from a friend of

22   mine in Alabama when I was there when I run out of

23   meds and my hand was hurting.

1 Q. How often have you used marijuana?

2 A. I ain't used it -- it's been a while, a

3 good while.  I couldn't say how often because I

4 don't use it no more.

5 Q. How many times did you use it just right

6 after the accident?

7 A. Probably just a few times.  A couple

8 times, maybe.

9 Q. Did you ever do cocaine?

10 A. No.

11 Q. Did you ever do any other --

12 A. Just that Methadone that I was telling

13 you about that I got from a friend of mine, one

14 Methadone.

15 Q. Had you used any illegal drugs a day or

16 two before this accident or on the day of the

17 accident?

18 A. No.

19 Q. Were you using marijuana prior to this

20 accident?

21 A. No.

22 Q. What about cocaine?

23 A. No.

1    Q.    Are you making a claim for lost wages in

2  this case?

3

4            MR. ANDREWS:  Do you want me to

5        answer?

6            MR. SHEALY:  Yes.

7            MR. ANDREWS:  To the extent that

8        he might have any lost wages.  I will

9        tell you like I answered in the

10       interrogatories, I do not know yet what

11       the extent that might be.

12           MR. SHEALY:  Is it to any extent?

13           MR. ANDREWS:  Well, I have to

14       figure it out.

15           MR. SHEALY:  What I mean is:  I

16       want to know, are you making a claim for

17       lost wages?

18           MR. ANDREWS:  At this time, yes.

19       But I will tell you that I have to find

20       out if he has lost wages, to what

21       extent, any vocational loss, that sort

22       of thing.

23           MR. CURTIS:  Do you intend to have



1        an expert for that?

2                MR. ANDREWS:  If we have got a

3        loss that a expert is needed, yes.

4

5    Q.    (By Mr. Shealy)  While we're asking

6  that, you're making as much or more than you were

7  at the time of the accident now; is that true?

8    A.    Yes.

9    Q.    And you're also a truck driver?

10   A.    No, I don't have a driver's license.

11   Q.    Why do you not have a driver's license?

12   A.    Because the state of Georgia took them.

13   Q.    Why did they take them?

14   A.    Probably for child support and some

15  fines that I have that I ain't never paid.

16   Q.    Well, so you have a suspended license?

17   A.    Yeah, they are revoked.

18   Q.    When did all this happen?

19   A.    It's been a few years.

20   Q.    Well, was it before or after the

21  accident?

22   A.    It was before.

23   Q.    All right.  How did you get your license



1    revoked?

2        A.    I just told you.

3

4                MR. ANDREWS:  He said there was

5            some fines and stuff in Georgia he

6            hadn't paid.  Child support.

7

8        Q.    For what?

9        A.    One of them is for child support.

10       Q.    Have you ever been in jail for child

11   support?

12       A.    Yeah.

13       Q.    Well, I mean, that's -- felony child

14   support or --

15       A.    No, misdemeanor child support.

16       Q.    So you've been convicted of not paying

17   child support?

18       A.    I don't know what you mean by convicted.

19   I ain't never been to jail over it.  As far as they

20   take me and make me bond out?

21       Q.    Have they arrested you?

22       A.    Yeah, they have arrested me.  It's been

23   years back.

1    Q.    Well, how long back?

2    A.    Shoot, I actually forgot about it to be

3    honest.  I don't even remember.

4    Q.    When did you get your license revoked?

5    A.    I don't know the exact days.  It's been

6    a few years back.

7    Q.    And, so, are you driving today?

8    A.    No.

9    Q.    Somebody brought you over here?

10   A.    That's correct.

11   Q.    Do you normally drive?

12   A.    No.

13   Q.    Why is that?

14   A.    Because I don't got a driver's license

15   and I ain't getting locked up no more.  I'm through

16   with all that life.

17   Q.    You said no more?

18   A.    That's right.

19   Q.    Have you been locked up for not having a

20   driver's license?

21   A.    Twice, years ago.

22   Q.    Well, how long is years ago?

23   A.    About six, seven years ago.  It's been a



1   while since I've had a license.  I just don't know

2   exactly when.

3       Q.    So you were caught several times driving

4   with a revoked license and had to go to jail; is

5   that true?

6       A.    Yes, two times.

7       Q.    Within the last six or seven years?

8       A.    Correct.

9

10               MR. ANDREWS:  Whenever it was.

11

12      Q.    Any other convictions?

13      A.    No.

14      Q.    And you have been arrested for not

15   paying child support?

16      A.    (Nods Head.)

17      Q.    And that was when?

18      A.    It's been a while.  Probably about

19   roughly five, six, seven years.

20      Q.    Five, six, or seven years ago.  Anything

21   else you did?

22      A.    Not that I know of.

23      Q.    I saw on your answers to interrogatories



1    where you've had numerous jobs.

2         A.    Yeah.

3         Q.    Why is that?

4         A.    I'm the first to tell you, if I don't

5    like somewhere where I'm working, I'm out of there,

6    and that's why.

7         Q.    Could you drive a truck if you had a

8    license?

9         A.    Yeah.

10        Q.    Well, why don't you try to get your

11   license restored?

12        A.    Because I don't have enough money to do

13   all that right now.

14        Q.    If I wanted to get a copy of all the

15   license issues and child support issues and all the

16   issues you've been involved in, where would I go?

17        A.    Dougherty County.

18        Q.    Where?

19        A.    Dougherty.

20        Q.    Is that in Albany, Georgia?

21        A.    Yes, sir.

22        Q.    If I pretty much wanted to find out most

23   anything about you, would it be in Dougherty



1  County?

2      A.    That's correct.

3      Q.    All right.

4      A.    That's where I was born and raised.

5      Q.    Born and raised, okay.  Are there

6  anymore convictions that we don't know about?

7      A.    No.  I just forget about those and

8  actually didn't think they meant anything.  So I

9  never even thought about them, to be honest with

10  you.

11      Q.    How would you get to work every day in

12  Andalusia?

13      A.    My wife would take me.

14      Q.    So your wife had to drive you to work to

15  Andalusia?

16      A.    Yes.

17      Q.    Did you ever serve any time in jail for

18  driving with a revoked license?

19      A.    No, sir.

20      Q.    Did they tell you if they caught you

21  again that you would?

22      A.    As a matter of fact, I think the judge

23  caught me -- I mean, I went in front of the judge



1  and that's what he said.

2      Q.    I just knew you said, I wasn't going to

3  go back to that, so I figured that's what the judge

4  told you.

5      A.    I'm just tired of doing time all

6  together.  I mean, going to jail, all in general.

7      Q.    Well, I can understand that.

8

9          (Whereupon, Defendant's Exhibit 7 was

10          marked for identification and same is

11          attached hereto.)

12

13      Q.    Let me show you a picture marked as

14  Defendant's Exhibit 7.  Is this the type of block

15  that y'all were cutting the day of the accident?

16      A.    That's it.

17      Q.    What's that block called?

18      A.    I have no clue.

19      Q.    That's a unique block, isn't it?

20      A.    That's what I was trying to explain to

21  you about the --

22

23          MR. ANDREWS:  That's a yes.

1

2    A.    Yes.

3    Q.    And thank you for explaining.  And now

4 I'm kind of ready for you to explain, okay.  It was

5 kind of out of my little sequence.  I know I act

6 like I don't have a clue, but there is some madness

7 to all this.

8

9             MR. ANDREWS:  Madness to your

10            method.

11

12    Q.    Y'all didn't -- this isn't the type of

13 block that you regularly cut with this block

14 splitter; is that true?

15    A.    Well, they cut all kind of blocks.

16    Q.    I know, but what we are looking at in

17 Defendant's Exhibit 7 is a unique type of block

18 that was being cut the day of your accident; is

19 that true?

20    A.    That's correct, yes.

21    Q.    Because all these other pictures -- you

22 know, when we went over there to inspect it and

23 they were running block through here, that's more



1  of your -- like Defendant's Exhibit 1 is more of

2  your standard kind of block?

3      A.    I think that's called a trailer block.

4      Q.    Now, the trailer block, you didn't have

5  the difficulty or issues with it getting caught; is

6  that a fair statement?

7      A.    True.

8      Q.    It's this block that we've marked as

9  Defendant's Exhibit 7 that would have a tendency

10  to, I guess, sheer off or break off and could get

11  caught; is that true?

12      A.    True.

13      Q.    Now, how often would you run this type

14  of block that's in Defendant's Exhibit 7?

15      A.    I don't know how often they run them,

16  but when they run them, they run them like three or

17  four days in a row.

18      Q.    Then would it be a week or two where

19  they wouldn't run them at all?

20      A.    To the best of my knowledge, it was

21  about every other week, something like that.  I'm

22  not real positive on that.

23      Q.    Okay.  Now, when the -- what we will



1  call the kind of routine of regular blocks going

2  through, what would you do?  Would you need as many

3  people on the conveyor?

4       A.     No.  We would stack them off -- off

5  stack them onto pallets ourselves, a lot of them,

6  and then they would send some down the line and the

7  cuber stack them.

8       Q.     What is the purpose of the cuber?

9       A.     To stack the blocks, that's all it does.

10  Stacks them on the pallet so many high.

11       Q.     Why would you manually stack -- as they

12  went through the splitter, would you take them off

13  and stack them on a pallet?

14       A.     Yeah, they didn't come through the

15  splitter.  It would be like three bricks at one,

16  you take the odd one off just before the splitter.

17       Q.     Okay.

18       A.     And it would cut -- the form would make

19  three blocks, two of them together, they split that

20  one and those go down the line to the machine that

21  you stack them.

22       Q.     Where would you stand when you were

23  doing that?



1    A.    Up there, right in there.  On Exhibit 1

2  right where that man is standing, we would stack

3  them out in here on a pallet.

4    Q.    So there would be occasions when you

5  would stand right here and take the blocks off

6  before it even got to the splitter; is that true?

7    A.    Yeah, we was running flat blocks.

8    Q.    Okay.  So I guess when I asked you

9  earlier, y'all worked all up and down this assembly

10  line, did you not?

11

12         MR. ANDREWS:  Cutting different

13         blocks.

14

15    A.    Cutting different blocks.

16    Q.    Right, doing different jobs; isn't that

17  true?

18    A.    Yeah, on different jobs.

19    Q.    Who would be responsible to start the

20  machine or stop the machine or any of the buttons

21  that's on this control panel?

22    A.    John always did it.

23    Q.    Would any of the other employees do it?



1      A.    Wayne can do it and Karry come out there

2  and do it.

3      Q.    Who is Wayne?

4      A.    Wayne is the guy that runs where they

5  mix the blocks together and they go in and heat

6  them up and cook them and all that.

7      Q.    Did you ever read the owner's manual

8  with this machine?

9      A.    No, sir.

10      Q.    Did you ever ask for any training?

11      A.    No, sir.

12      Q.    Did you feel like you knew how to do

13  your job?

14      A.    From what they told me to do, yes, sir.

15      Q.    Did you feel like you knew what to do in

16  regard to this block splitting machine?

17      A.    As far as my job, yes, sir.

18      Q.    Okay.

19      A.    What I'm supposed to do.

20      Q.    Did you feel like this block machine was

21  safe?

22      A.    Safe as any other job.

23      Q.    Who has done all the surgeries on your

1    hand?

2        A.    Dr. Anderson -- Landon Anderson over at

3    Southwestern.   I believe that's the name of it.

4        Q.    Is that over in Albany?

5        A.    No, that's in -- Andalusia is where most

6    of them went on.

7        Q.    When did you leave Hartford?

8        A.    About 2005, I think.

9        Q.    Why did you leave Hartford?

10        A.    I went to be with my dad while he was

11    going through cancer.

12        Q.    So you went back home to be with your

13    parents?

14        A.    My dad.

15        Q.    And then you just stayed?

16        A.    Yeah.

17        Q.    Are you living at the home place?

18        A.    No, sir.

19        Q.    Does your wife work?

20        A.    No.

21        Q.    Does she take care of your daughter?

22        A.    Yes, sir.

23        Q.    Is your wife disabled?

1    A.    No, sir.

2    Q.    Have you ever filed bankruptcy?

3    A.    No, sir.

4    Q.    And have we covered all the crimes

5    you've been convicted of?

6    A.    Yes, sir.

7    Q.    Have you ever filed a lawsuit before?

8    A.    No, sir.

9    Q.    In your answers to interrogatories, I

10   felt like you made a -- you mentioned about in the

11   90s having a car wreck, and you made a claim for

12   some insurance money?

13   A.    Yeah, that was -- I got a little case of

14   whiplash, but I put all that on the paper.

15   Q.    Well, did you get some money?

16   A.    A sum of about -- it was like eight

17   hundred dollars.  If you want to call that

18   anything.

19   Q.    Well, have you ever been sued before?

20   A.    No, sir.

21   Q.    Have you ever filed for unemployment?

22   A.    Several occasions.

23   Q.    And do you remember who you filed with?

1    A.    Most of them Dougherty County.

2    Q.    What?

3    A.    Most of it's with Dougherty County,

4  Fluor-Daniels Construction, several different

5  construction companies.  But right off the top of

6  my head, no, I can't answer that.

7    Q.    You told me you had a tenth grade

8  education.  Did you ever get your GED?

9    A.    No, sir.

10    Q.    Did you ever have any subsequent

11  education or training?  I think you at one time had

12  your CDL?

13    A.    Yeah, I went to tractor-trailer driving

14  school.

15    Q.    Did you work for a trucking company for

16  a while?

17    A.    Worked with C & N Evans for a little

18  while, but I just didn't like truck driving.

19    Q.    Any other training you've had?

20    A.    No, sir.  Well, I say that.  I fit pipe

21  most of my life.

22    Q.    Did you work with the union?

23    A.    No, sir.

1    Q.    What do you mean fit pipe?

2    A.    Steel pipe at gas refineries, power

3 plants.

4    Q.    Were you considered a journeyman?

5    A.    Yes.

6    Q.    What I'm saying is, would you go to a

7 union hall and they would tell you where you go?

8    A.    No.

9    Q.    Or you worked outside the union?

10    A.    I didn't work with no union.

11    Q.    Now, were you ever explained any lockout

12 procedures that you're to follow?

13    A.    No, sir.

14    Q.    Do you know what a lockout procedure is?

15    A.    No.

16    Q.    Have you heard of the term "lockout"?

17    A.    Yeah, on construction jobs.

18    Q.    Well, you know what a lockout is, don't

19 you?

20    A.    Yes.

21    Q.    Tell us what it is.

22    A.    Where you tagout a piece of equipment,

23 so it don't operate.  You shut valves down.  See



1  with us, it was pipe valves we had to lockout.  As

2  far as this particular piece of equipment, I know

3  nothing about locking and tagging it out.

4      Q.    But you did know something about turning

5  it on and turning it off?

6

7              MR. ANDREWS:  On what?

8              MR. SHEALY:  The machine.

9

10     A.    No.

11

12             MR. ANDREWS:  Object.

13

14     A.    I don't know how to turn it on.

15     Q.    You didn't know there was a button that

16  turned it on, the block splitter?

17     A.    I know there's a button that makes it

18  work, but I didn't know about it.

19     Q.    Well, I know, but that's something you

20  know.  I mean, you know you go hit a button and it

21  starts, and you hit another button and it turns

22  off; isn't that true?

23     A.    That is true.

1    Q.    And you worked around those buttons

2    every day?

3    A.    No.

4

5              MR. ANDREWS:  Objection.

6

7    Q.    You didn't walk by them?

8    A.    I ain't going to say I didn't walk by

9    them.

10

11              MR. ANDREWS:  There's a difference

12              between walking by them and --

13

14    Q.    I apologize.  You at least walked by

15    those buttons every day, true?

16    A.    That's true.

17

18              MR. SHEALY:  Let's take a break.

19              I'm hungry.

20

21         (Whereupon, a lunch break was taken.)

22

23              MR. SHEALY:  I am done for right

1        now.

2

3                          EXAMINATION

4    BY MR. CURTIS:

5        Q.     Hi, Mr. Jackson.  My name is Cory

6    Curtis.  I represent one of the defendants in this

7    case, Besser Company.  I'm going to follow up on

8    some of the questions that Mr. Shealy just asked.

9    You mentioned that you had a cocaine conviction.

10   Were you ever addicted to cocaine?

11       A.     I guess you could say I was.

12       Q.     You were?

13       A.     To an extent, yeah.

14       Q.     For how long?

15       A.     Probably about two years.

16       Q.     When did you first use cocaine?

17       A.     Y'all ask questions that I don't even

18   think about no more.  That was long ago.

19       Q.     When you were arrested in 2001 for

20   cocaine?

21       A.     Yeah, it was about 2000, '99, somewhere

22   around in there.

23       Q.     Were you addicted to cocaine at the time



1   you were arrested?

2       A.      Not so much cocaine.  It was mostly

3   meth.  I was trying to get off of meth and I used

4   the cocaine to get off of meth.

5       Q.      So you had been taking crystal meth?

6       A.      (Nods Head.)

7       Q.      How long had you been taking meth?

8       A.      About a year before that.

9       Q.      And you used cocaine to get off the

10  meth?

11      A.      Yes.

12      Q.      Had you used drugs before you started

13  using meth?

14      A.      Smoked marijuana.

15      Q.      Do you drink alcohol?

16      A.      No.

17      Q.      We talked a minute ago about the

18  medications you were taking.  You were taking

19  Methadone; is that correct?

20      A.      That's correct.

21      Q.      When was the last time you took

22  Methadone?

23      A.      This morning.

1    Q.    How much did you take this morning?

2    A.    10 milligrams.

3    Q.    And then I think previously you said you

4 take a total of 40 milligrams per day?

5    A.    Uh-huh.

6

7           MR. SHEALY:  Is that a yes?

8

9    A.    Yes.

10    Q.    So you take Methadone four times a day?

11    A.    That's correct.

12    Q.    Do you think Methadone has any effect on

13 your ability to recall events?

14    A.    No.

15    Q.    Does it have any effect on your ability

16 to function?

17    A.    It hadn't yet.

18    Q.    Does Methadone help you in your job

19 performance?

20    A.    It makes me where I can work, where I

21 can deal with the pain and go on with my life?

22    Q.    If you did not take Methadone, you would

23 not be able to work?

1    A.    I wouldn't be able to do nothing.

2    Q.    When you say you wouldn't be able to do

3 nothing, what do you mean?

4    A.    I mean, the hand hurts, man.  That's why

5 I take the pain pills.

6    Q.    What if you didn't have the pain pills?

7    A.    I would take something.

8    Q.    You would find them somewhere?

9    A.    Oh, yeah, they're plentiful.

10

11              MR. ANDREWS:  What he's asking

12           you, what things can't you do?  In other

13           words, if you didn't take your pain

14           medicine, what could you not do?

15

16    A.    Pretty much I just couldn't do nothing.

17 I mean, it hurts real bad.

18    Q.    What hurts?

19    A.    This hand right here.

20    Q.    Only your hand?

21    A.    Yeah, that's what hurts.

22    Q.    The hand --

23    A.    Where all these nerves are right here.

1    Q.    Where the amputation --

2    A.    Where it's all been cut, it just burns,

3  hurts all the time.

4    Q.    It burns and it hurts.  Can you describe

5  more about the pain you're experiencing?

6    A.    It's a constant, constant ache.

7    Q.    It's a constant ache?

8    A.    And burn.

9    Q.    And burn?

10    A.    From all the nerve damage.

11    Q.    Does it vary throughout the day, maybe

12  more in the morning?

13    A.    Yeah, it's different levels, different

14  times.  The cold makes a difference.  The heat

15  makes a difference.  When it's warm it don't hurt

16  quite as bad, and then when it's cold it just hurts

17  like crap.  I mean, I can't explain it, it hurts so

18  bad.

19    Q.    In your medical records I've seen

20  various documents that ask you to rate your pain on

21  a scale to one to 10.  Are you familiar with that

22  kind of a rating scale?

23    A.    Yes.



1    Q.    And you've been asked about that before?

2    A.    Yes.

3    Q.    How would you rate your pain today on a

4    scale of one to 10 similar to those scales you've

5    used in the past?

6    A.    About a two.

7    Q.    About a two?

8    A.    Uh-huh.

9    Q.    At what point on a scale of one to 10 is

10   your pain so much that you couldn't work?

11   A.    A lot of the times is when I'm trying to

12   work, if I don't take the meds that's when the pain

13   is so great because I'm using my hands constantly.

14   Q.    Is that about, say, an eight then you

15   wouldn't be able to work?

16   A.    Eight, 10, somewhere around there.

17   Q.    Okay.  When was the last time you smoked

18   marijuana?

19   A.    Probably about a month ago.

20   Q.    About a month ago.  So mid-April, late

21   April?

22   A.    I ain't sure.  I'm just guessing.

23   Q.    Okay.  How often have you used marijuana

1   since the last time?

2       A.    None.

3       Q.    So the last time you've used marijuana

4   was mid-April?

5       A.    When I told you.

6       Q.    How often had you been using up to

7   mid-April?

8       A.    I don't use it often.

9       Q.    How often had you used it?

10      A.    I don't know.  I don't pay attention to

11  how often I do.

12      Q.    Is it true that you used marijuana the

13  day before your January 13th, 2005 surgery?

14      A.    No.  I did use it before some of my

15  surgeries.

16      Q.    You used it before some of your

17  surgeries?

18      A.    One time or another I did, but I don't

19  know which one and the date that you're trying to

20  get me to admit to.

21      Q.    Why did you use it?

22      A.    Because my hand hurt.

23      Q.    Were you also taking pain killers?



1    A.    Yeah, but I had run out.

2    Q.    You had run out?

3    A.    Yeah.

4    Q.    So you would smoke marijuana when you

5    ran out of pain medication?

6    A.    Yes.

7

8              MR. ANDREWS:    On that occasion.

9

10   A.    That's right.

11   Q.    How about on other occasions?

12   A.    On other occasions, I don't understand

13   the question.

14   Q.    On other occasions were you using

15   marijuana recreationally or were you using it

16   because of the pain in your hand?

17   A.    I've used it recreationally.  I mean, I

18   ain't got nothing to hide as far as that goes.

19   Q.    I don't think you do.  Had you used

20   marijuana before the accident, the one we are

21   talking about here in this case?

22   A.    When the accident happened had I been

23   using marijuana, no.

1    Q.    Did you use it before the accident?

2    A.    No.

3    Q.    At any time before the accident?

4    A.    No.

5    Q.    How about at any time 48 hours before

6    the accident had you used any marijuana?

7    A.    No.

8    Q.    Now, because of the accident, are you

9    taking medications other than Methadone?

10    A.    Yes.

11    Q.    What are those medications?

12    A.    Neurontin 400 for the nerve damage, and

13    I take Lunesta to help rest at night.

14    Q.    Do you take any other medications not

15    related to the accident?

16    A.    Supposed to be taking some for my

17    diabetes, but I ain't had the money to go see a

18    doctor.  So I ain't got no diabetes medicines.  I

19    just been trying to control it myself.

20    Q.    How do you do that?

21    A.    By exercise, working, and working out

22    and stuff like that.

23    Q.    So you exercise, workout, and walk?



1     A.    Walk -- that's what I'm talking about

2  working out, walking.

3     Q.    So walking is working out, same thing?

4     A.    Uh-huh.

5     Q.    Do you lift weights?

6     A.    No.

7     Q.    Any other kinds of exercise?

8     A.    Just walk.  We walk after we eat.

9     Q.    Okay.  Have you ever discussed with

10  anyone being addicted to pain killers?

11     A.    I ain't never been on pain killers until

12  all this happened.

13     Q.    So you began taking pain killers after

14  the accident on December 16th, 2004?

15     A.    That's correct.

16     Q.    And by pain killer, I mean Methadone,

17  because that's what you said you take?

18     A.    That's correct.

19     Q.    Have you ever discussed with anyone

20  being addicted to Methadone?

21     A.    No.

22     Q.    Have you ever discussed with anyone --

23

1                  MR. ANDREWS:  That he was or that

2        he was afraid he might be?

3

4     Q.    Have you ever discussed with anyone that

5  you're afraid that you might be addicted to

6  Methadone?

7     A.    No, I haven't.

8     Q.    Or that you might become addicted to

9  Methadone?

10    A.    Well, there's a possibility you can

11  become addicted to anything.

12    Q.    Have you ever discussed it though?

13    A.    No.

14    Q.    Have you ever discussed with anyone the

15  idea that pain killers could make you crazy?

16    A.    No.

17    Q.    Okay.  Do you smoke cigarettes?

18    A.    Yes.

19    Q.    How long have you smoked?

20    A.    Since I was 15.

21    Q.    How much do you smoke?

22    A.    About a pack-and-a-half a day.

23    Q.    I take it you were a smoker on the day

1    of the accident?

2    A.    Uh-huh, yes.

3    Q.    Did they let you smoke in the plant?

4    A.    Yes.

5    Q.    Did you ever smoke while you operated

6    the machine?

7    A.    I'm sure I did.  I can't say for sure,

8    but I probably did because I smoked while I was

9    working.

10    Q.    Now, what particular post on the machine

11    were you manning when you were smoking?  All of

12    them, one of them?

13    A.    Yeah, probably all of them.

14    Q.    So is it fair to say that there were

15    times you were smoking cigarettes while operating

16    the machine in the way that you were injured?

17

18    MR. ANDREWS:  Objection.  He was

19    not operating the machine.

20

21    Q.    Or manning the machine?

22

23    MR. SHEALY:  Clearing debris.

1          MR. ANDREWS:  Clearing debris.

2

3     A.    Yes, but I just held my cigarette in my

4     mouth.  You ain't got to hold it.  I can still have

5     my hands.

6     Q.    Smoke comes off the cigarettes, right?

7     A.    (Nods Head.)

8     Q.    We asked in some discovery about your

9     employment history and we got a really long list.

10    And I will tell you, at least by my account, there

11    were 43 different addresses, and they were from

12    dates of 1988 to 2004.  So that leaves a gap in

13    your employment history.

14          What did you do for employment before

15    1988?  That would have been basically from when you

16    were 27 younger.  What did you do?

17    A.    I worked construction all over the world

18    with Daniels.

19    Q.    All over the world?

20    A.    All over.

21    Q.    In other countries?

22    A.    No.

23    Q.    What other states?



1    A.    You're asking a question that -- could

2  you remember it for the --

3    Q.    Yeah, because I haven't had that many

4  jobs.

5    A.    Well, then that's the difference, I've

6  got too many jobs to remember.

7

8          MR. SHEALY:  He was also in prison

9         during that time.

10         MR. ANDREWS:  There are no

11         questions presently for you to answer.

12         THE WITNESS:  Okay.

13

14    Q.    Speaking of prison, how many times have

15  you gone to prison?

16    A.    Once.

17    Q.    How many times have you gone to jail?

18    A.    Probably five or six.

19    Q.    Now, other than child support or having

20  to do with your driver's license, have you gone --

21  what have you gone to jail for?

22    A.    Child support and the drug charge and

23  the '84 sexual battery charge.



1    Q.    Okay.  So the cocaine conviction you

2  just spent time in jail?

3    A.    I spent time in prison.

4    Q.    Cocaine was prison?

5    A.    That's correct.

6    Q.    And the sexual battery was jail?

7    A.    County jail.

8    Q.    Okay.  Now, that whole list of

9  employers, the list of 43 employers, did any of

10  them require a pre-employment drug screen?

11    A.    Yes, they did.

12    Q.    Did you fail any of those?

13    A.    No.

14    Q.    Did you take a pre-employment drug

15  screen for any other jobs and fail?

16    A.    No, not that I know of.

17    Q.    You've never failed a pre-employment

18  drug screen?

19    A.    Never failed no drug screen.

20    Q.    I want to show you this picture.

21

22        MR. CURTIS:  Could we go ahead and

23        mark that?

1

2          (Whereupon, Defendant's Exhibit 8 was

3          marked for identification and same is

4          attached hereto.)

5

6     Q.    I represent to you that Defendant's

7 Exhibit 8 is a picture of the machine.  Actually

8 it's the control panel that I can show you here

9 from a larger view.

10    A.    Uh-huh.

11    Q.    I've got a copy in front of me.  You can

12 go ahead and look at that.  What does it say at the

13 top?

14    A.    Safety Instructions.

15    Q.    What's the next thing it says?

16    A.    Suggested Lockout Procedure.

17    Q.    Did anyone explain to you the Suggested

18 Lockout Procedure that's on this Exhibit 8?

19    A.    No.

20    Q.    Did you ever -- was this procedure ever

21 followed when you were there?

22    A.    No.

23    Q.    Did you ever observe the machine locked

1  out?

2      A.      No.

3      Q.      Or tagged out?

4      A.      No.

5      Q.      In the time that you worked at the block

6  plant, did the machine ever jam?  Did debris ever

7  get caught in the machine such that it jammed?

8

9              MR. ANDREWS:  And cause the block

10             to break crooked?

11

12     Q.      Well, as I understand things, you need

13 to reach in to remove the debris so; one, the

14 blocks don't --

15     A.      Get caught.

16     Q.      They at least come out right.

17     A.      It didn't jam, but it would push them

18 blocks sideways and they wouldn't -- if you want to

19 call that jamming.

20     Q.      But never such that the machine stopped

21 or had to be stopped or anything?

22     A.      No.

23     Q.      On the day of the accident, what time



1    did you arrive for work?

2        A.    5:00.

3        Q.    Was that your normal shift?

4        A.    No.  We usually got there about 6:00,

5    6:30.

6        Q.    What had you been doing the night before

7    the accident?

8        A.    I went home and went to bed because I

9    didn't get home until like 6:00, 7:00 that evening.

10        Q.    What was the usually length of a shift

11    for you?

12        A.    Anywhere from 10 to 14 hours, 13 hours.

13        Q.    Did you do the same job, or did you man

14    the same post on the machine during your whole

15    shift?

16        A.    No.

17        Q.    So you would rotate?

18        A.    Well, you did different things.

19        Q.    What kind of things did you do?

20        A.    Just like I explained earlier about when

21    you had to chip the block and keep them in line and

22    send them down through the rollers.

23        Q.    On the day of the accident, how many



1    other people were working on the machine or manning

2    the machine?

3         A.    I think there was three of us there.

4         Q.    Who were those people?

5         A.    I don't know but one guy.  Just me and

6    John and the guy that worked on the cuber.  And

7    there was another guy there, but I don't know his

8    name.

9         Q.    Do you know what he looked like?

10        A.    He was a white guy.

11        Q.    About how old?

12        A.    I would say about 25.  He was a younger

13   guy.  He had only been there -- he was with the

14   temp service.

15        Q.    Anything remarkable about him?  Tattoo?

16        A.    No.

17        Q.    Earring?

18        A.    No.

19        Q.    Beard?

20        A.    No.

21        Q.    You were employed through Able Body,

22   correct?

23        A.    Correct.

1    Q.    Did anyone at Able Body tell you your

2  job at the block plant might be dangerous?

3    A.    No.

4    Q.    Did Able Body provide any kind of

5  training at all for you for what your job duties

6  would be at the block plant?

7    A.    No, sir.

8    Q.    Can you tell me, have you ever observed

9  the machine actually be turned on?

10

11          MR. ANDREWS:  While it is on?

12

13    Q.    When you arrived to work in the morning,

14  tell me how you see the machine get turned on or

15  start operating.

16    A.    I personally didn't stand there and

17  watch him start the machine, no.

18    Q.    So when you walked through the doors at

19  5:00 in the morning, what is the machine doing?

20    A.    Nothing.

21    Q.    When you go to your post?

22    A.    When I walk over there where I'm

23  supposed to work at John turns the machine on and

1  does what he do.

2    Q.    So when you're standing out there ready

3  to do your job, John turns your machine on?

4    A.    Yeah.  All I'm doing is waiting for

5  stuff to come through.

6    Q.    And then you spend a whole 10, 12 hours

7  working that same job?

8    A.    Pretty much.

9

10        MR. ANDREWS:  Objection.  He

11        testified that he worked on that shift,

12        on that line, not necessarily standing

13        in one spot.

14        MR. CURTIS:  Okay.

15

16    Q.    At the end of the shift, does John turn

17  the machine off?

18    A.    Uh-huh.

19

20        MR. ANDREWS:  Is that a yes?

21

22    A.    Yes.

23    Q.    Does anyone -- during a normal shift,

1    does anyone other than John operate the buttons

2    that control the on and off for the machine?

3        A.    If they have to, they would.  That would

4    be Wayne and Karry.

5        Q.    Wayne and Karry.  When you say if they

6    have to, what do you mean by that?

7        A.    There would be times when blocks get

8    stuck up there where they come down to the

9    splitter, they will get hung up, jammed up in there

10   on that roller, where they spin 'em around to come

11   down through the line, and they will have to shut

12   the stuff down to get it back to working right,

13   straighten it out.

14       Q.    So one of those guys stops the machine;

15   is that correct?

16       A.    Correct.

17       Q.    But no one ever follows the lockout/

18   tagout procedure; is that correct?

19

20            MR. ANDREWS:  Objection.

21

22       A.    I ain't never seen them do it.  They

23   shut the machine down, they fix what they was

1    doing, and just start it back up.

2        Q.    When they shut the machine down, no one

3    follows the eight steps that are listed in Exhibit

4    8?

5

6                    MR. ANDREWS:  Do you know what all

7              they do when the shut down the machine?

8                    In other words, do you know what

9              steps they do?

10                   THE WITNESS:  No, I don't know.

11

12       Q.    Let me ask this.  Did you ever hear

13   anyone announce a lockout?

14       A.    No, sir.

15       Q.    Did you ever see anyone take the key out

16   of the machine and put it in their pocket?

17       A.    No, sir.

18       Q.    When the machinery was stopped, was all

19   personnel cleared of the machine?  Did they move

20   people out of the way?

21       A.    I don't know if I'm understanding.  I

22   mean, I understand what your question is.  But I'm

23   not sure if you're meaning like once the machine is

1   shut down, is everybody out of the way of all

2   that?

3       Q.      Right.

4       A.      Well, once they shut the machine down we

5   all usually just cleaned up the mess that was on

6   the floor.

7       Q.      Okay.  You weren't the only person that

8   operated the machine, correct?  There were others

9   that did the same job that you did the day that

10  you -- that manned the same position on the date of

11  your accident?  There were other people that did

12  that same --

13      A.      Other people did that same thing.

14      Q.      Okay.  Now, when those other people did

15  the same type of job you were doing that led to

16  your accident, did they use their hands to reach

17  into the machine?

18      A.      Yes.

19      Q.      Did you ever see anyone use a tool

20  rather than their hand?

21      A.      No, I didn't.

22      Q.      Did you ever ask anyone if you could use

23  a tool to clean out the machine?