# Exhibit 1

# Color Photos WILL NOT SCAN

# Available for conventional viewing in the Clerk's Office