# Exhibit 2

# Color Photos WILL NOT SCAN

Available for conventional viewing in the Clerk's Office