# Exhibit 3

# Color Photos WILL NOT SCAN

# Available for conventional viewing in the Clerk's Office

DVD-R attached with Exhibit 3

Available in Clerk's Office File