# Exhibit 7

Color Photos WILL NOT SCAN

Available for conventional viewing in the Clerk's Office