CM-24 HFRC MANUAL

PART NO. A34001
INDEX

PRODUCT SAFETY POLICY STATEMENT
SAFETY INFORMATION
MAJOR HAZARDS AND THE IDENTIFYING LABELS
WARNING LABEL LOCATIONS
OPERATING MANUAL
LUBRICATION & PERIODIC MAINTENANCE
MACHINE ADJUSTMENTS
PROGRAMABLE CONTROLLER LADDER DIAGRAM
A-B PC MANUAL
DODGE SHAFT MOUNT MANUAL
LINCOLN MOTOR MANUAL
CLUTCH BRAKE SERVICE MANUAL
ADJUSTMENT OF CONTOUR-MATIC
D2600 CONTROL
VICKERS HYDRAULIC FLUID
VICKERS TROUBLESHOOTING
WHITE RS MOTORS
HYDROLINE PARTS LIST - 3 pages
HYDROLINE N5 CATALOG
VICKERS PARTS - FILTER
VICKERS SERVICE - AIR BLEED
VICKERS PARTS - RETURN FILTER
VICKERS SERVICE - FILTER
VICKERS PARTS - PRESS. RED. VALVE
VICKERS SERVICE - STACKING VALVE
VICKERS PARTS - PRESSURE RED. MODULE
VICKERS - CATALOG - SYSTEM STAK VALVES
VICKERS - PARTS - DIRECTIONAL VALVES
VICKERS - SERVICE - DIRECTIONAL VALVES
VICKERS - SERVICE - DIRECTIONAL VALVES
VICKERS - SERVICE - PISTON PUMP
HYDRAULIC SCHEMATIC
CONNECTION DIAGRAM
PARTS LIST  1-50
PARTS LIST  51-72
HEAD ASSEMBLY
STRUCTURAL FEEDER

DEFENDANT'S EXHIBIT

E & R MANUFACTURING COMPANY, INC.


August 16, 1991

CORPORATE PRODUCT SAFETY POLICY STATEMENT


It is and shall continue to be a primary objective of E & R Manufacturing Company to provide its customers with reliable and safe products. We, therefore, are committed to continue surveillance of the design and development as well as sale, manufacture, installation and service of our products to prevent as much as humanly possible the occurrence of injury and loss to those who use our products.

Every employee is encouraged to follow safe work practices and to indentify hazards in the workplace or elsewhere that may be associated with the products we manufacture, testing, marketing, shipping and product use.

We will endeavor to assure that these objectives are everlasting and each operating activity has the responsibility for product safety.

Managers and other employees are expected to support these goals, to report any perceived discrepancies which would, if uncorrected, result in adverse customer reaction, potential injury or product failure.


Signed,


E & R Mfg. Co., Inc.

Paul A. Mangis
President

# E & R Mfg. Co., Inc.

## Mission Statement

It is our mission to continue to improve the design, quality, and safety of our products while extending our utmost attention to the past and future customers' needs.

Maintaining world markets, profitability, and respect for the environment through total employee involvement shall be our policy.

## SAFETY INFORMATION

⚠ **WARNING**--The safety alert symbol is used throughout this manual. Failure to follow directions is likely to result in injury, loss of limb, or life.

To protect yourself from injury <u>Read</u>, <u>Understand</u>, and <u>Follow All</u> the information in this manual. If you have any questions, call the factory. 765-279-8826.

Make sure that everyone involved with the operation and maintenance of the splitter thoroughly understands the information in this manual.

<u>DO NOT</u> attempt to remove broken block or perform any type of maintenance without shutting the disconnect <u>off</u> and follow the lock-out procedure. If your plant has yet to adopt the lock-out rule, remember that it has been mandated **by OSHA**.

<u>DO NOT</u> attempt to defeat the disconnect interlock on the panel door. Keep the panel door fastened.

The pilot light is the transformer type which has a longer bulb life. Remember --pilot lights are only indicators. When the bulb burns out replace it immediately.

Electrical -- The splitter must be wired as per NEMA or local codes. The splitter <u>must be grounded</u>. Remote emergency stop and start stations should be located near the cuber or block machine. There <u>must</u> be an electrical interlock between the depalleter and the splitter to maintain pallet spacing and also to prevent double cycling of the depalleter. If the splitter shuts down then the depalleter should be de-energized.

Keep all shields and guards in place.

## MAJOR HAZARDS AND THE
## IDENTIFYING LABELS

DO NOT reach under or around the barriers.  If the splitter
requires service, turn the <u>power off</u> and follow the Lock-Out
procedure.



Keep hands away from the machine and from between the block
and the guides.  The splitter is a part of a production line and
will start automatically.



The disconnect is equipped with an interlock to prevent
you from opening the panel door with the power "on". DO NOT
attempt to override the interlock. Keep the panel door closed
and fastened.



Hazard Communication Systems, Inc. © 1990    Reorder No.1550-ER3

# SAFETY INSTRUCTIONS

## SUGGESTED LOCKOUT PROCEDURE

1. **Announce lockout to other employees.**

2. **Turn power off at main panel.**

3. **Lockout power in off position.**

4. **Put key in pocket.**

5. **Clear machine of all personnel.**

6. **Test lockout by hitting run button.**

7. **Block, chain or release stored energy sources.**

8. **Clear machine of personnel before restarting machine.**

Hazard Communication Systems, Inc. © 1990     Reorder No. 1590-ER4

The lockout procedure <u>must</u> be followed before
doing any maintenance or repairs to the splitter.



The splitter starts and stops automatically.
Follow the lockout procedure before attempting any
repairs or maintenance.

Always keep the guards in place. Follow the lockout procedure before removing a guard.



This warning label is clearly visible if a guard has been removed. The disconnect must be locked out. Do Not Operate the Machine.



This warning label is clearly visible if a guard has been removed. The disconnect must be locked out. Do Not operate the machine.



## WARNING LABEL LOCATIONS

|  | PART NO. | DESCRIPTION | NO. REQ'D |
|---|---|---|---|
| 1 | A25146 | CAUTION-Starts & Stops Automatically | 1 |
| 2 | B32314 | DANGER-Hazardous Voltage | 1 |
| 3 | B32313 | Lockout Procedure | 1 |
| 4 | A25147 | Keep Hands Clear | 4 |
| 5 | A32316 | DANGER-Pinch Point | 2 |
| 6 | A32329 | WARNING - Keep Guard | 3 |
| 7 | A32331 | WARNING - Guard Removed | 3 |
| 8 | B32315 | DANGER - Blade Hazard | 2 |
| 9 | A32330 | WARNING - Blade Guard Removed | 2 |



## CM-24 HYDRAULIC FEED INSTALLATION

 **WARNING**

Read the manual carefully before attempting to operate or service the machine. If there is something that you don't understand, please call the factory - 317-279-8826.

For best results the splitter should be located directly behind the depalleter. A limit switch or eye must be installed to control the depalleter. A gap of at least 6 inches must be maintained between pallet loads. The splitter can also be installed after the turn-over or after a belt or gravity conveyor, but the gap between pallet loads must be maintained. Do not fasten conveyors to the cutting table.

Verify that the voltage specified on the tag on the control panel is correct.

 **WARNING**

The splitter <u>and</u> power unit must be grounded. The wiring must meet NEMA or local codes. Do not use temporary hook-ups.

Fill the hydraulic reservoir with oil. Use Union 76-UNAX AW32 or equivalent. See the enclosed sheets covering hydraulic oil. Do not use synthetic oil without consulting Vickers. The capacity of the reservoir is 60 gallons. Fill to within 3 inches of the top.

The double wire braid hose must be connected to the pressure side of the power unit. The return line is single braid. The hoses are identified by marks on the valve manifold.

You are now ready to check for rotation of the splitter and power unit motors.

  

First, jog the splitter motor. The rotation must be as indicated. Let the motor run.

Second, jog the hydraulic power unit motor to check
rotation. The rotation <u>must</u> be as indicated. Reverse
rotation may ruin the pump. After you are sure that the
pump is running in the right direction, continue jogging
the motor to allow the air bleed valve to purge air from
the circuit. This normally takes 30 to 45 seconds.

<u>HYDRAULIC COMPONENTS</u>
<u>AND</u>
<u>THEIR FUNCTIONS</u>

I.   Components - Refer to Fig.1-Hydraulic Controls.

The power unit consist of a 15 horsepower motor
driving a variable pressure piston pump.

The side knife circuit consist of a directional
valve.

The conveyor motor circuit consists of a pressure
reducing module, directional valve and gauge.

The pusher cylinder circuit consists of a pressure
reducing module, gauge, directional valve, two flow
control valves, and a deceleration valve.

II. Functions:

1.   Directional Valve - Extends and retracts the side
knives.

2.   Pressure Reducing Module - Controls the pressure
in the pusher cylinder circuit.

3.   Directional Valve - Extends and retracts the
pusher cylinder.

4.   Pressure Gauge - Indicates the operating pressure
of the pusher cylinder circuit.

5.   Directional Valve - Starts and stops the conveyor.

6.   Pressure Reducing Module - Controls the pressure in
the conveyor motor circuit.

7.   Pressure Gauge - Indicates the operating pressure
of the conveyor circuit.

8.   Deceleration Valve - Shifts the circuit into
deceleration.

9.   Flow Control Valve – Controls the speed of the pusher cylinder in deceleration.

10.   Flow Control Valve – Controls the advance speed of the pusher cylinder prior to deceleration.

## OPERATION AND PRESSURE SETTINGS

### PUMP

The amount of pressure required by the side knives determines the pressure setting on the pump. The conveyor motor and pusher cylinder circuits are protected by pressure reducing modules. Fluted block normally will require 500 to 700 p.s.i. while an eight inch solid may require 800 to 1200 p.s.i. Pressure adjustments are made with the pump running and the machine NOT in operation.

### SIDE KNIFE CIRCUIT

The pressure in the circuit is determined ONLY by the pump pressure setting. The directional valve extends and retracts the cylinders only. The flow control valves on each cylinder are used to control the advance speed of the side knives and should not be confused as pressure regulators.

### CONVEYOR MOTOR CIRCUIT

The pressure reducing module should be set at 500 p.s.i. With the pump running and the conveyor off, the pressure read on the gauge is the maximum operating pressure. When the conveyor is turned on, the gauge will indicate the operating pressure.

### PUSHER CYLINDER CIRCUIT

The normal operating pressure of the pusher cylinder should be 250-300 p.s.i. As with the conveyor motor, the adjustment of the pusher cylinder pressure reducing module must be made with the pusher cylinder retracted and off. The pusher cylinder advances forward at a speed determined by the setting of the flow control (10) until the deceleration valve (8) is actuated which slows the cylinder to a speed determined by the flow control valve (9). The retract speed of the cylinder is controlled only by the preset pressure of the circuit.

Consult the enclosed service sheets concerning servicing and further operation of the various components.

DO NOT USE THE POWER UNIT TO RUN ANY OTHER EXISTING EQUIPMENT

Make sure that the breather and filler breather are in place and kept clean.

3

Figure 1

Conveyor Motor Circuit

Pusher Cylinder Circuit

Side Knife Circuit

Components

1. Directional Valve
2. Pressure Reducing Module
3. Directional Valve
4. Pressure Gage
5. Directional Valve
6. Pressure Reducing Module
7. Pressure Gage
8. Deceleration Valve
9. Flow Control Valve
10. Flow Control Valve

## ELECTRICAL COMPONENTS AND THEIR FUNCTIONS

I.  Electrical Controls-(Refer to Fig. 2)

All push buttons and selector switches are identified as to their function.

1.  The position of the auto-manual switch determines whether the machine is to be operated automatically or manually.  In the "manual" position, the conveyor and pusher cylinder are out of the circuit. The split cycle is then started with the "manual start" pushbutton.  If the side knives are "off" with the selector switch in "manual", the hydraulic power unit will not start.  The "Splitter Start" pushbutton must be actuated before any other function will occur.

 WARNING: <u>DO NOT RUN SPLITTER WITH SIDE KNIVES ON UNLESS A BLOCK IS IN POSITION.</u>

2.  With the selector switch in the "Automatic" position, the splitter motor must be started first then the hydraulic power unit.

3.  The side knives may be turned <u>off</u> or <u>on</u> during any part of the split cycle.

4.  If the Cycle Stop is actuated during a cycle, the splitter will continue to complete the programmed cycle, retract, and then stop.

II.  Limit Switch Locations and Their Functions  (For Location-
Refer to Fig. 3)

LS-1    Stops the Conveyor and starts the Pusher Cylinder forward.

LS-2    Stops the Pusher Cylinder in the retracted position.

LS-3    Retracts the Pusher Cylinder.

LS-4    Shifts the Pusher Cylinder into deceleration.

LS-5    Stops the Pusher Cylinder and starts the Split Cycle.

LS-6    Stops the splitter on its top stroke after each split cycle.

LS-7    Retracts the Side Knives on the up stroke of the splitter.

The machine is controlled by a programable controller located in the electrical panel.  Please read the enclosed literature on the controller before attempting any service or changes in the program.

The program is stored in the eeprom which is plugged into the front of the controller. The memory or program will not be lost in case the splitter is not used for a long period of time. However, if the eeprom is removed, batteries must be installed to retain the memory. When removing or installing the eeprom, the main disconnect MUST BE OFF.

IF YOU HAVE ANY PROBLEMS WITH THE CONTROLLER, CONTACT YOUR CLOSEST ALLEN-BRADLEY DISTRIBUTOR.

ELECTRICAL CONTROLS
FIGURE 2

Manual Start

Splitter Stop

Cycle Start

Cycle Stop

Pusher — Off ON


Hydraulic Start

Hydraulic Stop

Conveyor — Off ON



Splitter Start

Emergency Stop

Side Knives — Off ON



Power On

Auto Manual




LIMIT SWITCH LOCATIONS
FIGURE 3

INITIAL START-UP PROCEDURE
CM-24 HYDROFEED

1.  Study the manual before attempting to start the splitter for the first time.

2.  All shields and guards must be in place.

3.  Make sure that the voltage specifications are correct.

4.  The disconnect must be turned <u>off</u>.  **DO NOT** attempt to defeat the lock-out on the disconnect.

5.  Wire the hydraulic pump motor to the starter in the control panel as per local codes.

6.  Connect the pressure, return, and drain hoses to the power unit.

7.  All pressure and flow control settings were made at the factory and should be okay for the initial start-up.

8.  Put an 8 X 8 X 16 solid on the cutting table centered between the knives.

9.  Crank the top head up so that the unit will not split during cycling.

10.  Make sure that everyone is clear from the machine.

11.  Turn the disconnect on.  The "power on" light should be on.

12.  The "auto-manual" selector switch should be in the "auto" position.

13.  The "side knife" selector switch should be in the "on" position.

14.  The "conveyor" selector switch should be on.

15.  The "pusher" selector switch should be "on".

16.  Jog the "splitter start" circuit and check for rotation of the splitter drive motor.  The rotation must be as indicated.

17.  With the splitter motor running, jog the motor on the power unit and check the rotation.  Continual running in reverse will damage the pump.

18.  With the splitter and hydraulic motors running, check the pressure setting on the pump.  For the initial start-up keep the pressure at 500 to 700 p.s.i.

19.  Press "cycle start".  The conveyor chain should start.

20. Actuate LS-1. The conveyor chain will stop and the pusher will go through the programmed cycle and retract.

21. If "cycle stop" is actuated during a cycle of the pusher, the pusher will continue the cycle, retract, and stop. Cycle start must be actuated to continue the pusher cycle.

22. The splitter heads and side knives can be controlled manually by the "manual start" and "splitter stop" push buttons.

23. Continue to familiarize yourself with the controls. As long as you do not make any changes in the pressure settings, you can not damage the machine. Each component is discussed in the manual.

**PLEASE CALL IF YOU HAVE ANY QUESTIONS.**

Thank You!

**SAFETY INSTRUCTIONS**

SUGGESTED LOCKOUT PROCEDURE

1. Announce lockout to other employees.
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket.
5. Clear machine of all personnel.
6. Test lockout by hitting run button.
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machine.

 **WARNING**

Always turn the disconnect <u>off</u> and follow the Lock-Out procedure before attempting any adjustments or repairs.

<u>OPERATION OF THE SPLITTER</u>
Refer to Fig. 4

1. Determine the number of split cycles per pallet.

2. Measure the distance between each split.

Adjustable stop A activates LS-2 to stop the cylinder in the retracted stroke, actuates LS-3 to retract the cylinder, and actuates LS-4 and LS-5 for a splitting cycle. Normally stop A should never have to be moved from its present position.

If there are three 7-5/8" wide block to be split in 3-13/16" intervals, there would be 3 stops as shown A, B, and C spaced 7-5/8" apart. (Dimension D). In the case of 7-5/8" block, there will be two blocks on the table at all times. Block A which has been split from the previous cycle and indexed forward plus Block B. As the Cycle is started, Block B is split, then Block 1, then Block 2, then adjustable stop A hits LS-3 retracting the cylinder for another cycle. After the last split is made and LS-2 is actuated on the return of the cylinder, the block must clear LS-1 to start another cycle.

The positions of LS-4 and LS-5 determine where the split cycle will occur based upon the position of the pusher cylinder. The pusher cylinder may be manually jogged by putting the selector switch in "manual" and by shifting the valve in the directional valve to set the position of LS-4 and LS-5. (Item 4, Fig. 1). The advance speed of the cylinder may be reduced by adjusting the flow control valve (item 10, Fig. 1). Once LS-4 and LS-5 are located within 1/16" of the desired split line, adjustment can be made to the deceleration flow control valve (Item 9, Fig.1) to further adjust to the desired stopping point.

 **DANGER**

DO NOT Reach Under or Around the Barriers Surrounding the Splitting Heads.

8



Operation of the Splitter
Figure 4





--SPLITTING RETURN CORNERS--
CM-24 HFRC

 **WARNING**

Turn the disconnect <u>off</u> and follow the Lockout
Procedure before servicing the machine.

1. Remove the Line Block Top Plates (part number
   B34177).

2. Clean all dirt and debris away from the cross
   knife rests and mounts.

3. Depending upon the configuration of the return
   corner to be split, bolt the correct number of
   replaceable tips in position.

4. Bolt the cross knives into position.

5. The return corner table plates (part number
   B34178 and B34179) can now be installed.

6. The return corner back-stop (Part number C34189)
   and the pusher block (part number B34200) are
   used to position the return corner unit prior
   to splitting.

The back -stop must be fastened to the table the correct
distance from the cross knives (15 5/8 inches for the throw-away or
7-5/8 inches for splitting off a line block).

The pusher block or the side knife can be used in the
opposite side knife holder to push <u>and</u> hold the return corner
unit against the back-stop.

Some customers use only the guides (part number
B32034-LR) to position the return corner units and do not use
the back-stop or pusher block.

 **WARNING**

All guards and shields must be kept in place.
Replace any decals that are not clearly visible.





## HINTS ON SPLITTING RETURN CORNERS

The split end is obtained either by splitting off a throw-away piece or by splitting off a line block or split halves.

### --BY SPLITTING OFF THE THROW AWAY--

1. Two inches is the absolute minimum that can be split off of an 8 inch high block and still produce an acceptable split face. The size and type of aggregate, hardness, and uniformity of compaction all play an important factor as to whether or not 2 inches is adequate. If the split starts around the aggregate, it will always shell to the face.

2. Holding the block against the back-stop with the opposite side knife or with the pusher block in place of the side knife generally will produce a better split face.

3. If the return corner unit is turned 90 degree on the pallet whereby the throw-away can be increased to 3 inches, a more acceptable split face with less culls can be produced.

4. The cross knives must be parallel top and bottom. See the section "Top Head Parallel with Bottom Head" under Machine Adjustments.

5. The cross knives must split first. They must penetrate at least 1/16" before the regular knives.

6. Watch the height setting of the cutting table. If the table is adjusted too low, the block will drag across the knife tips. If the table is adjusted too high, the top of the block will be marred by the top knives over-penetrating. The bottom knives may never make contact with the bottom of the block.

### --BY SPLITTING OFF A LINE BLOCK--

1. The cross knives <u>must</u> split first. They must penetrate at least 1/16" before the regular knives.

2. The cross knives must be parallel.

3. Again the height setting of the cutting table is very important.

4.   Using the back-stop will make some improvement
     in the split.

5.   If the back of the return corner unit has an
     off-set due to the line block being 15 5/8",
     it will be necessary to slot the mounting holes
     in one of the feeder pawl mounts. (part number
     B32318).

     Cross Knives Shown Mounted on Right Hand Side



Pusher Block (B34200) or Side Knife

Back Stop
(C34189)

2 Return Corners Plus 1 Line Block
feed 1/4" to 1/2" to left of center



Back-Stop (C34189)

Pusher Block
(B34200)
Spacer if Required

2 Return Corners Plus Throw-Way
feed 3/4" to 1" to left of center

LUBRICATION & PERIODIC MAINTENANCE
CM-24 HFRC

SAFETY
INSTRUCTIONS
SUGGESTED
LOCKOUT
PROCEDURE
1. Announce lockout
to other employees.
2. Turn power off at
main panel.
3. Lockout power in
off position.
4. Put key in pocket
5. Clear machine of
all personnel.
6. Test lockout by
hitting run button
7. Block, chain or
release stored
energy sources.
8. Clear machine of
personnel before
restarting machine

 **WARNING**

Turn the disconnect _off_ and follow the _Lock-Out_ procedure before servicing the machine.


**EVERY 8 to 10 Hours of Operation:**
    GREASE
        4 Connecting Blocks (item 29)
          2 grease fitting each
        4 Side Bearings (item 26)
          1 grease fitting each
        4 Upper Side Bearings (item 24)
          1 grease fitting each.

    Wipe off all excess grease.

CLEAN machine of all chips and debris.  Clean all chips from under machine.
DO NOT allow chips and dust to accumulate around the gears.
Check condition of the cylinder boot on the feeder. Repairs to the boot should be made before it is totally wrecked.
Check for hydraulic leaks.
Is the cutting table (item 30) adjusted correctly?
Are the block dragging across the tips of the knives and wearing them flat?
Check that all guards and shields are in place.
Is the panel door kept closed?
Check the pressure settings on the conveyor and pusher cylinder circuits.
Check the pressure setting on the pump.  Is it set too high?

**EVERY 40 to 50 Hours of Operation:**
    Grease
      Top and Bottom Heads
        4 grease fittings each

Use a dry lubricant on the side arms (item 4).
    Check the condition of the wear strips
        Don't let them wear down into the table plates before replacing them.


**EVERY 250 Hours of Operation**
      Grease
        Pillow Block Bearings
          (item 59 and 64)

Check gear alignment and for dirt build-up in the gear teeth.
DO NOT use any lubricant on the gears.

Electric Motors - refer to the enclosed service sheets.
Pay careful attention to the maintenance and lubrication section.
Clutch-Brake-refer to the enclosed sheet.

V-Belts - Check for proper tightness and excessive wear.

Electrical Panel - Make sure that the interlock on the disconnect and panel door works.

EVERY 6 Months or 2,500 Hours of Operation:
Change Oil in shaft mount reducer.

Change hydraulic oil, suction filter, and return filter. Clean the inside of the reservoir.
Suction Filter -- 74 Micron
Vickers Part #-941058

Return Filter - 10 Micron
Vickers Part #923070

Make sure that the filter elements are in the breather <u>and</u> the filler breather cap.

 **WARNING**

All guards and shield MUST be kept in place.
Replace any decals that are not clearly visible.

  

L2

## MACHINE ADJUSTMENTS
### CM-24 HFRC

 **WARNING**

ALWAYS turn the disconnect <u>off</u> and follow the Lock-Out procedure before attempting any adjustments or repairs!

## TOP HEAD PARALLEL WITH BOTTOM HEAD

It is very important that the top and bottom heads are parallel. The bottom head mounting surface is not adjustable; therefore all of the adjustments will be made in the top head. DO NOT measure between the knives or how much thread is sticking out above the lifter nuts.

1. Measure from the bottom of the head mounting plate (item 41) to the machined surface of the frame. Measure at all 4 corners of the head mounting plates.

2. If the measurements are not the same at all four points, remove the height adjustment chain (item 43) by loosening the idler (item 48).

3. Adjust the lifter nuts (item 2) up or down until the measurements are the same.

4. Reattach the height adjustment chain. Be careful not to move the lifter sprockets (item 50) more than one tooth.

If the chain should get loose and you attempt to turn the height adjustment crank (item 49), the chain may slip one or more teeth on the sprockets throwing the top head out of parallel. Keep the height adjustment chain fairly tight.

## OVERHAUL OF THE CONTOUR-MATIC HEADS

 **WARNING**

ALWAYS turn the disconnect <u>off</u> and follow the Lock-Out procedure before attempting any adjustments or repairs!

Whenever you have to work on the heads or replace some of the knives, take the heads out of the splitter to an area that is clean. You will need some newspapers to lay the parts on as well as rags and a degreaser to wash the parts. Turn the top head upside down.

**SAFETY INSTRUCTION**

SUGGESTED LOCKOUT PROCEDURE

1. Announce locko to other employe
2. Turn power off a main panel.
3. Lockout power i off position.
4. Put key in pocke
5. Clear machine o all personnel.
6. Test lockout by hitting run butto
7. Block, chain or release stored energy sources.
8. Clear machine o personnel before restarting machin

**SAFETY INSTRUCTIONS**

SUGGESTED LOCKOUT PROCEDURE

1. Announce lockou to other employee
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket
5. Clear machine of all personnel.
6. Test lockout by hitting run buttor
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machir

1. Look at the enclosed drawing showing the components and the number required.

2. Remove the felt retainers (Part No. A25109) and the felt strip. Mark the felt retainers as to which side they go.

3. Loosen and remove the 3/8 bolts (12) thru the knives.

4. Take out the knives. The top wedges (Part No. A1416) will try to come out with them.

5. Remove the wedges. A screw driver with a 3/8 flat blade works good. Loosen the set screws on the side of the head and remove the end wedges (Part No. A1415).

6. Remove the wear strip insert (Part No. A25097). There is a 1/4-20 NC tapped hole in one end. Screw a long 1/4 NC bolt or all thread rod in the hole and pull the wear strip out.

7. Clean the head inside and out removing all of the old grease and dirt. Use a rag with degreaser on the inside of the head.

8. Check the inside walls of the head for nicks or gouges. Dress them down with a file.

9. Double check and make sure that the inside of the head is clean.

We are now ready to assemble the heads. If you have to leave the job before it is complete, cover the head with clean rags to keep foreign material out.

10. Clean the Wear Strip Insert (Part No. A25097). Look for nicks or gouges caused by a broken or turned wedge. Either try to dress the area down with a file and then turn it over to use the other side or replace the wear strip. Squirt a little oil in the bottom of the head before dropping the wear strip into the head. Make sure that the wear strip is straight without any kinks or bends. Notice that the wear strip is 3/8" x 1/2". The 1/2" wide dimension lays flat in the bottom. Go ahead and drop the wear strip into the head. Tap on it and make sure that it is down.

A2

11. Clean and inspect the end wedges (Part No. A1415). Make sure that they are positioned as shown in the drawing. Take a screw-driver or rod and hold the end wedges down and back against the ends of the head. Tighten the 3/8" set screws.

12. Clean and inspect the bottom wedges (Part No. A1417). If they are worn or chipped, replace them.
    NOTE--
    There are <u>eleven</u> bottom wedges in each head. Squirt a little oil on the wear strip before dropping the bottom wedges into position. The wedges must be turned as shown in the drawing <u>and</u> there <u>MUST</u> be exactly 11 of the bottom wedges in a 24 inch long head. Double check and make sure that they are all turned right before proceeding.

13. Clean and inspect the top wedges (Part No. A1416). Again if you see any worn or chipped places, replace the wedges.

    NOTE---
    There are <u>twelve</u> top wedges in each 24 inch head. There can't be eleven or thirteen; there must be exactly twelve. Squirt a little oil on top of the bottom wedges before dropping the top wedges into place. The top wedges must be turned exactly as shown in the drawing. Reach down in the head with a screwdriver to turn and position the wedges. Double check that there are exactly 12 and all are positioned and turned correctly.

14. Make sure that the knives are clean before putting them into the head. Put the 3/8 bolts thru the head before trying to push the knives down. If you happen to pull one of the knives up, chances are that the top wedge will come up with it and might turn. You had better check before proceeding. Now with all of 3/8 bolts thru the head and the nuts started, squirt a little oil on both sides of the knives. Start tightening the 3/8 bolts by snugging them all about the same amount. Then tighten them until there is a small amount of lateral in each knife. Do not over-tighten them or you can't move the knives at all. Push down on one of the knives with a wooden block, rubber

A3

hammer, or anything that won't nick the knives.
Then push down on another knife. The original
knife that you pushed down should pop up.
If you can't push a knife down, chances are
that the bolt thru that knife is too tight.
Check and see if all of them move up and down.
If you can push 2 knives down, you have left
a wedge out. If you can only push one part
way down, a wedge has turned.
Remember - DON"T overtighten the bolts!

15.  Always use a new felt strip.  The old felt
strip generally gets hard and doesn't do any
good as a seal.  Use a screwdriver and push
the felt down in the groove.  Wrap the felt
completely around the knives putting the
splice somewhere along the side.

16.  Bolt the felt retainers (Part No. A25109)
back on the same side that they were originally.
Make sure that the bolts are not over 1/2"
long or they will bear against the knife.
Watch that the felt retainers are not pushing
against the knives and restricting their
movement.

## ADJUSTING THE AMOUNT OF CONTOUR-MATIC



**WARNING**

ALWAYS turn the disconnect <u>off</u> and follow the
Lock-Out procedure before attempting any adjust-
ments or repairs!

Sometimes when splitting a block which has a wide
variation in compaction from one end to the other, better
results are achieved by reducing the amount of contour-
matic in the heads.

In a standard head each knife can be compressed
about 3/8".  The following would apply if you wanted to
reduce the amount that each knife can move to 1/8".

1.  Compress one end knife.  It will be
about 3/8" lower than the rest of the
knives.

2.  Loosen the 3/8-16 NC set screws on the
side of the head that is against the
end wedge.  (See Drawing)

3.  Screw the adjusting screw in until the
knife has moved about 1/8".  Tighten the
set screw against the end wedge.

**SAFETY INSTRUCTIONS**

SUGGESTED
LOCKOUT
PROCEDURE

1. Announce lockout
   to other employee
2. Turn power off at
   main panel.
3. Lockout power in
   off position.
4. Put key in pocket.
5. Clear machine of
   all personnel.
6. Test lockout by
   hitting run button
7. Block, chain or
   release stored
   energy sources.
8. Clear machine of
   personnel before
   restarting machi

A4

4. Go to the other end of the head and repeat the procedure which will reduce the contour-matic to 1/8".

5. Reverse the procedure when you want to return the full contour-matic.

## ADJUSTMENT OF THE CUTTING TABLE

**WARNING**

ALWAYS turn the disconnect off and follow the Lock-Out procedure before attempting any adjustments or repairs.

Having the cutting table adjusted properly is very important. If there is too much spring tension the bottom knives may just barely score the bottom of the block; therefore the split comes from the top. If the table binds the bottom knives may not touch at all or the table won't return to the up position letting the block drag across the tips of the bottom knives.

The adjustments on the table are as follows:

a. 4 Adjusting Screws (Item 16) determine the height of the table as well as the amount of spring compression.

b. 4 Eccentric Pins (Item 20) control the front to back movement of the table.

c. 8 Table Gib Screws (Item 23) controls the side to side movement as well as the level of the table.

ADJUSTING PROCEDURE:

1. Back the Gib Screws (Item 23) out. There are 8 of them; 4 toward the top of the table and 4 at the bottom of the table gib bars (Item 21).

2. Loosen the Eccentric Pins (Item 20).

3. If the Compression Springs (Item 17) are broken or have lost any tension, replace them.

4. If the Adjustment Screws (Item 16) are bent or the threads are bad, replace or repair them.

**SAFETY INSTRUCTIONS**

SUGGESTED LOCKOUT PROCEDURE

1. Announce lockou to other employe
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket.
5. Clear machine of all personnel.
6. Test lockout by hitting run button
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machin

5. The nuts under the springs, adjust the compression or the amount of force needed to push the table down. The nuts on top of the Table Mounting Bracket (Item 22) adjust the height of the table in relation to the bottom knives.

6. Adjust the nuts under the springs until the <u>length</u> of the spring is 2-3/8".

7. The table should be up against the heads of the adjusting screws. If not adjust the nuts on top of the table mounting bracket until the heads of the adjusting screws bears on the table.

8. Adjust the table up or down until it appears level. Don't worry about the height in relation to the knife right now.

9. The Top Gib Screws adjust the slot in the table in relation to the bottom knives. Screw all 4 Top Gib Screws in until they <u>touch</u> the table mounting bracket. Don't tighten the Jam Nuts yet. The proper adjustment of the Gib Screws is also what determines the position of the side knives in relation to the top and bottom knives.

10. Adjust the bottom screws in until they <u>touch</u> the table mounting bracket. These 4 screws control the level of the table. Don't tighten the jam nuts yet.

11. Check the heads on the Adjustment Screws (Item 16) that they are still bearing on the table.

12. Are the bottom knives still in the center of the slot in the table?

13. Tighten the Jam Nuts on the Table Gib Screws with a screw driver while tightening the jam nuts.

14. On the other side of the table run the Gib Screws in until they touch, then loosen them about 1/8 of a turn. Hold the Gib Screw with a screwdriver while tighting the Jam Nut.

A6

15. Make sure that there is no binding of the table before adjusting the Eccentric Pins (Item 20). You should be able to compress each side of the table by exerting 150 pounds of force. If the table won't move or return to the up position, one of the Gib Screws needs adjusting.

16. The Eccentric Pins (Item 20) are now ready to be adjusted. Hold the Eccentric Pin with a screwdriver and snug the nut. As you turn the pin against the Table Mounting Bracket (Item 22) it will start shifting the table front to back in relation to the knives. Set one side first then go to the other side and set them by turning the Eccentric Pin tight against the Table Mounting Bracket and backing away about 1/8 of a turn.

17. Check again to make sure that the table is not binding.

18. Now set the height of the table in relation to the bottom knives. The top of the Wear Strips should be 1/32" to 1/16" above the bottom knives.

19. Check and make sure that all nuts are tight.

As the machine is running watch and make sure that the table compresses then returns to the up position against the heads of the Adjustment screws (Item 16). On some light weight block you might have to decrease the amount of spring pressure. Heavier units might require that you increase the spring pressure. DON'T let the block drag across the tips of the bottom knives.

## ADJUSTMENT OF LIMIT SWITCH COLLARS

⚠ WARNING

ALWAYS turn the disconnect off and follow the Lock-Out procedure before attempting any adjustments or repairs!

There are 2 Limit Switches (Item 65) which have 2 functions:

LS-6 - Stops the Splitter on its top stroke.

LS-7 - Retracts the side knives on the bottom stroke of the splitting cycle.

SAFETY INSTRUCTIONS
SUGGESTED LOCKOUT PROCEDURE
1. Announce lockout to other employee
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket.
5. Clear machine of all personnel.
6. Test lockout by hitting run button.
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machin

Each switch is actuated by an Adjustable Collar (Item 62). The position of the collars may be changed by loosening the set screws and turning the collars.

Collar on LS-6:

If for some reason the splitter does not stop on top center and before moving the collar, check the output of the clutch-brake control. Turn the potentiometer up and see if it stops any quicker. See the service manual on the clutch-brake.

Collar on LS-7:

The position of the collar actuating LS-7 determines when the side knives will retract. This occurs at or slightly before the bottom of the stroke. If LS-7 is actuated too quickly during the cycle, the side knives will be on their way back and not have much effect on the split. If the side knives are released too late, then there isn't time for the side knives to retract before the cycle ends.



Start Cycle-Stop Cycle

LS-6

Split Cycle=
.7 Second

LS-7          Split Occurs
        Side Knives Released

## OPERATION AND MAINTENANCE OF THE SIDE KNIVES

 **WARNING**

ALWAYS turn the disconnect off and follow the Lock-Out procedure before attempting any adjustment or repairs!

When a block is positioned and ready to split, you'll notice that the side knives come in and make contact with the block before the top head starts down. As mentioned before, the reason for this is so that the pump will have time to build up to the preset pressure during the actual split. This delay is programmed into the programmable controller. If for some reason you would want to change this value you must have a pocket programmer or the proper computer interface software.

SAFETY INSTRUCTION
SUGGESTED
LOCKOUT
PROCEDURE

1. Announce lock
   to other employ
2. Turn power off
   main panel.
3. Lockout power
   off position.
4. Put key in pock
5. Clear machine
   all personnel.
6. Test lockout by
   hitting run butt
7. Block, chain or
   release stored
   energy source
8. Clear machine

If the extend speed of one of the side knife cylinders is erratic, the problem is probably due to dirt shaving or etc. in the flow control valve.

The adjustment of the cushions will affect both the advance and retract of the cylinders (See the cylinder service sheets). When the splitter is shipped from the factory the <u>inside</u> hex adjusting screw is screwed all the way out. Plenty of cushion is still available keeping the piston from bottoming out. Also if the adjustment screw is turned in there will be a quick heat build-up in the cushioned end particularly when running at a high cycle rate.

RETRACT –

See the section "Adjustment of Limit Switch Collars".

When replacing the Rod Couplers (Item 15), use loctite on the threads. Check the Rod Couplers periodically to make sure that they are tight.

Use Pliobond to glue the Alignment Pads (Item 11) to the slide plate (Item 12).

  



## CHART 2

### EXCESSIVE HEAT

**A. PUMP HEATED**

1. Remedy: See column D
2. Cavitation
   Remedy: a
3. Air in fluid
   Remedy: b
4. Relief or unloading valve set too high
   Remedy: d
5. Excessive load
   Remedy: c
6. Worn or damaged pump
   Remedy: e

**B. MOTOR HEATED**

1. Fluid heated
   Remedy: See column D
2. Relief or unloading valve set too high
   Remedy: d
3. Excessive load
   Remedy: c
4. Worn or damaged motor
   Remedy: e

**C. RELIEF VALVE HEATED**

1. Fluid heated
   Remedy: See column D
2. Valve setting incorrect
   Remedy: d
3. Worn or damaged valve
   Remedy: e

**D. FLUID HEATED**

1. System pressure too high
   Remedy: d
2. Unloading valve set too high
   Remedy: d
3. Fluid dirty or low supply
   Remedy: f
4. Incorrect fluid viscosity
   Remedy: f
5. Faulty fluid cooling system
   Remedy: g
6. Worn pump, valve, motor, cylinder or other component
   Remedy: e

### REMEDIES:

a. Any or all of the following: Replace dirty filters - Clean clogged inlet line - Clean or replace reservoir breather vent - Change system fluid - Change to proper pump drive motor speed - Overhaul or replace supercharge pump.

b. Any or all of the following: Tighten leaking connections - Fill reservoir to proper level (with rare exception all return lines should be below fluid level in reservoir) - Bleed air from system - Replace pump shaft seal (and shaft if worn at seal journal).

c. Align unit and check condition of seals and bearings - Locate and correct mechanical binding - Check for work load in excess of circuit design.

d. Install pressure gauge and adjust to correct pressure (Keep at least 125 PSI difference between valve settings).

e. Overhaul or replace.

f. Change filters and also system fluid if of improper viscosity - Fill reservoir to proper level.

g. Clean cooler and/or cooler strainer - Replace cooler control valve - Repair or replace cooler.

SAFETY INSTRUCTIONS
SUGGESTED LOCKOUT PROCEDURE
1. Announce lockout to other employee
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket.
5. Clear machine of all personnel.
6. Test lockout by hitting run button.
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machine

## DON"T WANNA READ: WANNA TRY IT
## "WILL READ LATER" INSTRUCTIONS

1. MAKE <u>SURE</u> THAT THE VOLTAGE SPECIFICATIONS ARE CORRECT.

2. FILL THE RESERVOIR WITH AW32 (ISO VG32) HYDRAULIC OIL.

3. WIRE FROM THE MOTOR STARTER IN THE PANEL TO THE HYDRAULIC POWER UNIT.

4. CONNECT THE HOSES TO THE POWER UNIT. PRESSURE, TANK, DRAIN. MAKE SURE THAT THE COUPLERS ARE LOCKED.

5. LAY AN 8 x 8 x 16 SOLID ON THE CUTTING TABLE BETWEEN THE SIDE KNIVES. CRANK THE TOP HEAD UP AT LEAST 1-½" ABOVE THE BLOCK.

6. TURN THE DISCONNECT ON. THE "POWER ON" LIGHT SHOULD BE LIT.

7. TURN THE AUTO-MANUAL SELECTOR SWITCH TO MANUAL.

8. TURN THE SIDE KNIVES OFF-ON SWITCH TO "ON".

9. JOG THE SPLITTER START CIRCUIT AND CHECK THE ROTATION OF THE SPLITTER MOTOR.

10. WITH THE SPLITTER MOTOR RUNNING, JOG THE HYDRAULIC PUMP MOTOR AND CHECK THE ROTATION.

11. MAKE SURE THAT EVERYONE IS CLEAR OF THE SPLITTER BEFORE PROCEEDING ANY FURTHER. **DO NOT** CHANGE ANY OF THE PRESSURE REDUCING MODULE SETTINGS.

12. WITH THE SPLITTER MOTOR AND THE PUMP MOTOR RUNNING, CHECK THE PRESSURE AT THE PUMP. IT SHOULD BE SET AT 600 TO 1000 PSI. IT DOESN'T HAVE TO BE EXACT RIGHT NOW.

13. EVERYONE CLEAR? PRESS "MANUAL START". THE SIDE KNIVES COME IN THEN THERE IS A DELAY OF 1-½ SECONDS BEFORE THE TOP HEAD COMES DOWN. DON'T GET EXCITED ABOUT THE LONG DELAY; WE WILL COVER THAT LATER.

    REMEMBER - THE TOP HEAD MUST BE UP AND LS-6 MADE BEFORE ANY OF THE AUTO FUNCTIONS WILL WORK.

14. CONTINUE TO CYCLE THE SPLITTER MANUALLY FOR A FEW CYCLES.

15. BUMP THE PUSHER CYLINDER FORWARD USING THE SPRING CENTERED SELECTOR SWITCH. THERE IS STILL SOME AIR IN THE CIRCUIT SO THE MOVEMENT MAY BE A LITTLE ERRATIC. RUN THE CYLINDER FORWARD AND BACK A FEW TIMES. BE CAREFUL NOT TO BANG THE INDEX FRAME AGAINST THE STOP ON THE RETURN STROKE.

16. NOW COMES THE GOOD PART.
    TURN THE AUTO-MANUAL SWITCH TO "AUTO"
    SIDE KNIVES   "ON"
    CONVEYOR      "ON"
    PUSHER        "ON"

17. TAKE THE DTAM SCREEN FLOW CHART AND SCROLL THRU THE VARIOUS
    SCREENS. DON'T CHANGE ANY OF THE VALUES.

18. THERE ARE 3 RECIPES ALREADY LOADED.

    RECIPE #1 - FOUR 5-5/8" BLOCK SPLIT INTO 2-13/16"
    RECIPE #2 - THREE 7-5/8" BLOCK SPLIT INTO 3-13/16"
    RECIPE #3 - FOUR 6.000" BLOCK SPLIT INTO 3.000" BLOCK.

    FROM THE MAIN SCREEN - PRESS 4-RECIPE
    FROM THE NEXT SCREEN - PRESS 2-RECIPE
    FROM THE NEXT SCREEN - LOAD RECIPE 3-PRESS 3
                          THEN PRESS ENTER.
    FROM THE NEXT SCREEN - PRESS 2 RUN NEW
    FROM THE NEXT SCREEN - PRESS 1 RUN NEW
        PRESS <u>MENU</u> KEY
        PRESS 1 TO READ THE OIL TEMPERATURE.
        PRESS MENU
        PRESS 2 TO READ HOW MANY CYCLES YOU HAVE RUN.
        PRESS MENU
        PRESS 3 - POSITION

    THIS IS THE DISTANCE FROM THE KNIFE TO THE <u>STANDARD</u> FEEDER
    PAWLS IN <u>THOUSANDTHS</u> OF AN INCH. WATCH AND YOU WILL SEE
    THAT THE CYLINDER IS CREEPING OUT TOWARD THE KNIFE. THIS
    IS NORMAL LEAKAGE AROUND THE SPOOL IN THE DIRECTIONAL VALVE.
    AFTER THE CYLINDER CREEPS OUT SO FAR (LESS THAN 1") IT WILL
    AUTOMATICALLY RETURN TO THE PRESET RETRACTED POSITION.

    IN THE AUTO MODE, DIFFERENT FUNCTIONS ARE GOING TO TAKE PLACE.
    <u>DON'T</u> YOU OR ANY ONE ELSE TRY TO MAKE ANY ADJUSTMENTS OR TOUCH
    ANY PART OF THE SPLITTER WITHOUT TURNING THE DISCONNECT "OFF".

19. PRESS CYCLE START
    THE CONVEYOR CHAINS START TO RUN. LET THEM RUN AWHILE TO
    PURGE ANY AIR THAT MIGHT BE IN THE CIRCUIT.

20. TRIP LS-1 OR THE PHOTO SWITCH WHICHEVER YOU HAVE. THERE IS
    A DELAY ONCE IT IS TRIPPED BEFORE THE CHAIN STOPS AND THE
    FEEDER PAWLS START FORWARD. YOU WILL SEE THE FEEDER PAWLS
    SLOW DOWN AND THEN STOP FOR THE SPLIT CYCLE. THE SIDE KNIVES
    COME IN, DELAY ABOUT 1.5 SECONDS, AND THE THE SPLIT CYCLE
    STARTS. THIS WILL BE REPEATED 4 TIMES AND THE PUSHER WILL
    RETRACT FOR THE NEXT CYCLE. REPEAT TRIPPING LS-1 8 OR 10
    TIMES TO CLEAR THE HYDRAULICS OF AIR.

21. Is the Strobe Light Flashing?
    Is there a message on the DTAM that reads "Pusher Travel Error"?
    Press Enter to clear the message and to turn off the strobe.

22. If the cut position is off .060 of an inch, the strobe light will come on as well as the message on the DTAM.

23. The Recipe #3 has 4 Cut Positions:
    27.000, 21.000, 15.000, 9.000.
    The reason for the 1.500 second delay in the side knives is so that you have time to read the figures on the DTAM. Whenever you start running new recipes, change the delay to about .3 second.

24. After cycling the splitter 20 or 30 times, continue to observe the cut positions. The type oil will make a difference as to whether any adjustments will have to be made in the "Cut Tolerance" screen.

25. If the read-out continues to read say 26.940, 20.930, 14.950, 8.920, you need to change the value in the "Cut Tolerance" screen. By looking at these values the stopping point is about .060 too far toward the knife. Add .060 to the value already entered. If the stopping point is 27.060, 21.080, 14.050, 9.090, then you need to deduct about .060 or .070 from the value in the Cut Tolerance screen.

26. You should be able to continue cycling the splitter and the readout will be within plus or minus .020 of an inch.

27. Turn the "Back Up" selector switch on. The feeder pawls will back up prior to the split to allow for any block "bounce" during the split.

28. When you Press "Cycle Stop" the splitter will continue the program until the last split and the feeder pawls have retracted.

29. There is a screen under "Alarms", See DTAM Flow Chart, which read "Maximum Time for Jam". Once the feeder pawls start forward and there is no split cycle in so many seconds, the pusher will retract and the splitter will shut off. You must turn the disconnect off before you can restart the splitter. This is covered in the manual in more detail.

This pretty well covers the basic operation of the splitter. Please study the manual before putting the splitter into production.

There is a password that you must enter before you can change or enter new programs. 0 0 0 0.

Please call if you have any questions or problems.--

765-279-8826

Thank You

3

SAFETY INSTRUCTIONS
SUGGESTED LOCKOUT PROCEDURE

1. Announce lockout to other employees.
2. Turn power off at main panel.
3. Lockout power in off position.
4. Put key in pocket.
5. Clear machine of all personnel.
6. Test lockout by hitting run button.
7. Block, chain or release stored energy sources.
8. Clear machine of personnel before restarting machine.

## CM-24 HYDROFEED WITH LINEAR TRANSDUCER
### ----MENU SCREENS--
### (Refer to the Menu Flow Chart)
### February 1997

### MAIN MENU

| | | | |
|---|---|---|---|
| 1. | OIL TEMP | 2. | COUNT |
| 3. | POSITION | 4. | RECIPE |

ALL SCREENS ARE ACCESSIBLE THRU THE MAIN MENU SCREEN.

THE OIL TEMPERATURE IS MONITORED THRU SCREEN 1. SHOULD THE TEMPERATURE REACH THE PRESET VALUES, A WARNING OR MACHINE SHUTDOWN WILL OCCUR.

THE NUMBER OF SPLIT CYCLES IS DISPLAYED ON SCREEN 2. TO RESET THE COUNTER PRESS F1. THE MAXIMUM IS 999,999.

SCREEN 3 CONSTANTLY DISPLAYS THE POSITION OF THE FEEDER PAWLS TO THE KNIFE IN INCHES.

### Screen 4

| | | | |
|---|---|---|---|
| 1. | MACHINE SET UP | | |
| 2. | RECIPE | 3. | CALIBRATE |

ALL OF THE DIFFERENT RECIPES (BLOCK SIZES) AND MACHINE OPERATION SCREENS ARE THRU SCREEN 4.

### OPTION 1 - MACHINE SET UP

| | | | |
|---|---|---|---|
| 1. | ALARMS | 2. | RETRACTED |
| 3. | WINDOWS | 4. | SIDE KNIFE |

### OPTION 1 - Alarms

SCREEN 1 - OIL TEMPERATURE ALARM.
YOU CAN INPUT WHATEVER VALUE THAT YOU WANT. WHENEVER THE TEMPERATURE IS REACHED, THE YELLOW STROBE WILL FLASH.

SCREEN 2 - OIL TEMPERATURE SHUTDOWN.
IF THE OIL TEMPERATURE REACHES 160° PERMANENT DAMAGE MAY OCCUR TO THE VALVES, CYLINDERS AND PUMP. DON'T PUT IN A VALUE ANY GREATER THAN 150°.

SCREEN 3 - IF THE PUSHER CYLINDER STARTS FORWARD AND A SPLIT CYCLE DOES NOT OCCUR WITHIN THE PRESET TIME, THE SPLITTER WILL SHUT DOWN. THIS GENERALLY INDICATES THAT A BLOCK HAS BROKEN, JAMMED, OR SOMETHING IS RESTRICTING THE PUSHER CYLINDER. THE DISCONNECT MUST BE TURNED OFF AND THEN AFTER CLEARING THE JAM TURNED BACK ON. THE SPLITTER CAN NOT BE RESTARTED UNLESS YOU FIRST TURN THE DISCONNECT OFF.

## OPTION 2 - Retracted

SCREEN 1 - THIS IS THE DISTANCE OF THE FEEDER PAWLS FROM THE KNIFE WHEN THE PUSHER CYLINDER IS RETRACTED. DO NOT INCREASE THE VALUE AND LET THE INDEX FRAME HIT THE STOP.

## OPTION 3 - Windows

THE 4 WINDOWS REFER TO "TOLERANCE". TOLERANCE IS THAT DIMENSION WHICH THE COMPUTER MUST ADD TO A VALUE TO COMPENSATE FOR THE SPEED OF THE CYLINDER. FOR INSTANCE IF THE SPLITTING POINT IS AT 12.000 INCHES, THE SIGNAL TO STOP MUST COME BEFORE YOU REACH 12.000 INCHES.

SCREEN 1 - DECEL TOLERANCE
THE DECEL TOLERANCE IS NOT TOO CRITICAL. ANY VALUE FROM .400 TO 1.000 WOULD WORK.

SCREEN 2 - CUT TOLERANCE
THIS VALUE CAN BE CHANGED TO COMPENSATE FOR THE DECEL SPEED PRIOR TO THE SPLIT SIGNAL. THE FASTER THE DECEL SPEED THE GREATER THE NUMBER MUST BE. ADD OR SUBTRACT FROM THE VALUE TO FINE TUNE THE STOPPING POINT. SEE THE SECTION COVERING THE TEMPERATURE COMPARISON RAMP.

SCREEN 3 - RETRACT TOLERANCE
THE ACCURACY OF THE RETRACT SIGNAL IS NOT CRITICAL; ANY VALUE AROUND .40 IS OKAY.

SCREEN 4 - RETRACTED TOLERANCE
THE RETRACT SPEED OF THE PUSHER CYLINDER IS RELATIVELY FAST, SO THE SIGNAL TO CENTER THE DIRECTIONAL VALVE MUST COME EARLY. THE IDEAL TOLERANCE IS AROUND 2.60.

2

## OPTION 4 - SIDE KNIFE

SCREEN 1 - SIDE KNIFE DELAY TO SPLIT.
THE SIDE KNIVES MUST COME IN <u>FIRST</u> BEFORE
THE SPLIT CYCLE OCCURS. THE DELAY SHOULD BE
A MINIMUM OF .3 SECOND. THIS GIVES THE
PUMP TIME TO MAINTAIN THE PRESET PRESSURE.

SCREEN 2 - SIDE KNIFE RETRACT TIME
THIS IS THE AMOUNT OF TIME THAT THE RETRACT
SOLENOID IS HELD. DO NOT EXCEED 1.50 SECONDS
ON A MULTIPLE SPLIT OR 3.000 SECONDS ON A
SINGLE SPLIT. IF THE SIDE KNIVES ARE
RETRACTED FULLY IN ONE SECOND, THAT'S ADEQUATE.

FROM SCREEN 4 OPTION 2

```
ENTER RECEIPE NUMBER
CURRENT 1
```

ALL NEW RECIPES AND SELECTIONS OF RECIPES THAT ARE ALREADY
INSTALLED ARE MADE THRU THIS SCREEN.

----INSTALLING NEW RECIPES----

KEEP A NOTE BOOK WHICH HAS THE RECIPE NUMBERS AND SKETCHES
OF EACH PALLET CONFIGURATION.

### SAMPLE RECIPES

RECIPE #1

4-6" BLOCK SPLIT INTO 3".

THE MINIMUM DISTANCE FROM THE KNIFE TO THE FEEDER PAWLS IS
7.00 INCHES SO A DEAD BLOCK IS REQUIRED. ON EACH PALLET LOAD
YOU WILL LEAVE THE LAST BLOCK AND PUSH IT IN WITH THE NEXT PALLET
LOAD.

ALL DIMENSIONS ARE ENTERED IN THOUSANDTHS OF AN INCH. I.E.
5 -5/8 = 5.625.

3

FOR THE DECELERATION SIGNAL, ADD 4.00".



CUT #1 – 5.625 + 5.625 + 5.625 + 5.625 + 2.812=  25.312

CUT #2 – 5.625 + 5.625 + 5.625 + 2.812 = 19.687

CUT #3 – 5.625 + 5.625 + 2.812= 14.062

CUT #4 – 5.625 + 2.812 = 8.437

REMEMBER TO ADD 4.00 INCHES TO CUT POSITIONS FOR THE DECELERATION.

ON THE LAST SPLIT WHICH IS CUT #4 YOU HAVE A CHOICE OF RETRACTING <u>DURING</u> THE LAST SPLIT CYCLE OR PUSHING FORWARD ABOUT ONE INCH AND THEN RETRACTING. SOME TIME IS SAVED BY RETRACTING <u>DURING</u> THE LAST SPLIT CYCLE. HOWEVER THERE WILL BE SOME BLOCK THAT YOU WILL WANT TO CONTINUE TO PUSH THE UNIT AFTER THE SPLIT TO MAKE ROOM FOR ANOTHER UNIT. A GOOD EXAMPLE WOULD BE THE KEYSTONE STANDARD UNIT OR THE ANCHOR VERTICA UNIT.

NOW TO INPUT THE INFORMATION.

YOU SHOULD BE ON THE SCREEN THAT LOOKS LIKE THIS:

> ENTER RECIPE NUMBER
> CURRENT 1

"CURRENT" MEANS THE RECIPE THAT THE COMPUTER IS CURRENTLY RUNNING.

ENTER THE ASSIGNED NUMBER OF YOUR RECIPE. PRESS ENTER. REMEMBER THAT IF YOU SELECT A RECIPE NUMBER OF A RECIPE THAT IS ALREADY IN MEMORY THE OLD RECIPE WILL BE LOST.

THE FOLLOWING SCREEN COMES UP:

```
1.   NEW OR EDIT RECIPE
2.   RETURN OR RUN NEW
```

SINCE THIS IS A NEW RECIPE, PRESS 1.

THE FOLLOWING SCREENS COME UP IN ORDER----

DECEL #1 IN INCHES - INPUT 29.312. REMEMBER THAT YOU ADD 4.00 INCHES TO THE CUT #1.

PRESS ENTER

CUT #1 IN INCHES ------ INPUT 25.312

PRESS ENTER

DECEL #2 IN INCHES ---- INPUT 23.687

PRESS ENTER

CUT #2 IN INCHES ------ INPUT 19.687

PRESS ENTER

DECEL #3 IN INCHES ---- INPUT 18.062

PRESS ENTER

CUT #3 IN INCHES ------- INPUT 14.062

PRESS ENTER

DECEL #4 IN INCHES ----- INPUT 12.437

PRESS ENTER

CUT #4 IN INCHES ------ INPUT 8.437

PRESS ENTER

THE FOLLOWING SCREEN THEN COMES UP:

RETRACT POSITION
.00

5

IF YOU WANT TO RETRACT <u>AFTER</u> THE LAST SPLIT SUBTRACT ABOUT 1.000 FROM THE LAST SPLIT   INPUT 7.437 (8.437 - 1.000)

PRESS ENTER

IF YOU WANT TO RETRACT <u>DURING</u> THE LAST SPLIT, JUST PRESS ENTER TO GO TO THE NEXT SCREEN:

```
RETRACT DURING LAST
SPLIT (OFF) ENTER 1 OR Ø
```

PRESS 1  TO RETRACT DURING THE LAST SPLIT

```
DELAY IN LS-1
.95 SECONDS
```

LS-1 OR AN OPTIONAL PHOTO SWITCH TELLS THE PUSHER CYLINDER THAT THE PALLET LOAD IS PAST THE FEEDER PAWLS AND READY TO BE INDEXED. SINCE AN ENTIRE PALLET LOAD MAY VERY FROM 16 INCHES TO 24 INCHES, THE POSITION OF LS-1 MUST BE ADJUSTABLE OR THE SIGNAL FROM LS-1 DELAYED LONG ENOUGH FOR THE LAST BLOCK TO CLEAR THE FEEDER PAWLS. DEPENDING UPON THE SPEED OF THE CONVEYOR CHAINS AND THE SIZE OF THE PALLET LOAD, A VALUE OF 1 TO 2 SECONDS SHOULD BE ADEQUATE.

IF A PALLET LOAD IS IN POSITION AND SITS THERE FOR 3 OR 4 SECONDS BEFORE THE FEEDER PAWLS START FORWARD, A LOT OF TIME WILL BE LOST.

INPUT THE VALUE.  WATCH THE DECIMAL POINT; THIS IS HUNDREDTHS OF A SECOND.  PRESS "ENTER".

THE FINAL SCREEN COMES UP

```
ENTER 1 TO ACCEPT RECIPE
OR   Ø  IF NOT Ø
```

IF YOU WANT TO DOUBLE CHECK THE RECIPE - PRESS Ø AND SCROLL THRU THE SCREENS.  PRESS "ENTER" AFTER EACH SCREEN.

IF YOU THINK YOU ENTERED ALL OF THE FIGURES CORRECTLY, PRESS 1.  THE RECIPE IS NOW IN MEMORY.

PRESS <u>MENU</u> TO GET BACK TO THE MAIN MENU.


SAMPLE   RECIPE #2

3-8" BLOCK SPLIT INTO 4"

AGAIN THE MINIMUM DISTANCE IS 7.00 INCHES SO A DEAD BLOCK IS REQUIRED AS IN SAMPLE RECIPE #1.



CUT #1 - 7.625 + 7.625 + 7.625 + 3.812 = 26.687

CUT #2 - 7.625 + 7.625 + 3.812 = 19.062

CUT #3 - 7.625 + 3.812 = 11.437

THE DECEL SIGNAL SHOULD BE 4.00 INCHES BEFORE THE SPLIT SIGNAL.

AND WE HAVE DECIDED TO RETRACT <u>DURING</u> THE LAST SPLIT.

GO TO THE SCREEN

ENTER RECIPE NUMBER
CURRENT

THIS IS RECIPE #2 - SO INPUT 2

PRESS ENTER

1. NEW OR EDIT RECIPE
2. RETURN OR RUN NEW.

THIS IS A NEW RECIPE - SO PRESS 1.

THE FOLLOWING SCREENS COME UP IN ORDER:

DECEL #1 IN INCHES - INPUT 30.687
(26.687 + 4.000 = 30.687

ENTER

CUT #1 IN INCHES - INPUT 26.687

ENTER

DECEL #2 IN INCHES - INPUT 23.062
ENTER

CUT #2 IN INCHES - INPUT 19.062

ENTER

DECEL #3 IN INCHES - INPUT 15.437

ENTER

CUT #3 IN INCHES - INPUT 11.437

ENTER

DECEL #4 IN INCHES - LEAVE AT 00

ENTER

CUT #4 IN INCHES - LEAVE AT 00

ENTER

RETRACT POSITION - LEAVE AT 00

ENTER

RETRACT DURING LAST SPLIT - PRESS 1 FOR YES
ENTER THE DELAY FOR LS-1-ENTER

PRESS 1 TO PUT THE RECIPE INTO MEMORY OR PRESS Ø TO CHECK YOUR FIGURES.

PRESS MENU TO GET BACK TO THE MAIN MENU.

TO RUN A RECIPE OR CHANGE TO A
DIFFERENT RECIPE (REFER TO THE
MENU FLOW CHART)

1. PRESS CYCLE STOP.
2. FROM THE MAIN MENU PRESS 4 - RECIPE.
3. FROM THE NEXT SCREEN, PRESS 2 - RECIPE.
4. FROM THIS SCREEN INPUT THE RECIPE NUMBER THAT YOU WANT TO RUN.
5. PRESS ENTER - THE RECIPE IS LOADED.
6. PRESS CYCLE START.

## USING THE HINGED GATE OR SPECIAL FEEDER PAWLS

THE POSITION OF THE PUSHER IS MEASURED FROM THE STANDARD FEEDER PAWLS TO THE KNIFE. IF YOU SWITCH TO THE HINGED GATE OR SPECIAL FEEDER PAWLS, THIS READING ON THE DTAM (DISPLAY) IS NO LONGER ACCURATE. INSTEAD OF RESETTING THE READ-OUT YOU CAN DO THE FOLLOWING:

1.  TURN THE DISCONNECT OFF.
2.  BOLT ON THE GATE OR SPECIAL FEEDER PAWLS.
3.  PLACE THE UNIT OR UNITS IN FRONT OF THE GATE OR
    SPECIAL FEEDER PAWLS.
4.  TURN THE DISCONNECT ON.
5.  START THE SPLITTER AND POWER UNIT.
6.  PUT THE SELECTOR SWITCH IN "MANUAL" WITH THE SIDE KNIFE
    SELECTOR SWITCH TURNED "ON".
7.  TURN THE JOG FORWARD SWITCH WHICH STARTS THE PUSHER
    CYLINDER FORWARD.
8.  ONCE THE UNIT IS IN POSITION TO SPLIT READ THE VALUE
    ON THE DTAM.
9.  IF THERE IS A SECOND UNIT IN THE CYCLE, JOG IT FORWARD
    AND READ THE VALUE WHEN IT IS IN POSITION.

10. GO TO THE "ENTER RECIPE" SCREEN AND INPUT THE VALUES.
    DON'T FORGET TO ADD THE 4.00 INCHES FOR DECEL.

## CALIBRATE OPTION- OPTION 3

```
ENTER PUSHER OFFSET
FROM CUT 6.75
```

THIS IS THE VALUE THAT IS ADDED TO THE STROKE OF THE LINEAR
TRANSDUCER TO GIVE AN ACCURATE DISTANCE FROM THE KNIFE TO THE
FEEDER PAWLS. ONCE THE CORRECT VALUE IS ENTERED, NO FURTHER
ADJUSTMENT IS REQUIRED.

```
ENTER TEMP. COMP. RAMP
.240
```

TO COMPENSATE FOR THE TEMPERATURE OF THE OIL AND ITS EFFECT
ON REPEATABILITY, OF THE CUT POSITION, THERE IS A HEAT SENSOR
(RTD TRANSMITTER) IN THE HYDRAULIC MANIFOLD. AN OUTPUT CURRENT
IS SENT TO THE ANALOG INPUT CARD AND THEN TO THE 503 COMPUTER.
FOR EVERY DEGREE OF TEMPERATURE CHANGE, THE 503 AUTOMATICALLY
UPDATES THE CUT TOLERANCE BASED UPON THE VALUE IN THE "TEMPERATURE
COMPENSATION RAMP" SCREEN. A HIGHER VALUE WILL STOP THE PUSHER
CYLINDER QUICKER.

## EXAMPLE OF CUT TOLERANCE AND TERMPERATURE COMPENSATION SETTINGS

LET'S SAY THAT YOU ARE SPLITTING SIAMESE 12'S AND THE CUT POSITION IS SET AT 12.000 INCHES FROM THE KNIVES. AFTER A COUPLE OF CYCLES TO MAKE SURE THAT EVERYTHING IS WORKING PROPERLY THE READOUT SAYS 11.950. ADD .050 TO THE "CUT TOLERANCE SCREEN".

AS THE TEMPERATURE OF THE OIL CONTINUES TO INCREASE, THE 503 NOW AUTOMATICALLY CHANGES THE CUT TOLERANCE BASED ON THE "COMPENSATION" VALUE. IF THE CUT POSITION CHANGES TO MORE THAN 12.000, INCREASE THE VALUE IN THE "TEMPERATURE COMPARISON" SCREEN. IF THE CUT POSITION IS LESS THAN 12.000, DECREASE THE VALUE.

THE VALUES ENTERED IN THE "CUT" TOLERANCE" AND "TEMPERATURE COMPENSATION" SCREENS ARE BASED UPON USING AW32 HYDRAULIC OIL (ISO VG32) AND AN OPERATING TEMPERATURE OF 70 F TO 120 F.

## --CUT POSITION WARNING SYSTEM--

IF THE CUT POSITION SHOULD VARY .060 FROM THE PRESET VALUES, THE STROBE LIGHT WILL FLASH AND A MESSAGE WILL APPEAR. AFTER MAKING THE NECESSARY ADJUSTMENTS, PRESS ENTER TO CLEAR THE MESSAGE AND TO TURN THE STROBE OFF.

THE FOLLOWING EFFECTS THE ACCURACY:

1. OIL VISCOSITY.
   USE AW32 HYDRAULIC OIL.
2. OIL TEMPERATURE.
   DO NOT SET THE PUMP PRESSURE ANY HIGHER THAN ACTUALLY REQUIRED BY THE SIDE KNIVES.
3. DECELERATION SPEED PRIOR TO THE CUT.
   THIS IS CONTROLLED BY THE 1/2" FLOW CONTROL ON THE DECEL CIRCUIT.
4. THE DIRECTIONAL VALVE ON THE PUSHER CYLINDER.
   IF THE VALVE IS SLOW TO SHIFT OR HAS WEAK SPRINGS TO CENTER THE VALVE, ACCURACY WILL BE AFFECTED.
5. UNIFORM PRESSURE ON THE PUSHER CYLINDER CIRCUIT.
   THE PRESSURE REDUCING MODULE IS SET AT 300 PSI. DO NOT CHANGE. IF THE PRESSURE IS ERRATIC, I.E. FROM 100 PSI TO 300 PSI, THE REDUCING MODULE MUST BE REPAIRED.

## FLOW CONTROL SETTINGS
## PUSHER CYLINDER CIRCUIT

THE FOLLOWING FLOW CONTROL SETTINGS WILL GIVE THE APPROXIMATE CORRECT CYLINDER SPEED FOR GOOD REPEATABILITY.

3/4" FLOW CONTROL - FAST SPEED - GOLD 4
1/2" FLOW CONTROL - SLOW SPEED - RED 3

## STORING INFORMATION TO THE MEMORY MODULE (EEPROM)

AFTER SEVERAL PROGRAMS HAVE BEEN INSTALLED , IT IS RECOMMENDED THAT YOU TRANSFER THE INFORMATION FROM THE SLC TO THE MEMORY MODULE (EEPROM). THIS WILL PROTECT THE INFORMATION FROM BEING LOST.

## TO TRANSFER FROM THE SLC TO MEMORY MODULE

MODE

| 3 | SPECIAL |
| 0 | BYPASS |
| 2 | MODE |
| 0 | PROGRAM |
| 0 | BYPASS |
| 3 | MEM X FR |
| 1 | SLC ⟶ MEM MOD |
| 0 | BYPASS |
| 2 | MODE |
| 1 | RUN |

NOTE: PASSWORD OR ACCESS CODE MUST BE KNOWN

MENU

IF THE "FAULT" (FLT) FLASHES AND THE SPLITTER WILL NOT START, THE PROCESSOR (SLC) HAS LOST ALL OR PART OF THE PROGRAM. YOU MUST NOW TRANSFER THE PROGRAM FROM THE MEMORY MODULE (EEPROM) TO THE SLC.

TO TRANSFER FROM THE MEMORY MODULE (EEPROM) TO THE SLC---

MODE

| 3 | SPECIAL |
| 0 | BYPASS |
| 2 | MODE |
| 0 | PROGRAM |
| 0 | BYPASS |
| 3 | MEM X FR |
| 2 | MEM MOD       SLC |
| 0 | BYPASS |
| 2 | MODE |
| 1 | RUN |

NOTE: PASSWORD OR ACCESS CODE MUST BE KNOWN

MENU

11

----FAULTS----

If the fault (FLT) light is flashing and the RUN light is on,
turn the Key on the 503 to PROG (Program) on and then back to RUN.

----WARNING----

If the splitter is in a recipe, it will start immediately after
it is put back into the RUN mode.

----SCALE MODE----

The DTAM has a "SCALE MODE" which must remain _off_.  If it is
accidentally turned ON, the numbers on the DTAM screen will not
coincide with the numbers in the recipe.

To turn the Scale Mode _OFF_

        Mode
4 - Other
2 - Scale
0 - Off
        Menu