# Exhibit 10



| File | Claimant | Equipment |
|---|---|---|
| PLN | 102 | Splitter |

Claimant: Griep, Glenn

Area: unk.  State: WI  Date: 8/20/1993

Equipment Unit: unk.

Equipment Identification: unk.

Only info in file is a letter from Griep's attorney.
Unknown what plant this happened at.



PLAINTIFF'S EXHIBIT 2

| PLN | 107 | Splitter | | 6386 | | 161 | |
|---|---|---|---|---|---|---|---|
| Murrock, Wayne | | Barnes & Cone, Inc. | | | NY | 3/7/1997 | |
| | | | 3/22/1995 | Inv. #IN123400 date | | | operation |

L hand – 1 finger amput. / 3 other fingers crushed

Murrock reached into splitter to pull a block out while machine was in automatic - splitter blade engaged crushing his fingers betwn. the block.

BES 0022

| PLS | 025 | | Block Splitter | | CM24-248 | |
|---|---|---|---|---|---|---|
| Domenici, Raymond | | Foster Masonry Prod. | | MA | 11/25/1985 | settle |
| | 20000 | | 3/24/1975 | install date | | clear jam |
| R hand-2 fing amput & crush inj. | | | | | | |

Domenici was attempting to clear a jam in splitter w/out turning off machine - he reached through splitting area, pulled block forward which actuated splitter while his hands were still on block - splitting wedges caught his hands against block - machine was in automatic mode.

MASSACHUSETTS, MIDDLESEX
CIVIL CASE 86-3045 [redacted]

| PLN | 068 | Block Splitter | | CM24HF-5979 | |
|---|---|---|---|---|---|
| Woodward, Peter | | James Blk. & Brick | TN | 12/10/1987 | n/a |
| | | 12/12/1987 | install date | adjustment | |
| L hand - palm lacerated | | | | | |

Splitter was not in line - Woodward was making adjustments to splitter. Pusher cylinder & carriage were in forward position - Woodward accidently hit limit switch causing pusher cylinder to retract bringing carriage tripper bar to home position - his hand was caught betwn. bar & end of splitter frame - as he jerked his hand away, his palm was cut.

BES 0018

| Plant Number | Equipment | Serial Number | |
|---|---|---|---|
| PLN 071 | Block Splitter | | CM24HF-5969 |

| Injured Name | Supplier | State | Date of Injury |
|---|---|---|---|
| Arnold, Lavern | Southland Supply Co. | TN | 5/10/1988 |

| | | | Reason for being in machine |
|---|---|---|---|
| | | 7/30/1987 install date | clearing jam |

**Body part injured:**
both hands - see DESCRIPTION

**Description:**
Injuries: L hand - fractured fingers
R hand - middle finger tip cut off
Arnold was trying to unjam splitter while machine was still turned on.

BES 0019

| PLN | 072 | Block Splitter | | CM24 |
|---|---|---|---|---|
| Miller, David | | Chas. M. Freidheim | MN | 6/13/1988 | n/a |
| | | unk. | | see DESCRIPTION |
| foot - large toe lacerated | | | | |
| Miller was a truck driver for Chas. M. Freidheim – what he was doing by splitter is unknown. Splitter had been modified so splitting bar could be actuated by foot. Switch apparently waws hit under machine & in process of getting the switch out, Miller's foot was caught in drive gears under splitter. | | | | |

BES 0020



| File | | | | |
|---|---|---|---|---|
| PLN | 109 | Slpitter | | 6386 | 165 |

| | | | |
|---|---|---|---|
| Salmon, Robert | | Tarmac/Richmond | VA | 5/30/1997 |

| | |
|---|---|
| | Cleaning |

| |
|---|
| crushed hand |

Splitter was jammed, Mr Salmon reached inside the plitter to remove a chuck of concrete when the pusher bar moved pinching his hand.

BES 0021

| PLN | 132 | Block Splitter | | 6386 | | 296 |
|---|---|---|---|---|---|---|
| Sowers, Steve | | Supreme/Winchester | | VA | | 5/10/2005 |
| | | | 2/11/1999 | | | |

Amputation of fingers

Unloading system, depalleter, and splitter were all in automatic when Steve manually pushed a block into the splitter. His hand was on top of the block when the splitter blades cycled breaking and cutting his fingers.

BES 0023

| File Case Number | Equipment | | | |
|---|---|---|---|---|
| PLN 073 | Block Splitter | | | |
| Patient Name | Plant | State | Date | |
| Delfreo, John | A. Duchini, Inc. | PA | 7/26/1988 | n/a |
| Award | Equipment Serial # | Employee Activity | | |
| | unk. | clearing jam | | |
| Body Injury | | | | |
| L hand - crushed | | | | |
| A block had gotten caught on splitter - Delfreo stopped splitter to straighten block & when he restarted splitter, amchine threw block backwards & crushed his hand betwn. 2 units. NOTE: re: Block Splitter - no other info. available on type of splitter involved in this injury. | | | | |

BES 0024