

801 Johnson Street
P.O. Box 336
Alpena, Michigan 49707, U.S.A.

**BESSER**
First In Concrete Products Machinery Since 1904

Phone: (517) 354-4508
Fax: (517) 356-4325

***** DROP SHIP P.O. *****

PAGE 1 OF 2

0314

ATTN: MARILYN PRICE
E & R MANUFACTURING

TO

P.O. BOX 68
NORTH ILLINOIS STREET
KIRKLIN, IN 46050


PLAINTIFF'S EXHIBIT
6

PURCHASE ORDER NO.
PR00046729

***NOTICE....IN ACCORDANCE WITH MIOSHA ACT 154 AND OSHA
PART 29, RULE 1910.1200, "HAZARD COMMUNICATION STANDARD".
PLEASE SEND BESSER UPDATED "MATERIAL SAFETY DATA SHEETS"
(MSDS) ON THE PRODUCTS ORDERED.    THANK YOU.

**CONFIRMING**

| | PHONE NUMBER | DATE ISSUED | SHIP VIA | | DATE REQUIRED OUR PLANT | SEE BELOW |
|---|---|---|---|---|---|---|
| X CONF. NON-CONF. F.O.B. | 765-279-8826 | 02/19/97 | TRUCK DIRECT PREPAID | | | |
| KIRKLIN, IN | | TERMS NET | SALES TAX LICENSE NO. 38-0346640 | ☐ TAXABLE | TAX EXEMPT X RESALE ☐ SERVICE | |

| LINE | QUANTITY | UM | OUR PART NUMBER | DESCRIPTION / INSTRUCTIONS | UNIT PRICE |
|---|---|---|---|---|---|
| | INVOICE BESSER COMPANY AND DELIVER TO: COUCH, INCORPORATED ANDALUSIA PLANT - JOB #260 HIGHWAY 29 NORTH ANDALUSIA, AL 36420 | | | | |
| | CUSTOMER CODE: CUSTOMER PO: SALES ORDER NBR: | | 5572 PROPOSAL 961202 BC00115233 | | |
| 1 | 1.0000 | EA | BC115233X101 | BESSER CM-24-HFRC BLOCK SPLITTER WITH A YOUR PART. A-B 503 COMPUTER AND LINEAR TRANSDUCER. PLANT VOLTAGE: 460-3-60 DEPALLETER ELEVATION: 38-1/2" HIGH | 53739.04 |
| 2 | DELIVER 1.0000 ON 02/19/97 TO 5572 #DS00011656 1.0000 | EA | BC115233X102 | ADDITIONAL EQUIPMENT: YOUR PART: - V-WHEEL MOUNTING WITH TWO 20' SECTIONS OF TRACK FOR MOVING UNIT IN AND OUT OF LINE. - TWO MODEL CT32091 HEAD - TWO BTO61595 DOUBLE SIDE KNIVES AND HOLDER | 13214.13 |

\* CONTINUED \*

THIS ORDER SUBJECT TO GENERAL TERMS
AND CONDITIONS ON BACK HEREOF

IM GROHOWSKI
BUYER

ORIGINAL                              02/19/97

**BESSER**

First In Concrete Products Machinery Since 1904

801 Johnson Street
P.O. Box 336
Alpena, Michigan 49707, U.S.A.

Phone: (517) 354-4508
Fax: (517) 356-4325

***** DROP SHIP P.O. *****

PAGE  2  OF  2

0314

TO

ATTN: MARILYN PRICE
E & R MANUFACTURING

P.O. BOX 68
NORTH ILLINOIS STREET
KIRKLIN, IN  46050

| PURCHASE ORDER NO. |
|---|
| PR00046729 |

## CONFIRMING

| CONF. / NON-CONF. | PHONE NUMBER | DATE ISSUED | SHIP VIA | DATE REQUIRED |
|---|---|---|---|---|
| X NON-CONF. | 765-279-8826 | 02/19/97 | TRUCK DIRECT PREPAID | SEE BELOW OUR PLANT |

F.O.B. KIRKLIN, IN

| TERMS | NET | SALES TAX LICENSE NO. 38-0346640 | ☐ TAXABLE | X RESALE | ☐ SERVICE TAX EXEMPT |

| LINE | QUANTITY | UM | OUR PART NUMBER | DESCRIPTION / INSTRUCTIONS | UNIT PRICE |
|---|---|---|---|---|---|
| | | | | *CONTINUE ITEM  2  --> BC115233X102 | |
| | | | | - TWO B34181 TABLE PLATE WEAR STRIPS AND GUIDES | |
| | | | | - TWO CT020395 HEAD | |
| | | | | - TWO BTO21095 6" DOUBLE SIDE KNIVES AND HOLDER | |
| | | | | - FOUR B32344 SPACER BAR | |
| | | | | - TWO BTO 82294 8" DOUBLE SIDE KNIVES AND HOLDER | |
| | | | | - TWO CLASSIC TABLE PLATE AND WEAR STRIPS | |
| | | | | - TWO EASY WALL HEAD | |
| | | | | - TWO 4" HIGH CLASSIC CAP KNIVES | |
| | | | | - TWO 6" CLASSIC STRAIGHT SPLITS | |
| DELIVER | | | | 1.0000 ON 02/19/97 TO 5572     #DS00011657 | |

** TOTAL                 $66,953.17

TIM GROHOWSKI
BUYER

THIS ORDER SUBJECT TO GENERAL TERMS
AND CONDITIONS ON BACK HEREOF

ORIGINAL          MANAGER          02/19/97

11/16/2006  15:42     989-354-3120          BESSER COMPANY                    PAGE  02



August 1997

**VICE PRESIDENT**
Kevin L. Curtis

DIVISIONS

**CONCRETE MASONRY CONSTRUCTION MANAGER**
Richard C. Schumacher

**SALES ADMINISTRATION MANAGER**
Calvin F. Maynard

**SALES & MARKETING MANAGER**
Jeffrey J. Wallace

**INTERNATIONAL ADMINISTRATION MANAGER**
Didier Fenu

**ADVERTISING MANAGER**
Terri B. Rondeau

**ASSISTANT ADVERTISING MANAGER**
Cindy J. Limback

**WARRANTY & CLAIMS MANAGER**
Gerald L. Perkins

**INTERNATIONAL SERVICE MANAGER**
David B. Eller

**PRICING MANAGER**
Karl J. Mitchell

**CENTRAL ORDER MANAGER**
Charles G. Pake

**WAREHOUSE MANAGERS**
Donald M. Burns
J. Douglas Harlow
Richard P. Pacheco

**TECHNICAL SERVICE MANAGER**
Randall T. Lough

**SALES ORDER COORDINATOR**
Brian T. Budnik

**MOLDS & S.O.P. ORDER MANAGER**
David L. Brilinski

**SERVICE SPECIALISTS**
Hank J. Adamski
Franco Eichenberger
James E. Kenjorski
Michael Maul
Brian E. Motley
Jeffery P. Oliver
Ralph Schiereth
Hans Schacher
Thomas H. LaVigne
Ian Wishert

**CHIEF PILOT**
W. Russell Etter

**NATIONAL FIELD STAFF**

**SALES DESIGN ENGINEER**
Dennis J. Baker

**PLANT LAYOUT DESIGNER**
Mark A. Schultz

**REGIONAL SALES MANAGER**
Betsy L. Boyk

**MARKETING ANALYST**
Karl J. Seelye

**SALES & MARKETING**

PENGAD 800-551-6989
PLAINTIFF'S EXHIBIT
Rondeau

BES 0016

Exhibit 4

# Color Photos
# WILL NOT SCAN

(Photos labeled Plaintiff's exhibit 8, 9, 10)

# Available for conventional viewing in the Clerk's Office



 **Home      Browse by Inventor      Browse by Date      Links      Contact Us**

Type your search term here      

**Patents by Inventor**


PLAINTIFF'S
EXHIBIT
11
Rondeau

**Inventor Duane A. Rondeau**

Address: Alpena, MI
No. of patents: 4
Last patent issue date: 2003-03-11

# US Patent Infringement? - Nationwide legal representation to recover damages. No upfront costs www.Patent-Infringement.org

Ads by Google

| Patent No. | Patent Title: |
| --- | --- |
| 6530769 | **Automated mold changing system for concrete product molding machines and...** <br> A concrete product molding machine has a mold removal and replacement mechanism which includes a transfer carriage movable from a location remote from mold supports on the machine along a pathway leading longitudinally abeam of the mold supports. Motor mechanism is activatable for moving a... |
| 6257865 | **Apparatus for texturizing the upper surfaces of concrete products** <br> Apparatus, used with a molding machine for densifying and molding concrete products and releasing them in an uncured state wherein the upper surfaces comprise coarse aggregate and fines including a cement binder, textures the upper surfaces of the uncured concrete slab, stone and... |
| (5952015) | **Concrete product mold inserting and removing apparatus and method** <br> A device is provided for unloading a mold from the mold support surface of a concrete products producing machine and moving it to a remote mold replacement station, and then loading a replacement mold to the support surface of the machine. It incorporates a carriage supporting framework, a mold... |
| 5942181 | **Method for texturizing the face of concrete products** <br> A method of and apparatus for molding and texturizing the upper surfaces of concrete products such as patio and paving stones following the steps of densifying and molding the concrete products and releasing them on pallets to a substantially horizontally traveling, longitudinally extending... |

© 2004-6 PatentStorm LLC. All rights reserved.

time = 0.1006

*ANSI B11.TR3-2000*

*ANSI B11.TR3-2000*

# ANSI Technical Report

## Risk Assessment and Risk Reduction – A Guide to Estimate, Evaluate and Reduce Risks Associated with Machine Tools



PLAINTIFF'S
EXHIBIT
12
Rouleau



**American National Standards Institute**
1819 L Street N.W.
Washington, D.C.
20036

## Approved American National Standards    Designation

| | |
|---|---|
| Mechanical Power Presses ............................................B11.1—1988 | (R1994) |
| Hydraulic Power Presses ...............................................B11.2—1995 | (R2000) |
| Power Press Brakes ......................................................B11.3—1982 | (R1994) |
| Shears ..........................................................................B11.4—1993 | |
| Iron Workers ................................................................B11.5—1988 | (R1994) |
| Lathes ..........................................................................B11.6—1984 | (R1994) |
| Cold Headers and Cold Formers ..................................B11.7—1995 | (R2000) |
| Drilling, Milling and Boring ...........................................B11.8—1983 | (R1994) |
| Grinding Machines ........................................................B11.9—1975 | (R1997) |
| Sawing Machines ..........................................................B11.10—1990 | (R1998) |
| Gear Cutting Machines .................................................B11.11—1985 | (R1994) |
| Roll Forming and Roll Bending .....................................B11.12—1996 | |
| Automatic Screw/Bar and Chucking .............................B11.13—1992 | (R1998) |
| Coil Slitting Machines...................................................B11.14—1996 | |
| Pipe, Tube and Shape Bending ....................................B11 15—1984 | (R1994) |
| Metal Powder Compacting Presses ..............................B11.16—1988 | |
| Horizontal Hydraulic Extrusion Presses .......................B11.17—1996 | |
| Coil Processing Systems ..............................................B11.18—1997 | |
| Performance Criteria for the Design, Construction, Care and Operation of Safeguards as Referenced in the Other B11 Machine Tool Safety Standards ........................................B11.19—1990 | (R1996) |
| Safety Requirements for Manufacturing Systems/Cells ............................B11.20—1991 | (R1996) |
| Machine Tools Using Lasers.........................................B11.21—1997 | |
| Technical Report - Ergonomic Guidelines for Machine Tools.................................................B11.TR1-1994 | |
| Technical Report – Mist Control Considerations When Using Metalworking Fluids ........................B11.TR2-1997 | |
| Technical Report – Risk Assessment & Risk Reduction...B11.TR3–2000 A Guide to Estimate, Evaluate and Reduce Risks Associated with Machine Tools | |

(R19XX) date indicates B11 ASC (Accredited Standards Committee) reaffirmation of existing standard)

Contact AMT – The Association For Manufacturing Technology at 703-827-5266 for pricing and availability for the above list of standards.

**ANSI B11.TR3-2000**

ANSI Technical Report
for Machine Tools —

# Risk Assessment and Risk Reduction —
# A Guide to Estimate, Evaluate and Reduce
# Risks Associated with Machine Tools

Secretariat:

**AMT - The Association For Manufacturing Technology**
**Technology Department**
**7901 Westpark Drive**
**McLean, VA  22102**

Registered November 5, 2000

**American National Standards Institute, Inc.**

## ABSTRACT

This technical report is part of the ANSI B11 series of technical reports and standards pertaining to the design, construction, care and use of machine tools. This technical report defines a method for conducting a risk assessment and risk reduction for machine tools, provides some guidance in the selection of appropriate protective measures (safeguarding) to achieve tolerable risk, and describes the risk assessment and risk reduction responsibilities of both the machine tool supplier and user. This method requires gathering the appropriate information, determining the limits of the machine, identifying tasks and hazards over the lifecycle of the machine using a task-based approach, estimating risk associated with the task-hazard combinations, reducing risk according to a prioritized procedure, and documenting the results. The risk reduction process is not completed until tolerable risk is achieved. Flowcharts illustrate the process. Examples of tasks and hazards are included in the document. This technical report explicitly recognizes that zero risk is virtually unattainable. It is intended for use on all new or modified machines and equipment designs and processes. The user may also utilize it to assist with risk assessment and risk reduction for existing tasks and hazards.

Published by:

**AMT – The Association For Manufacturing Technology**
**7901 Westpark Drive, McLean, VA 22102**

**Comments on this document are to be sent to the B11 ASC Secretariat.**

Copyright © 2000 by The Association For Manufacturing Technology
All rights reserved

No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise, without prior
written permission of the publisher.

Printed in the United States of America

## CONTENTS                                                          PAGE

Foreword.................................................................................................... iv

Introduction ............................................................................................ vi

1   Scope ............................................................................................. 1

2   References ..................................................................................... 1

3   Definitions..................................................................................... 1

4   Overview of Risk Assessment .................................................... 3

5   Determining the Limits of the Machine or System .................. 7

6   Task and Hazard Identification ................................................. 7

7   Risk Estimation............................................................................ 7

8   Risk Reduction ........................................................................... 10

9   Documentation ........................................................................... 13


Figure 1    Risk Assessment and Risk Reduction Process............................. 5

Figure 2    Relationship Between Supplier and User................................... 6

Table 1     Risk Estimation Matrix.................................................................. 10


ANNEXES:

        A   Examples of Hazards and Hazardous Situations........................... 14

        B   Sample Test Report Form ......................................................... 16

        C   Application of B11.TR3 to the B11 machine tool safety standards .............. 17

        D   Report on Field Test Risk Assessment Results............................ 18

## FOREWORD

The B11 Accredited Standards Committee (Machine Tool Safety Standards) of the American National Standards Institute formed a subcommittee to develop a technical report to provide guidance for the application of risk assessment principles to machine tools during the design and construction, installation, use and care phases. The B11.TR3 Subcommittee operates under the auspices of the ANSI B11 ASC and its accredited Standards Developing Organization – The Association For Manufacturing Technology.

There are four annexes at the end of this technical report that are used for clarification, illustration and general information. Annex A lists several example hazards and hazardous situations; Annex B contains a sample test form; Annex C presents a flowchart depicting how B11.TR3 and the B11 series of machine tool safety standards are integrated; and Annex D is a report of the results from a field test using a late draft of this document and conducted to test its functionality.

Publication of this ANSI Technical Report has been approved and recommended to ANSI for registration by The Association For Manufacturing Technology, an ANSI-Accredited Standards Developing Organization. This document is registered as a Technical Report in the B11 series of publications according to the *Procedures for the Registration of ANSI Technical Reports* and the ANSI B11 ASC Operating Procedures. This document is not an American National Standard and the material contained herein is not normative in nature.

Comments on the content of this document or suggestions for improvement are welcome. They should be sent to: AMT, 7901 Westpark Dr., McLean, VA 22102-4206, Attention: Safety Director.

The B11 Accredited Standards Committee is composed of the following member organizations:

John W. Russell, Chairman
Gary D. Kopps, Vice-Chairman
David A. Felinski, Secretary

| *Organizations Represented* | *Name of Representative* | |
|---|---|---|
| Aerospace Industries Association of America, Inc. | Robert Eaker (D) | |
| Alliance of American Insurers | John W. Russell (D) | Keith Lessner (A) |
| Aluminum Extruders Council | Jeff Dziki (D) | Martin Bidwell (A) |
| American Boiler Manufacturers Association | Russell N. Mosher (A) | |
| American Insurance Service Group | Henry S. Pankiw (D) | Paul Frenier (A) |
| American Institute of Steel Construction | Thomas Schlafly (D) | |
| American Ladder Institute | Ron Pietrzak (A) | |
| American Society of Safety Engineers | Bruce Main (D) | George Karosas (A) |
| AMT – The Association For Manufacturing Technology | Russell Bensman (D) | |
| Can Manufacturers Institute | Ord L. Campbell (D) | |
| Deere and Company | Gary D. Kopps (D) | Kent D. Johnson (A) |
| Forging Industry Association | John W. Commet (D) | Karen Taylor (A) |
| General Motors Corporation | Michael Taubitz (D) | |
| Graphic and Product Identification Manufacturers Assn. | Donald Root (D) | |
| International Association of Machinists & Aerospace Workers, District Lodge 142 | Jim Soptic | Ken Hass |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) | Jim Howe (D) | Luiz Vazquez (A) |

iv

| | | |
|---|---|---|
| Machinery Dealers National Association | Dan Strand (D) | Sid Lieberstein (A) |
| Metal Building Manufacturers Association | Charles M. Stockinger (D) | Charles E. Praeger (A) |
| Metal Powder Industries Federation | Dennis Cloutier (D) | Donald White (A) |
| National Electrical Manufacturers Association | Larry Miller (D) | Frank Kitzantides (A) |
| National Fluid Power Association | June VanPinsker (D) | |
| National Tooling and Machining Association | Andy Levine (D) | Richard R. Walker (A) |
| Precision Metalforming Association | Christopher E. Howell (D) | Christie Carmigiano (A) |
| Presence Sensing Device Manufacturers Association | James Kirton (D) | Barry Stockton (A) |
| Rubber Manufacturers Association | Kim Weber (D) | Robert Walker (A) |
| Sheet Metal and Air Conditioning Contractors' National Association Inc. | Thomas J. Meighen (D) | James T. Strother (A) |
| Steel Service Center Institute | Bob Carragher (D) | Nicole LaPorte (A) |
| Tooling and Manufacturing Association | Jeffery W. Hayes (D) | Bruce C. Braker (A) |
| Unified Abrasives Manufacturers' Association, Bonded Division | Charles S. Conant (D) | James J. Wherry (A) |
| U.S. Department of the Navy (NAVSEA) | Various delegates depending on the Standard | |

Subcommittee B11.TR3, at the time this technical report was approved, had the following members:

| | |
|---|---|
| Bob Andres, Chairman | OSHEX/ESA ™ |
| David A. Felinski, Rep. B11 Secretariat | AMT |
| John F. Bloodgood, Secretary | JFB Enterprises |
| Sam Boytor | Fox Controls |
| Thomas L. Bradburn | General Motors Truck Group |
| Wayne Christensen | Institute for Safety Through Design |
| Dennis Cloutier | Cincinnati Incorporated |
| Al Cooper | Applied Safety Technology |
| Michael J. Douglas | General Motors NAO |
| Robert Eggleston | Drion Safety Services |
| Howard Elwell | Elwell and Associates |
| John Etherton | NIOSH |
| Alcmene Haloftis | OSHA |
| Jim Howe | United Auto Workers International Union |
| Edward Kornas | General Motors |
| Don Lawson | Pilz Automation Safety, L.P. |
| Bruce W. Main | Design Safety Engineering |
| Fred Manuele | Hazards, Limited |
| Larry Morel | Delphi Automotive Systems |
| Larry D. Munson | Universal Instruments |
| John M. Piampiano | Eastman Kodak |
| Richard Sauger | OSHA |
| John Steinmann | Scientific Technologies |
| Barry Stockton | HighTech Consulting |
| Michael Taubitz | General Motors |
| Jeffery H. Warren | The Warren Group |
| Jim Washam | OSHA |
| David Withrow | Withrow Industries |

v

## INTRODUCTION

The purpose of the ANSI B11 series of machine tool safety standards is to devise and propose ways to minimize risks associated with existing and potential hazards. This can be accomplished by an appropriate machine design, by restricting personnel access to hazardous areas or by devising work procedures to minimize personnel exposure to hazardous situations.

This technical report provides guidance for machine suppliers and users to analyze and reduce risks associated with hazards generated by machines and associated equipment where it is possible for persons to come in contact with or otherwise be affected by these hazards. Its use is intended for all new or modified machines and equipment designs and processes, but the user may also use it to assist with risk assessment and risk reduction for existing tasks and hazards – appreciating that many engineered safeguards are often not feasible to retrofit existing equipment.

This technical report recognizes that zero risk does not exist and cannot be attained. However, a good faith approach to risk assessment and risk reduction as described in this guide should achieve a tolerable risk level.

Traditional hazard analysis has long advocated the identification and evaluation of all hazards, but no methodology has existed within the B11 series of machine tool safety standards to accommodate hazard analysis associated with reasonably anticipated tasks, such as unplanned maintenance, jam clearing, or minor tool changes. The process described in this guide proactively recognizes risks associated with all equipment tasks so that safety related designs and modifications are made while providing for improved productivity and maintainability.

Because these tasks can be so diverse, the risk assessment process can best be conducted using a team of knowledgeable and affected persons.

# Risk assessment and reduction –
# A guide to estimate, evaluate and reduce risks associated with machine tools

## 1    Scope

This ANSI Technical Report provides the procedures and methods to assess the risks associated with the design, construction, care and use of machine tools as included in the B11 series of machine tool safety standards. It serves as a guideline for suppliers and users of machine tools, providing a framework and procedure to identify tasks and hazards, and to estimate, evaluate, reduce and document the risks associated with these hazards under the various conditions of use of that machine or system.

## 2    References

ANSI/B11.TR 1: 1994, *Ergonomic Guidelines for the Design, Installation, and Use of Machine Tools*

IEC 812: 1985, Analysis techniques for system reliability – Procedure for failure mode and effects analysis (FMEA)

IEC 1025: 1990, Fault tree analysis (FTA)

ISO 14121: 1999, *Safety of machinery – Principles for risk assessment*

MIL STD 882D: 2000, *Systems safety program requirements*

ANSI/RIA R15.06: 1999, *Industrial robots and robot systems – Safety requirements*

## 3    Definitions

**3.1    design:** To plan and develop the [machine] to meet the intended purpose and function during its lifecycle.

**3.2    guard:** Barrier that prevents entry into a hazard area.

**3.3    harm:** Physical injury or damage to health of people.
> NOTE: This may be a result of direct interaction with the [machine], or indirectly as a result of damage to property or to the environment.

**3.4    hazard:** A potential source of harm.

**3.5    hazard area (zone):** An area or space that poses an immediate or impending hazard.

**3.6    hazardous situation:** A circumstance in which a person is exposed to a hazard(s).
> NOTE: A hazardous situation is also referred to as a task/hazard pair (combination).

**3.7    intended use (of a machine):** The use for which a machine is suited according to the information provided by the supplier or which is deemed usual according to its design, construction and function.
> NOTE: Intended use also involves compliance with the supplier's instructions, which should take into account reasonably foreseeable misuse. The intended use may be determined by the user.

**3.8    lifecycle (of a machine):** The phases of a machine including:
- design and construction;
- transport and commissioning; re–assembly, installation, initial adjustment, relocation;
- use, (e.g., setting, teaching/programming or process changeover, operation), and care (cleaning, trouble shooting [fault finding], maintenance [planned and unplanned]);
- de-commissioning, dismantling and, as far as safety is concerned, disposal.

**3.9**  **machine (machine tool):** An assembly of linked parts or components, at least one of which moves, with the appropriate machine actuators, control and power circuits joined together for a specific application.

**3.10**  **manufacturer:** (see supplier)

**3.11**  **operator:** An individual who performs production work and controls a [machine].

**3.12**  **protective device:** Device (other than a guard) which reduces a risk, either alone or associated with a guard.

> NOTE: This does not include personal protective equipment (e.g., hand tools, safety glasses/goggles, face shields, safety shoes).

**3.13**  **protective measures:** Design, safeguarding, administrative controls, warnings, training or personal protective equipment used to eliminate hazards or reduce risks.

> NOTE: Generally, B11 standards use the term "safeguarding" instead of this term, which includes personal protective equipment and administrative controls.

**3.14**  **reasonably foreseeable misuse:** The predictable use of a machine in a way not intended by the supplier or user, but which may result from human behavior.

> NOTE: Behaviors such as the following should be taken into account in a risk assessment:
> – incorrect behaviors excluding the deliberate misuse of the machine;
> – the reflexive behavior of a person in case of malfunction, incident, failure, etc., during use of the machine;
> – the behavior resulting from taking the "path of least resistance" in carrying out a task;
> – the foreseeable behavior of certain persons (e.g., those who are either unauthorized or untrained).

**3.15**  **residual risk:** Risk remaining after protective measures have been taken (see figure 2).

**3.16**  **risk:** A combination of the probability of occurrence of harm and the severity of that harm.

**3.17**  **risk assessment:** The process by which the intended use of the machine, the tasks and hazards, and the level of risk are determined.

**3.18**  **safeguarding:** Guards, safeguarding devices, awareness devices, safeguarding methods and safe work procedures.

**3.19**  **safety function:** Function of a machine, the malfunction of which would increase the risk of harm.

**3.20**  **supplier:** An entity that provides or makes available for use all or part of a [machine] or [system].

> NOTE: Under certain circumstances (i.e., acting as a builder, modifier, integrator), the user may act as a supplier.

**3.21**  **task:** Any specific activity that is done on or around the machine during its lifecycle.

**3.22**  **tolerable risk:** Risk that is accepted for a given task and hazard combination [hazardous situation]. (see 8.5).

**3.23**  **user:** An entity that utilizes the [machine], [system] or related equipment.

> NOTE: Under certain circumstances (i.e., acting as a builder, modifier, integrator), the user may act as a supplier.

**4    Overview of risk assessment and risk reduction**

**4.1    General**

In the design and use of a machine, use risk assessment and risk reduction to arrive at tolerable risk. The general approach in accomplishing this procedure is shown in figure 1.

The steps in the procedure to arrive at tolerable risk are:
   a)  gather the appropriate information to conduct this procedure (see 4.2);
   b)  determine the limits of the machine (see clause 5);
   c)  identify and document the hazards associated with the tasks to be performed over the life cycle of the machine (see clause 6);
   d)  analyze the risk(s) associated with the identified individual tasks and related hazards for severity of injury/illness (harm) that can occur and the probability of such an occurrence (see clause 7);
   e)  evaluate each risk to determine whether or not it is tolerable (see 8.5).

If each risk is not initially tolerable, protective measures need to be applied which will either decrease the severity of harm or the probability of the occurrence of that harm. The selection of one or more of these measures is to be done in accordance with the hierarchy shown in figure 2, until the associated risk is tolerable (see clause 8).

The steps in this procedure are to be documented (see clause 9).

**4.2    Information for risk assessment and risk reduction**

**4.2.1**  The information for risk assessment should include, but may not be limited to, the following:
   —  limits of the machine (see clause 5);
   —  requirements for the lifecycle of the machine (see 3.8);
   —  design drawings, sketches, system descriptions or other means of establishing the nature of the machine;
   —  information concerning energy sources;
   —  any accident and incident history;
   —  any information about damage to health;
   —  system layout and proposed building/existing system(s) integration.

The information shall be updated as the design develops and when modifications are required.

**4.2.2**  The user should consider affected personnel when identifying tasks and hazards.  These may include:
   —  operators and helpers;
   —  maintenance individuals;
   —  engineers;
   —  technicians;
   —  sales personnel;
   —  installation and removal personnel;
   —  administrative personnel;
   —  trainees;
   —  passers-by;
   —  designers;
   —  managers;
   —  supervisors;
   —  safety personnel;
   —  safety committees;

3

- safety consultants;
- loss control administrators.

**4.2.3** In addition, the user should determine:

a) the level of training, experience or ability of:
  - operators;
  - helpers;
  - maintenance personnel;
  - technicians;
  - trainees.

b) exposure of other persons to the hazards associated with the machine where it can be reasonably foreseen.

**4.2.4** Comparisons between similar hazardous situations associated with different types of machines are often possible, provided that sufficient information about hazards and accident circumstances in those situations is available and pertinent.

**4.2.5** The absence of an accident history, a small number of accidents or low severity of accidents should not be taken as an automatic presumption of a low risk.

**4.2.6** For quantitative analysis, information from sources such as databases, handbooks, laboratories and suppliers' specifications may be used, provided that there is confidence in the suitability of the data. Uncertainty associated with this data should be indicated in the documentation (see clause 9).

**4.2.7** Expert opinion can be used to supplement other data.

**4.3 Responsibilities for risk assessment and risk reduction**

Cooperative efforts of suppliers and users are necessary to attain the goal of tolerable risk through risk assessment, and risk reduction (see 4.2.1). Where the supplier cannot attain tolerable risk (see 8.5), the user should apply additional protective measures (see figures 1 and 2). Effective communication between supplier(s) and user(s) is recommended where possible, but the success of a risk assessment is not dependent on this relationship.

Estimating risk relies on the reasoned judgment and expertise of individuals familiar with the tasks and hazards associated with machine tools. Individual or "professional discipline" biases can affect the results (e.g., an individual attuned to noise hazards may give considerable attention to noise issues and not enough attention to other hazards). To minimize these biases, a team approach is recommended. Although an individual may be responsible for drafting the analysis, a team of involved personnel (e.g., operators, maintenance, engineering) should participate in the risk assessment and reduction effort.

**4.3.1** Both the supplier of the machine and the user of the machine have risk assessment and risk reduction responsibilities (see figure 2). When the supplier is not available to participate in the risk assessment for the machine, the user assumes this responsibility.

**4.3.2** Suppliers should reduce risks through design techniques, safeguards and information for use following the order of precedent/hierarchy (see clause 8).

**4.3.3** Users should reduce risk further with additional safeguards, organizational measures, training, and personal protective equipment. When the user designs, constructs, modifies or reconstructs the machine, the user is considered to be the supplier.

4



**Figure 1 – Risk assessment and risk reduction process**



1 User input is that information received from either the user community regarding the intended use of the machine in general or that which is received from a specific user.

2 Those protective measures required due to specific process(es) not envisioned in the intended use of the machine.

3 The supplier/user should take into account that adding a safeguard may add additional hazard(s) or increase risk(s) from other hazards.

4 Risk reduction taken by the user is to be considered collectively since not all elements may be implemented or in the order portrayed.

**Figure 2: Relationship between supplier and user showing the hierarchy of applying protective measures**

**5    Determining the limits of the machine or system**

The risk assessment process begins with determining the limits of the machine/system:
- use limits: (e.g., determined by the intended use of the machine, production rates, cycle times; speed, forces, material to be used, number of persons involved);
- space limits: (e.g., range of movement, space requirements for machine installation, maintenance, and operator-machine interfaces);
- time limits: (e.g., maintenance and wear of tools, mechanical and electrical components, fluids);
- environmental limits: (e.g., temperature, humidity, noise, location);
- interface limits (e.g., other machines or auxiliary equipment, energy sources).

**6    Task and hazard identification**

**6.1**    All tasks associated with the machine should be identified.  Examples of task categories include but are not limited to:
- packing and transportation;
- unloading/unpacking;
- systems installation;
- start up/commissioning;
- set up and try out;
- operation (all modes);
- tool change;
- planned maintenance;
- unplanned maintenance;
- major repair;
- recovery from crash;
- trouble shooting;
- housekeeping;
- decommissioning;
- disposal.

**6.2**    All hazards associated with the tasks should be identified.  Annex A gives examples to assist in this process.

**6.3**    All tasks associated with the intended use and reasonably foreseeable misuse of the machine should be identified.  This should include all phases in the lifecycle of the machine.  Intended use includes consideration of the supplier's information for use.  The intended use may be determined by the user.

**6.4**    Information from risk assessments on similar machines may be used as a starting point when tasks and hazards are comparable.  Using this information does not eliminate the need to follow the risk assessment process as described in this technical report for the specific conditions of use (e.g., when a shear used for cutting plastic is compared with a shear used for cutting metal, the risks associated with the different material should be assessed).

**7    Risk estimation**

**7.1    General**

Risk estimation for a given hazardous situation is used to determine risk.  It should account for all modes of operation and work methods for situations when it is necessary to suspend or modify one or more protective measures.  The elements of risk which are to be considered are the severity of harm and the probability of occurrence of that harm.

The remainder of this clause describes one possible method of estimating levels of risk. Other risk estimation methods or models may be equally acceptable. Examples are:
- ANSI/RIA R15.06: 1999 – Industrial robots and robot systems – Safety requirements.
- MIL STD 882D – Systems safety program requirements.

## 7.2   Severity of harm

Severity of harm addresses the degree of injury or illness that could occur. The degrees are based on extent of injury or illness (from death to no injury), and extent of treatment involved. The following is an example of severity levels:

Catastrophic – death or permanently disabling injury or illness (unable to return to work)
Serious – severe debilitating injury or illness (able to return to work at some point)
Moderate – significant injury or illness requiring more than first aid (able to return to same job)
Minor – no injury or slight injury requiring no more than first aid (little or no lost work time)

When determining risk, the worst credible severity of harm is to be selected.

## 7.3   Probability of occurrence of harm

Probability of occurrence of harm is estimated by taking into account the frequency, duration and extent of exposure, training and awareness, and the presentation of the hazard. The following is an example of probability levels:

Very likely – near certain to occur
Likely – may occur
Unlikely – not likely to occur
Remote – so unlikely as to be near zero

When estimating probability, the highest credible level of probability is to be selected.

The following factors are considered important in estimating the probability of occurrence of harm:
- exposure to a hazard (see 7.3.1);
- personnel who perform tasks (see 7.3.2);
- machine/task history (see 7.3.3);
- workplace environment (see 7.3.4);
- human factors (see 7.3.5);
- reliability of safety functions (see 7.3.6);
- possibility to defeat or circumvent protective measures (see 7.3.7);
- ability to maintain protective measures (see 7.3.8).

### 7.3.1   Exposure to a hazard

Exposure to a hazard taken into account in the risk estimation may include but is not limited to:
- frequency and duration of the hazardous situation;
- extent of exposure (e.g., arm, whole body);
- number of persons exposed.

### 7.3.2   Personnel who perform tasks

Risk estimation should take into account the level of training, skill and experience of the personnel who will be performing the task at any given time.

### 7.3.3   Machine/task history

Machine/task history taken into account in the risk estimation may include but is not limited to:
- reliability and other statistical data;
- history of harm;

8

- history of 'near misses;'
- risk comparison.

The absence of an accident history, a small number of accidents or low severity of accidents should not be taken as an automatic presumption of a low risk.

### 7.3.4 Workplace environment

The workplace environment factors taken into account in the risk estimation may include but are not limited to:
- housekeeping;
- workplace layout;
- walking/working surfaces, ladders, stairs, platforms, catwalks;
- lighting;
- noise;
- ventilation;
- temperature, humidity.

### 7.3.5 Human factors

Human factors taken into account in the risk estimation may include but are not limited to:
- errors resulting from omitting steps, adding steps or performing steps out of sequence;
- application of ergonomic principles in the design of the machines and their effects in reducing risk (interaction of persons with machines – see ANSI B11.TR 1);
- interaction between persons;
- awareness of hazards and their risks;
- motivation to deviate from established safe working practices;
- the effects of accumulated exposure (e.g., repetitive operation, noise, chemical exposure);
- reduced vision, increased noise;
- characteristics of personnel who perform tasks (e.g., skill, experience, training).

### 7.3.6 Reliability of safety functions

Reliability of safety functions of the machine taken into account in the risk estimation may include but are not limited to the mechanical, electrical, electronic, hydraulic and pneumatic control systems integral to the machine at the time of the analysis.

### 7.3.7 Possibility to defeat or circumvent protective measures

Risk estimation should take into account the possibility and the incentive to defeat or circumvent protective measures. The possibility to defeat a protective measure depends on both the type of protective measure and its design details.

Incentives to defeat or circumvent a protective measure taken into account in the risk estimation may include but are not limited to:
- the protective measure prevents the task from being performed;
- the protective measure slows down production or interferes with any other activities or preferences of the user;
- the protective measure is difficult to use;
- personnel other than the operator are exposed to the hazard;
- the protective measure is not recognized by personnel or is not accepted as suitable for its function.

9

The use of programmable systems introduces an additional possibility of defeat or circumvention where provisions for access to them is not properly supervised. This is particularly important when remote access for diagnostic or process correction purposes is required.

### 7.3.8 Ability to maintain protective measures

The ability to maintain protective measures taken into account in the risk estimation should be evaluated as to whether or not the protective measures can be maintained in the condition necessary to provide the required level of risk reduction.

### 7.4    Estimating the level of risk

Based on the results of 7.2 and 7.3, the level of risk is estimated by applying the level of severity of harm and the probability of occurrence of that harm to table 1.

**Table 1: Risk Estimation Matrix**

| Probability of Occurrence of Harm | Severity of Harm | | | |
|---|---|---|---|---|
| | Catastrophic | Serious | Moderate | Minor |
| Very Likely | High | High | High | Medium |
| Likely | High | High | Medium | Low |
| Unlikely | Medium | Medium | Low | Negligible |
| Remote | Low | Low | Negligible | Negligible |

An example: a 'serious' severity of harm and a 'likely' probability of occurrence of that harm yields a 'high' level of risk.

## 8     Risk reduction

### 8.1    General

The risk assessment process yields a level of risk (probability of occurrence of harm and the severity of that harm). If the risk is determined to not be tolerable, it is necessary to reduce that risk by implementing protective measures. Reduction of risk is the result of the application of one or more protective measures.

The degree of risk reduction afforded by any protective measure depends on the protective measure selected and the probability that it functions when needed. The performance and ease of use of protective measures should be appropriate to the desired degree of risk reduction. In determining if the risk is tolerable at each step of the risk reduction process (see figure 1), it is necessary to evaluate the application of the protective measures against the following factors:

- risk-reduction benefit;
- technological feasibility;
- economic impact;
- ergonomic impact;
- productivity;
- durability and maintainability;
- usability.

The type of protective measure is determined by the nature of the task and associated hazard(s) for the machine under consideration. Protective measures should be selected to provide the desired degree of risk reduction.

Protective measures should be applied in the hierarchical order of paragraph 8.1.1, 8.1.2, 8.1.3 and as shown in figure 2.

### 8.1.1 Eliminate the hazard or reduce the risk by design
Elimination of the hazard or reduction of the risk by design provides the highest degree of risk reduction. For example:

- substitute less hazardous materials and substances (e.g., toxicity);
- modify physical features (e.g., sharp edges, shear points);
- reduce energy;
- reduce the occurrence of the task or hazard;
- implement the use of machine control techniques (e.g., monitoring/checking, redundancy, diversity) for critical safety functions.

### 8.1.2 Apply safeguards
As a minimum, safeguards should be applied in accordance with the applicable B11 standard.

Safeguards providing the *highest* degree of risk reduction are:
- Barrier guard or protective device preventing intentional exposure of any part of the body to the hazard, and secured with special fasteners or a lock. If moveable, such a barrier should be interlocked using system control criteria as defined in this paragraph.
- Control systems having redundancy with continuous self-checking to ensure the continuance of performance.

Safeguards providing *high / intermediate* risk reduction are:
- Barrier guard or protective device preventing unintended exposure of any part of the body to the hazard, and not removable or adjustable by unauthorized persons. If moveable, such a barrier should be interlocked using system control criteria as defined in this paragraph.
- Physical devices that do not require adjustment for use or other operator intervention.
- Control systems having redundancy with self-checking upon startup to ensure the continuance of performance.

Safeguards providing *low / intermediate* risk reduction are:
- Barrier guard or protective device providing simple guarding against inadvertent exposure to the hazard. Examples are a fixed screen, chuck guard, or moveable barrier with simple interlocking using system control criteria as defined in this paragraph.
- Physical devices that require adjustment for use.
- Control systems (including associated protective devices, actuators and interfaces) having redundancy that may be manually checked to ensure the continuance of performance.

Safeguards providing the *lowest* degree of risk reduction are:
- Physical barrier providing tactile or visual awareness of the hazard, or minimal protection against inadvertent exposure. Examples are post and rope, swing-away shield, or moveable screen.
- Electrical, electronic, hydraulic or pneumatic devices and associated control systems using a single-channel configuration.

Where protective measures depend on programmable devices, the reliability of these devices and the system should be appropriate for the level of risk.

### 8.1.3  Implement administrative controls or other protective measures

Eliminating the hazard or reducing the risk by design or applying safeguards should be pursued to the fullest extent practicable before using other protective measures as described below.  Implementation of administrative controls or other protective measures (which rely upon human response) includes a combination of:

- warnings (e.g., signs, lights, alarms, awareness barriers);
- information for use (e.g., instruction manual(s), signage);
- safe work practices and other administrative controls;
- training (e.g., periodic, hands–on, certification);
- application of personal protective equipment;
- supervision (e.g., close, qualified).

As an example of the concepts described in 8.1.2 and 8.1.3, a fixed barrier guard at the point of operation on a power press is a preferable safeguard and may be sufficient to reduce high risk to a tolerable level. A pullout or holdout device cannot achieve a similar degree of risk reduction unless it is properly selected for the application and used in conjunction with administrative control measures – including proper adjustment, maintenance and enforcement of use. In like manner, a light curtain cannot achieve a similar degree of risk reduction unless used in conjunction with a control system having a high degree of reliability.

**8.2**  Tasks which require removal or disabling of one or more safeguards should have administrative controls to ensure that the safeguards are always restored to full operational status.

**8.3**  New task/hazard combinations introduced during the risk reduction process are to be identified by repeating the risk assessment process for the task/hazard combinations being evaluated.

**8.4**  Where modifications are made to the machine/system (e.g., intended use, tasks, hardware, software), a risk assessment / risk reduction process is to be repeated for those parts of the machine/system being modified or affected.

### 8.5  Achievement of tolerable risk

The risk reduction process is complete when protective measures consistent with 8.1 are applied and tolerable risk has been achieved for the identified task/hazard combinations and the machine as a whole.

**8.6**  Various protective measures and how they may influence risk factors include:

a) Design (eliminate the hazard or reduce the severity of harm)
  - Greatest impact on severity of harm
  - Little if any impact on exposure
b) Safeguards
  - Greatest impact on the reduction of exposure
  - Little if any impact on severity of harm
c) Information for use (warnings, signage)
  - No or little impact on exposure
  - No impact on severity of harm
d) Additional safeguards implemented by the user
  - Greatest impact on exposure to those hazardous situations 'covered' by the additional safeguards
  - Little if any impact on severity of harm
e) Safe working procedures, supervision, permit to work systems
  - Little impact on exposure
  - No impact on severity of harm
f) Training, personal protective equipment
  - Impact on severity of harm (PPE)
  - Little if any impact on exposure

12

## 9    Documentation

### 9.1    Supplier documentation

Supplier documentation of the risk assessment and the risk reduction process should demonstrate the procedure that has been followed, and the results that have been achieved. The supplier should provide documentation of the protective measures taken and recommendations for additional protective measures to be implemented by the user, system integrator or other entity involved in machine utilization.

### 9.2    User documentation

User documentation of the risk assessment and the risk reduction process should demonstrate the procedure that has been followed, and the results that have been achieved. The user documentation should include the protective measures taken, and the resulting residual risks.

### 9.3    Cooperation between supplier and user

Cooperation between the supplier and user is encouraged for the risk assessment and risk reduction process, and documentation of the process.

Supplier and user risk assessment and risk reduction documentation includes:

a)  the machine for which the assessment has been made (e.g., specifications, limits, intended use);

b)  any relevant assumptions which have been made (e.g., loads, strengths, safety [design] factors);

c)  the hazardous situations (task/hazard pairs) identified;

d)  the information on which risk assessment was based (see 4.2);
   – the data used and the sources (e.g., accident histories, experiences gained from risk reduction applied to similar machines)
   – the uncertainty associated with the data used and its impact on the risk assessment

e)  the objectives to be achieved by protective measures;

f)  the protective measures implemented to eliminate identified hazards or to reduce risk (e.g., from standards or other specifications);

g)  residual risks associated with the machine.

**13**

**Annex A:**
**Examples of hazards and hazardous situations (Adapted from Annex A of ISO 14121)**

| No. | Hazards, hazardous situations |
|---|---|
| 1.0 | Mechanical hazards due to: |
| |    —  machine parts or workpieces, e.g.: |
| |       a)   shape; |
| |       b)   relative location; |
| |       c)   mass and stability (potential energy of elements which may move under the effect of gravity); |
| |       d)   mass and velocity (kinetic energy of elements in controlled or uncontrolled motion); |
| |       e)   inadequacy of mechanical strength. |
| |    —  accumulation of energy inside the machine , e.g.: |
| |       a)   elastic elements (springs); |
| |       b)   liquids and gases under pressure; |
| |       c)   the effect of vacuum. |
| 1.1 | Crushing hazard |
| 1.2 | Shearing hazard |
| 1.3 | Cutting or severing hazard |
| 1.4 | Entanglement hazard |
| 1.5 | Drawing-in or trapping hazard |
| 1.6 | Impact hazard |
| 1.7 | Stabbing or puncture hazard |
| 1.8 | Friction or abrasion hazard |
| 1.9 | High pressure fluid injection or ejection hazard |
| 2.0 | Electrical hazards due to: |
| 2.1 | Contact of persons with live parts (direct contact) |
| 2.2 | Contact of persons with parts which have become live under faulty conditions (indirect contact) |
| 2.3 | Approach to live parts under high voltage |
| 2.4 | Electrostatic phenomena |
| 2.5 | Thermal radiation or other phenomena such as the projection of molten particles and chemical effects from short circuits, overloads, etc. |
| 3.0 | Thermal hazards, resulting in: |
| 3.1 | Burns, scalds and other injuries by a possible contact of persons with objects or materials with an extreme high or low temperature, by flames or explosions and also by heat source radiation |
| 3.2 | Damage to health by hot or cold working environment |
| 4.0 | Hazards generated by noise, resulting in: |
| 4.1 | Hearing loss (deafness), other physiological disorders (e.g., loss of balance, loss of awareness) |
| 4.2 | Interference with speech communication, acoustic signals, etc. |
| 5.0 | Hazards generated by vibration |
| 5.1 | Use of hand-held machines resulting in a variety of neurological and vascular disorders |
| 5.2 | Whole body vibration, particularly when combined with poor postures |

**Annex A (continued)**

| No. | Hazards, hazardous situations |
|---|---|
| 6.0 | Hazards generated by radiation |
| 6.1 | Low frequency, radio frequency radiation, microwaves |
| 6.2 | Infrared, visible and ultraviolet light |
| 6.3 | X- and gamma rays |
| 6.4 | Alpha, beta rays, electron or ion beams, neutrons |
| 6.5 | Lasers |
| 7.0 | Hazards generated by materials and substances (and their constituent elements) processed or used by the machine |
| 7.1 | Hazards from contact with or inhalation of harmful fluids, gases, mists, fumes, and dusts |
| 7.2 | Fire or explosion hazard |
| 7.3 | Biological or microbiological (viral or bacterial) hazards |
| 8.0 | Hazards generated by neglecting ergonomic principles in machine design as, e.g., hazards from: |
| 8.1 | Unhealthy postures or excessive effort |
| 8.2 | Inadequate consideration of hand-arm or foot-leg anthropometry |
| 8.3 | Neglected use of personal protection equipment |
| 8.4 | Inadequate local lighting |
| 8.5 | Mental overload and underload, stress |
| 8.6 | Human error, human behavior |
| 8.7 | Inadequate design, location or identification of manual controls |
| 8.8 | Inadequate design or location of visual display units |
| 9.0 | Combination of hazards |
| 10.0 | Unexpected start-up, unexpected overrun/overspeed (or any similar malfunction) from: |
| 10.1 | Failure/disorder of the control system |
| 10.2 | Restoration of energy supply after an interruption |
| 10.3 | External influences on electrical equipment |
| 10.4 | Other external influences (gravity, wind, etc.) |
| 10.5 | Errors in the software |
| 10.6 | Errors made by the operator (due to mismatch of the machine with human characteristics and abilities, see 8.6) |
| 11.0 | Impossibility of stopping the machine in the best possible conditions |
| 12.0 | Variations in the rotational speed of tools |
| 13.0 | Failure of the power supply |
| 14.0 | Failure of the control circuit |
| 15.0 | Errors of fitting |
| 16.0 | Break-up during operation |
| 17.0 | Falling or ejected objects or fluids |
| 18.0 | Loss of stability / overturning of the machine |
| 19.0 | Slip, trip and fall of persons (related to the machine ) |

Taken from Annex A of ISO 14121

## Annex B – Sample form

**ANSI B11.TR3 Risk Assessment Form**

Machine Name:

Machine Description:

Participant Name(s):

Date:

Limits of Assessment:

Information Sources:

| User | Task | Hazard | Comment(s) | Before Risk Reduction | | | Risk Reduction Method(s) | After Risk Reduction | | | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Severity | Probability | Risk Level | | Severity | Probability | Risk Level | |
| | | | | | | | | | | | |

This form is an example. Other forms are acceptable.



An 2
Application of B11.TR3 to the B11 series of Machine Tool Standards

17

# Annex D
## Report on Field Test Risk Assessment Results

**Name:** TR3 Field Test Transfer Line, Machine #5486911184, Model W99-17

**Description:** User (employer) risk assessment on Old Engine Block Transfer Lines

**Analyst Name(s):** John Etherton, Dave Felinski, Jim Howe, Tom Kendall, Don Lawson, Bruce Main, Mike Taubitz, Jeff Warren, plant personnel

**Limits:** This initial risk assessment is for certain Operator tasks only. A follow-up assessment is needed once protective measures have been installed.

**Sources:** ANSI B11 TR3 draft #16-Sept 1999, ANSI B11.19 draft #18-Dec 199, ANSI B11.24 draft #5 April 1999, discussions w/ plant personnel

**Guide sentence:** When doing [task], the [user] could be injured by the [hazard] due to the [failure mode].

| Sub-process | User | Task | Hazard | Failure Mode | Severity/ Probability | Risk Level | Remedy | Residual Risk | Status |
|---|---|---|---|---|---|---|---|---|---|
| Old Line | operator(s) | tool change | cutting / severing | | Moderate Likely | Low | Provide PPE - gloves | Low | Complete [12/6/99] |
| | | | impact | dropping heavy tool | Moderate Unlikely | Low | Guard against hazard - lift assist, Train user - standard procedures | Low | Complete [12/6/99] |
| | | | pinch points | | Minor Unlikely | Negligible | Train user - standard procedures | Negligible | Complete [12/6/99] |
| | | | head bump on overhead objects | | Minor Likely | Negligible | Train user - other | Negligible | Complete |
| | | | lifting / bending / twisting | | Minor Unlikely | Negligible | Train user - lock into lift assists or quick release fasteners | Negligible | Complete |
| | | | slips | | Serious Very Likely | High | Eliminate by design: graded floors, non-slip flooring, contain coolant. Provide PPE - footwear | Low | In-process |
| | | dressing tool | <None> | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Sub-process | User | Task | Hazard | Failure Mode | Severity Probability | Risk Level | Remedy | Residual Risk | Status |
|---|---|---|---|---|---|---|---|---|---|
| | operator(s) | remove reject parts | cutting / severing | | Tolerable Likely | Low | | Low | Comple [12/7/. |
| | | | drawing-in / trapping | | Catastrophic Likely | High | Guard against hazard – interlocked barrier – presence sensing devices, stop line to pull part | Low | In-process |
| | | | impact by dropped parts | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | lifting / bending / twisting | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | probe check | None, no hazards | | | | | | not applicable |
| | | clean up w/ coolant | cutting / severing | | Moderate Likely | Low | | Low | Complete [12/7/99] |
| | | | coolant splash | | Serious Likely | High | Train user – standard procedures Provide PPE – face and eye protection – gloves; look into contouring surfaces to reduce splash | Low | Complete [12/6/99] |
| | | gaging part | cutting / severing | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | pinch points | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | impact by dropped parts | | Minor Unlikely | Negligible | | Negligible | Complete [12/7/99] |
| | | | lifting / bending / twisting | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | high pressure air | | Serious Likely | High | Train user – standard procedures Provide PPE – face and eye protection | Moderate | Complete [12/6/99] |

19

## Annex D (continued)

| Sub-process | User | Task | Hazard | Failure Mode | Severity/ Probability | Risk Level | Remedy | Residual Risk | Status |
|---|---|---|---|---|---|---|---|---|---|
| | operator(s) | | | | Serious Very Likely | High | graded floors, non-slip flooring, contain coolant | Moderate | In-process |
| | | change gear boxes | Reference other task | reference spindles | | | | | Complete [12/7/99] |
| | | change lift arms | | from falling weight, usually work on them in the up position | Serious Likely | High | Guard against hazard - special tools or fixtures  Train user - standard procedures | | TBD |
| | | | cutting / severing | very sharp with no clearance to work | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | entanglement | | Serious Unlikely | Moderate | Train user - standard procedures - lock out/tag out | Low | Complete [12/6/99] |
| | | pulling ball screws | crushing | from other parts that can fall if not properly blocked | Serious Likely | High | Guard against hazard - special tools or fixtures  Train user - standard procedures | Low | Complete [12/6/99] |
| | | | cutting / severing | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | | impact  from spring loaded cover | Moderate Likely | Low | Train user - standard procedures | | TBD |
| | | periodic maintenance  check alignment | <None>  pinch points | | Serious Likely | High | Train user - special procedures operate at slow speed | Low | Complete [12/6/99] |
| | | | Interactions between persons | having one person at pendant with another person in the cell to hold point | Serious Likely | High | Train user - special procedures | | TBD |
| | | coupling motor disconnect | <None> | | | | | | |

## Annex D (tinued)

| Sub-proce.. | User | Task | Hazard | Failure Mode | Severity/ Probability | Risk Level | Remedy | Residual Risk | Status |
|---|---|---|---|---|---|---|---|---|---|
| | operator(s) | | None, no hazards | forced to get into the machine to make the adjustments | Serious Likely | High | Train user - lock out/tag out | | TBD |
| | | all overhead gantry work | crushing | | Serious Likely | High | Eliminate by design Train user - standard procedures A frame ladder, tying off, build work platforms | | TBD |
| | | | pinch points | | Moderate Unlikely | Low | | Low | Complete [12/7/99] |
| | | | unexpected start | | Serious Unlikely | Moderate | Train user - lock out/tag out | Low | Complete [12/7/99] |
| | | | fall hazard from elevated work | | Serious Likely | High | A frame ladder, tying off, build work platforms | | TBD |
| | | guarding repair/replacement | | impact from missing guards, some guards are very inconvenient and not needed | Moderate Unlikely | Low | | | TBD |
| | | | lifting / bending / twisting | some guards fasteners are difficult to access | Moderate Likely | Low | look into different fasteners | | TBD |
| | | | Reference other task | reference ball screw | | | | | Complete [12/7/99] |
| | | computer-assisted diagnostics | None, no hazards | | | | | | Complete [12/7/99] not applicabl e |
| | | manual mode diagnostics | pinch points | | Serious Likely | High | Guard against hazard - special tools or fixtures Train user - standard procedures pendant | Low | Complete [12/7/99] |

21

## NOTES



**AMT**
The Association For
Manufacturing Technology

Founded 1902 as National Machine Tool Builders' Association
7901 WESTPARK DRIVE, McLEAN, VIRGINIA 22102-4206
PHONE 703-893-2900                FAX 703-893-1151
amt@mfgtech.org ✦ www.mfgtech.org

Case 2:06-cv-00412-WHA-TFM    Document 53-8    Filed 08/21/2007    Page 37 of 39

03/08/2007  17:51    989-354-3120    BESSER COMPANY    PAGE  02

PLAINTIFF'S EXHIBIT 15
PENGAD 800-631-6989

BESSER
GLBPA1100.rpt
bssmip
Kseelye

E&RMA001 E & R MANUFACTURING

# Purchase History
## By Vendor by Part Number
From Received date 1/1/05 to 1/5/07

Our PN: *
Vendor PN: *
Vendor ID: e&rma001
Page 1 of 3
1/5/2007
1:24:33PM
Job #

| PartNum | PO Line Description | PC | Reference | VenPartNum | PackSlip | PS# | PONum | RcptDate | UM | OurQty | OurUnitCost | ExtendedCost | Bin# | WHC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-102010 | BUSHING | MP | MISC PARTS- PU | A614 | 000000346 | 1 | 10469 | 9/29/06 | EA | 8.00 | 26.4000 | 211.20 | DSB | DSW |
| 12-102010 | BUSHING | MP | MISC PARTS- PU | A614 | 000000348 | 3 | 10823 | 10/11/06 | EA | 16.00 | 26.4000 | 422.40 | DSB | DSW |
| 12-102011 | SEAL- TOP - A25096 | SE | A25096 | A25096 | 000000346 | 1 | 10469 | 9/29/06 | EA | 8.00 | 9.0500 | 72.40 | DSB | DSW |
| 12-102011 | SEAL- TOP - A25096 | SE | A25096 | A25096 | 000000353 | 2 | 12099 | 12/5/06 | EA | 8.00 | 9.0500 | 72.40 | DSB | DSW |
| 12-102016 | BRG- PLAIN- 2.250 OD, 1.9375 ID, 2.50 LG | BB | BEARING-PLAI | A615 | 000000348 | 3 | 10823 | 10/11/06 | EA | 4.00 | 31.4400 | 125.76 | DSB | DSW |
| 12-102016 | BRG- PLAIN- 2.250 OD, 1.9375 ID, 2.50 LG | BB | BEARING-PLAI | A615 | 000000346 | 1 | 10469 | 9/29/06 | EA | 4.00 | 31.4400 | 125.76 | DSB | DSW |
| 12-102017 | BRG- PLAIN- 1.500 OD, 1.25 ID, 1.9375 LG | BB | BEARING-PLAI | A604 | 000000348 | 2 | 10823 | 10/11/06 | EA | 4.00 | 14.8500 | 59.40 | DSB | DSW |
| 12-102017 | BRG- PLAIN- 1.500 OD, 1.25 ID, 1.9375 LG | BB | BEARING-PLAI | A604 | 000000348 | 2 | 10823 | 10/11/06 | EA | 4.00 | 14.8500 | 59.40 | DSB | DSW |
| 12-102022 | WRIST PIN W/SHOULDER- FOR BLOCK SPLITTER | CV | SPLITTER- BLOC | 102022 | 000000348 | 2 | 10823 | 10/11/06 | EA | 4.00 | 24.3100 | 97.24 | DSB | DSW |
| 12-102024 | SPRING- CENTER TABLE- BLOCK SPLITTER | CV | SPLITTER- BLOC | A25116 | 1189 | 1 | 1189 | 8/24/05 | EA | 4.00 | 7.7300 | 30.92 | RCV | ALP |
| 02-102064 | HEIGIIT ADJ. CHAIN - A25074 | CC | A25074 | A25074 | 000000344 | 1 | 10469 | 9/29/06 | EA | 1.00 | 65.8300 | 65.83 | USB | DSW |
| 02-102081 | ROLLER | CV | ROLLER-? | A25027 | 000000344 | 3 | 10059 | 9/1/06 | EA | 10.00 | 13.5800 | 135.80 | DSB | DSW |
| 02-102081 | ROLLER | CV | ROLLER-? | A25027 | 9450 | | 9450 | 8/15/06 | EA | 6.00 | 11.2700 | 67.62 | DSB | ALP |
| 02-102082 | PINS 1/2 X 2 5/8" L. | BC | PIN- ? | A25099-S | 000000344 | 1 | 10059 | 9/1/06 | EA | 10.00 | 6.2800 | 62.80 | DSB | DSW |
| 02-102082 | PINS 1/2 X 2 5/8" L. | BC | PIN- ? | A25099-S | 000000344 | 1 | 10059 | 9/1/06 | EA | 10.00 | 6.2800 | 62.80 | DSB | ALP |
| 02-102172 | RETAINER | FA | RETANER-? | 102172 | 000000308 | | 105 | 9/3/05 | EA | 4.00 | 19.9900 | 79.96 | DSB | DSW |
| 02-102173 | KNIFE WEDGE | MP | MISC PARTS- PU | A1416 | 000000308 | | 10862 | 9/3/05 | EA | 12.00 | 10.2800 | 123.36 | DSB | DSW |
| 02-102174 | KNIFE WEDGE | MP | MISC PARTS- PU | A1416 | 3022 | | 835 | 10/17/06 | EA | 2.00 | 10.6900 | 21.38 | DSB | DSW |
| 02-102174 | KNIFE WEDGE | MP | MISC PARTS- PU | A1416 | 000000308 | | 10862 | 8/17/05 | EA | 12.00 | 10.2800 | 123.36 | DSB | USW |
| 02-102175 | WEDGE | MP | MISC PARTS- PU 102175 | A1416 | 000000349 | | 835 | 9/3/05 | EA | 11.00 | 11.3400 | 124.74 | DSB | DSW |
| 02-102175 | WEDGE | MP | MISC PARTS- PU 102175 | A1416 | 3022 | | 10862 | 10/17/06 | EA | 2.00 | 12.8200 | 23.64 | DSB | DSW |
| 02-102175 | WEDGE | MP | MISC PARTS- PU 102175 | A1416 | 000000308 | | 105 | 9/3/05 | EA | 11.00 | 11.3400 | 124.74 | DSB | DSW |
| 02-102177 | WEDGE | XP | MISC PARTS- PU A1415 | A1415 | 000000349 | | 10862 | 10/17/06 | EA | 2.00 | 9.5300 | 19.06 | DSB | DSW |
| 02-102177 | WEDGE | MP | MISC PARTS- PU A1415 | A1415 | 3022 | | 10862 | 10/17/06 | EA | 2.00 | 9.9000 | 19.80 | DSB | DSW |
| 02-102177 | WEDGE | MP | MISC PARTS- PU A1415 | A1415 | 000000344 | 1 | 835 | 8/17/05 | EA | 2.00 | 9.5300 | 19.06 | DSB | DSW |
| 02-102178 | BOTTOM BLADES | CV | SPLITTER- BLAD A25076 | BLADA25076 | 10124 | | 10124 | 9/11/06 | EA | 12.00 | 50.0600 | 600.72 | RCV | DSW |
| 02-102178 | BOTTOM BLADES | CV | SPLITTER- BLAD A25076 | BLADA25076 | 10241 | | 10241 | 9/21/06 | EA | 48.00 | 50.0600 | 2402.88 | RCV | ALP |
| 02-102178 | BOTTOM BLADES | CV | SPLITTER- BLAD A25076 | BLADA25076 | 4372 | | 4372 | 1/18/06 | EA | 48.00 | 43.4500 | 2085.60 | RCV | ALP |
| 02-102178 | BOTTOM BLADES | CV | SPLITTER- BLAD A25076 | BLADA25076 | 9394 | | 9394 | 8/15/06 | EA | 48.00 | 50.0600 | 2402.88 | RCV | DSW |
| 02-102204 | END KNIFE | MP | MISC PARTS- PU B32033 | B32033 | 000000299 | | 211 | 9/7/06 | EA | 2.00 | 64.8500 | 129.70 | RCV | ALP |
| 02-102204 | END KNIFE | MP | MISC PARTS- PU B32033 | B32033 | 1292 | | 6738 | 5/10/06 | EA | 2.00 | 64.8500 | 129.70 | RCV | DSW |
| 02-NPP-1098551 | SWITCH, A.B. 802T-A | SW | 1098551 | | 8588 | | 8588 | 7/11/06 | EA | 5.00 | 144.8300 | 724.15 | RCV | ALP |
| 02-NPP-1415 | END WEDGE | MS | 1415 | | 6576FPP | 3 | 6576 | 4/14/06 | EA | 4.00 | 9.5300 | 38.12 | RCV | ALP |
| 02-NPP-25117 | FELT STRIP | MS | 25117 | | 6576FPP | 3 | 6576 | 4/14/06 | EA | 2.00 | 3.3400 | 6.68 | RCV | ALP |
| 02-NPP-32090 | BLOCK-BALL BUSHING | MS | A32090 | | 9541 | | 9541 | 8/18/06 | EA | 4.00 | 270.0000 | 1080.00 | RCV | ALP |
| 02-NPP-A101024 | THRUST WASHER | MS | A101024 | | 9989 | | 9989 | 9/7/06 | EA | 4.00 | 32.2500 | 129.00 | RCV | DSW |
| 02-NPP-A139 | ADJUSTMENT STOP | MS | A139 | | 000000307 | 1 | 1756 | 9/26/05 | EA | 2.00 | 10.4300 | 20.86 | DSB | ALP |
| 02-NPP-A1415 | END WEDGE | MS | A1415 | | 9216 | | 9216 | 8/7/06 | EA | 2.00 | 9.5300 | 19.06 | RCV | DSW |
| 02-NPP-A1416 | TOP WEDGE | MS | A1416 | | 6576FPP | 3 | 6576 | 4/14/06 | EA | 24.00 | 10.2800 | 246.72 | RCV | ALP |

BESSER
GLBPM1100.rpt
bessalp
kjeselye

# Purchase History
## By Vendor by Part Number
From Received date 1/1/05 to 1/5/07

Our PN: *
Vendor PN: *
Vendor ID: e&rma001

Page 2 of 3
1/5/2007
1:25:17PM

### E&RMA001  E & R MANUFACTURING

| PartNum | PC | Reference VenPartNum | PO Line Description | BESSALP PackSlip | PS# | PONum | ReqDate | UM | OurQty | OurUnitCost | ExtendedCost | RInit | WRC | Job# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-NPP-A1417 | MS | A1417 | BOTTOM WEDGE | 6576PPP | 4 | 6576 | 4/14/06 | EA | 22.00 | 11.3400 | 249.48 | RCV | ALP | |
| 02-NPP-A1417 | MS | A1417 | BOTTOM WEDGE | 9216 | 3 | 9216 | 8/7/06 | EA | 11.00 | 11.3400 | 124.74 | RCV | ALP | |
| 32-NPP-A-16035 | MS | A16035 | SHOULDER BOLT | 000000307 | 1 | 1547 | 9/19/05 | EA | 8.00 | 10.5400 | 84.32 | DSB | DSW | |
| 02-NPP-A25076 | MS | A25076 | KNIFE | 6576FPP | 5 | 6576 | 4/14/06 | EA | 24.00 | 43.4500 | 1042.80 | RCV | ALP | |
| 02-NPP-A25076 | MS | A25076 | KNIFE | 9216 | 2 | 9216 | 8/7/06 | EA | 20.00 | 43.4500 | 869.00 | RCV | ALP | |
| 02-NPP-A25096 | MS | A25096 | SEALS | 3199 | 3 | 4301 | 1/20/06 | EA | 16.00 | 8.5500 | 136.80 | DSB | DSW | |
| 02-NPP-A25097 | MS | A25097 | WEAR STRIP INSERT | 6570GPP | 3 | 6576 | 4/14/06 | EA | 2.00 | 14.4200 | 28.84 | RCV | ALP | |
| 02-NPP-A25112-TB | MS | A25112-TB | KEY | 000000307 | 3 | 1756 | 9/26/05 | EA | 2.00 | 12.5000 | 25.00 | DSB | DSW | |
| 02-NPP-A25130 | MS | A25130 | CLUTCH MODULE, EM-180-10 | 3384 | 1 | 3384 | 12/5/05 | EA | 1.00 | 393.7320 | 393.73 | RCV | ALP | |
| 02-NPP-A25130 | MS | A25130 | CLUTCH MODULE, EM-180-10 | 7045 | 1 | 7045 | 5/5/06 | EA | 1.00 | 393.7320 | 393.73 | RCV | ALP | |
| 02-NPP-A25131 | MS | A25131 | BRAKE MODULE EM-180-20 | 3384 | 2 | 3384 | 12/5/05 | EA | 1.00 | 556.3500 | 556.35 | RCV | ALP | |
| 02-NPP-A25131 | MS | A25131 | BRAKE MODULE EM-180-20 | 7045 | 2 | 7045 | 5/5/06 | EA | 1.00 | 556.3500 | 556.35 | RCV | ALP | |
| 02-NPP-A25139 | MS | A25139 | BLADE, HARDENED TIP | 7245 | 1 | 7245 | 5/10/06 | EA | 12.00 | 135.6200 | 1627.44 | RCV | ALP | |
| 02-NPP-A25151 | MS | A25151 | 2 HP MOTOR | 7045 | 1 | 7045 | 5/5/06 | EA | 1.00 | 520.2600 | 520.26 | RCV | ALP | |
| 02-NPP-A28076 | SE | A28076 | SEAL | 9989 | 2 | 9989 | 9/7/06 | EA | 8.00 | 14.8100 | 118.48 | RCV | ALP | |
| 02-NPP-A28117 | MS | A28117 | TAPERED BUSHING | 1756 | 4 | 1756 | 9/26/05 | EA | 2.00 | 69.4600 | 138.92 | DSB | DSW | |
| 02-NPP-A28140-U | MS | A28140D | CONTROL UNIT D260 | 7045 | 5 | 7045 | 5/5/06 | EA | 1.00 | 218.5600 | 218.56 | RCV | ALP | |
| 02-NPP-A28140-MCS | EC | A28140 | BRAKE CONTROL UNIT | 000000335 | 1 | 7716 | 6/19/06 | EA | 1.00 | 218.5600 | 218.56 | DSB | DSW | |
| 02-NPP-A28148 | MS | A28148 | WEAR TABLE | 000000343 | 2 | 9666 | 8/31/06 | EA | 16.00 | 22.1400 | 354.24 | DRB | DSW | |
| 02-NPP-A28148 | MS | A28148 | WEAR TABLE | 6576PPP | 7 | 6576 | 4/14/06 | EA | 6.00 | 22.1400 | 132.84 | RCV | ALP | |
| 02-NPP-A28148 | MS | A28148 | WEAR TABLE | 9216 | 1 | 9216 | 8/7/06 | EA | 18.00 | 22.1400 | 398.52 | RCV | ALP | |
| 02-NPP-A28149 | MS | A28149 | WEAR TABLE | 000000343 | 4 | 9666 | 8/31/06 | EA | 7.00 | 20.9400 | 146.58 | DSB | DSW | |
| 02-NPP-A28149 | MS | A28149 | WEAR TABLE | 6576PPP | 8 | 6576 | 4/14/06 | EA | 6.00 | 20.9400 | 125.64 | RCV | ALP | |
| 02-NPP-A28149 | MS | A28149 | WEAR TABLE | 9216 | 5 | 9216 | 8/7/06 | EA | 6.00 | 20.9400 | 125.64 | RCV | ALP | |
| 02-NPP-A28156 | BB | A28156 | BUSHING, TAPER, SF 1-1/2 | 9216 | 6 | 9216 | 8/7/06 | EA | 4.00 | 34.3600 | 137.44 | RCV | ALP | |
| 02-NPP-A32050 | MS | A32050 | EXTENSION BAR-11" | 6576PPP | 9 | 6576 | 4/14/06 | EA | 2.00 | 42.7400 | 85.48 | RCV | ALP | |
| 02-NPP-A32051 | MS | A32051 | EXTENSION BAR-16" | 6576PPP | 10 | 6576 | 4/14/06 | EA | 2.00 | 47.8600 | 95.72 | RCV | ALP | |
| 02-NPP-A32065 | MS | A32065 | LIFTER PLATE SPACER | 9989 | 3 | 9989 | 9/7/06 | EA | 8.00 | 54.7800 | 438.24 | DSB | DSW | |
| 02-NPP-A32084 | MS | A32084 | ROD BOOT- CYLINDER | 8295 | 7 | 8295 | 6/30/06 | EA | 1.00 | 170.4900 | 170.99 | DSB | DSW | |
| 02-NPP-A32085 | MS | A32085 | REAR STOP | 000000307 | 7 | 1756 | 9/26/05 | EA | 1.00 | 25.5300 | 25.53 | DSB | DSW | |
| 02-NPP-A32096 | MS | A32096 | BRACKET | 3199 | 4 | 4301 | 1/20/06 | EA | 1.00 | 79.1100 | 79.11 | DSB | DSW | |
| 02-NPP-A32097 | HY3 | A32097 | HYD. MOTOR | 000000354 | 1 | 7715 | 6/12/06 | EA | 1.00 | 408.9000 | 408.90 | DSB | DSW | |
| 02-NPP-A32102 | BB | A32102 | NEEDLE BEARING | 9989 | 7 | 9989 | 9/7/06 | EA | 4.00 | 218.0400 | 872.16 | RCV | ALP | |
| 02-NPP-A32103 | BB | A32103 | NEEDLE BEARING | 9989 | 5 | 9989 | 9/7/06 | FA | 4.00 | 377.8200 | 1511.28 | RCV | ALP | |
| 02-NPP-A32128 | MS | A32128 | INSERT | 3199 | 10 | 4301 | 1/20/06 | EA | 1.00 | 37.0600 | 37.06 | DSB | DSW | |
| 02-NPP-A32224 | MS | A32224 | WIPER | 3199 | 8 | 4301 | 1/20/06 | EA | 4.00 | 10.0100 | 40.04 | DSB | DSW | |
| 02-NPP-A34105 | MS | A34105 | KEYWAY | 3199 | 11 | 4301 | 1/20/06 | EA | 1.00 | 6.9600 | 6.96 | DSB | DSW | |
| 02-NPP-A34170 | MS | A34170 | SLEEVE | 000000335 | 3 | 7949 | 6/19/06 | EA | 4.00 | 75.4800 | 301.92 | DSB | DSW | |
| 02-NPP-A34170 | MS | A34170 | SLEEVE | 000000335 | 2 | 7949 | 6/19/06 | EA | 4.00 | 75.4800 | 301.92 | DSB | DSW | |
| 02-NPP-A34198 | GR | A34198 | DODGE REDUCER | 9216 | 4 | 9216 | 8/7/06 | EA | 1.00 | 2261.2500 | 2261.25 | RCV | ALP | |
| 02-NPP-A604 | MS | A604 | BUSHING | 000000335 | 4 | 7949 | 6/19/06 | EA | 1.00 | 14.8500 | 14.85 | DSB | DSW | |
| 02-NPP-A614 | MS | A614 | BRONZE BUSHING | 3199 | 12 | 4301 | 1/20/06 | EA | 16.00 | 22.3100 | 356.96 | DSB | DSW | |
| 02-NPP-A615 | MS | A615 | BUSHING | 000000335 | 3 | 7949 | 6/19/06 | EA | 1.00 | 31.4400 | 31.44 | DSB | DSW | |

03/08/2007  17:51    989-354-3120                    BESSER COMPANY                         PAGE  04

GLBPMH1760.rpt
bessalp
kjsedye

# Purchase History
### By Vendor by Part Number
From Received date 1/4/05 to 1/5/07

Our PN:
Vendor PN:
Vendor ID: E&rma001

Page 3 of 3
1/5/2007
1:25:17PM

**E&RMA001 F & R MANUFACTURING**

| PartNum | PC | Reference | VendPartNum | PO Line Description | PartSlip | PSL# | PONum | RcptDate | UOM | OurQty | OurUnitCost | Extended Cost | Bl# | VHIC | Job# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-NPF-A617 | BB | | A617 | BRONZE BUSHING | 9989 | 6 | 9989 | 9/7/06 | EA | 8.00 | 31.3400 | 250.72 | RCV | ALP | |
| 02-NPF-B101019 | SH | | B101019 | LIFTER SPROCKET | 9989 | 16 | 9989 | 9/7/06 | EA | 4.00 | 43.2500 | 173.00 | RCV | ALP | |
| 02-NPF-B25078 | MS | | B25078 | PINION GEAR | 00000307 | 1 | 1756 | 9/26/05 | EA | 1.00 | 257.6000 | 257.60 | DSB | DSW | |
| 03-NPF-B25078 | MS | | B25078 | PINION GEAR | 3199 | 5 | 4301 | 1/20/06 | EA | 1.00 | 257.6000 | 257.60 | DSB | DSW | |
| 03-NPF-B25095 | MS | | B25095 | LIFTER NUT | 9989 | 7 | 9989 | 9/7/06 | EA | 4.01 | 162.8600 | 651.44 | RCV | ALP | |
| 02-NPF-B28048SC | SII | | B28048SC | SPROCKET, SELF CLEANING | 9216 | 8 | 9216 | 8/7/06 | EA | 4.00 | 280.0000 | 1120.00 | RCV | ALP | |
| 02-NPF-B28048TR | MS | | B28048TR | TRUNION | 9216 | 3 | 9216 | 8/7/06 | EA | 4.00 | 143.5200 | 574.08 | RCV | ALP | |
| 02-NPF-B28052 | MS | | B28052 | DUST CAP | 9989 | 17 | 9989 | 9/7/06 | EA | 4.00 | 46.0800 | 184.32 | RCV | ALP | |
| 02-NPF-B28052 | MS | | B28052 | DUST CAP | 9989 | 8 | 9989 | 9/7/06 | EA | 4.00 | 46.0800 | 184.32 | RCV | ALP | |
| 02-NPF-B28100 | FA | | B28100 | JAM NUT | 9989 | 9 | 9989 | 9/7/06 | EA | 4.00 | 195.8900 | 783.56 | RCV | ALP | |
| 02-NPF-B28100-R | MS | | B28100-R | LOCKING RING | 9989 | 10 | 9989 | 9/7/06 | EA | 4.00 | 41.9300 | 167.72 | RCV | ALP | |
| 02-NPF-B32010 | MS | | H32010 | WRIST PIN | 9989 | 11 | 9989 | 9/7/06 | EA | 4.00 | 137.6300 | 550.52 | RCV | ALP | |
| 02-NPF-B32013 | XMS | | B32013 | CHAIN GUIDE | 3199 | 9 | 4301 | 1/20/06 | EA | 2.00 | 204.6000 | 409.20 | DSR | DSW | |
| 02-NPF-B32047 | MS | | B32047 | STOP BAR | 3199 | 6 | 1756 | 9/26/05 | EA | 1.00 | 26.7000 | 26.70 | DSB | DSW | |
| 02-NPF-B32047 | MS | | B32047 | STOP BAR | 3199 | 6 | 4301 | 1/20/06 | EA | 1.00 | 26.7000 | 26.70 | DSB | DSW | |
| 02-NPF-B32069 | MS | | B32069 | BOOT COVER PLATE | 00000336 | 3 | 8295 | 6/30/06 | EA | 1.00 | 27.3300 | 27.33 | DSB | DSW | |
| 02-NPF-B32074 | MS | | B32074 | OFF BEARING TABLE EXT. | 00000343 | 5 | 8295 | 8/31/06 | EA | 1.00 | 286.2200 | 286.22 | DSB | DSW | |
| 02-NPF-B32080 | MS | | B32080 | SHAFT BOOT | 00000336 | 6 | 8295 | 6/30/06 | EA | 4.00 | 161.7000 | 646.80 | DSB | DSW | |
| 02-NPF-B32276 | MS | | B32276 | SPLITTER BLADES FOR E& R SPLITTER | 2876 | 1 | 2876 | 1/5/05 | EA | 40.00 | 41.6400 | 1665.60 | RCV | ALP | |
| 02-NPF-B32317 | MS | | B32317 | ROLLER NOSE FEEDER PAWL - L & R | 3199 | 6 | 4301 | 1/20/06 | EA | 2.00 | 71.8600 | 143.72 | DSB | DSW | |
| 02-NPF-B32318 | MS | | B32318 | MOUNT, FEEDER PAWL,L&R | 3159 | 7 | 4301 | 1/20/06 | EA | 2.00 | 140.4300 | 280.86 | DSB | DSW | |
| 02-NPF-B32342-2 | HP | | B32342-2 | SPLITTER KNIFE - 2" | 3028 | 2 | 926 | 8/17/05 | EA | 2.00 | 63.8600 | 127.72 | DSB | DSW | |
| 02-NPF-M32343 | MS | | B32343 | HOLDER - E&R SPLITTER | 3028 | 1 | 926 | 8/17/05 | EA | 2.00 | 150.6100 | 301.22 | DSB | DSW | |
| 02-NPF-C25051 | MS | | C25051 | LIFTER PLATE | 9989 | 12 | 9989 | 9/7/06 | EA | 4.00 | 55.5000 | 222.00 | RCV | ALP | |
| 02-NPF-C25077-T | MS | | C25077-T | SPUR GEAR | 00000307 | 2 | 1756 | 9/26/05 | EA | 2.00 | 805.9200 | 1611.84 | DSB | DSW | |
| 02-NPF-C28035-B | MS | | C28035-B | BOTTOM SIDE ARM BEARING | 9989 | 13 | 9989 | 9/7/06 | EA | 4.00 | 306.3300 | 1225.32 | RCV | ALP | |
| 02-NPF-C28035-T | MS | | C28035-T | TOP SIDE ARM BEARING | 9989 | 14 | 9989 | 9/7/06 | EA | 4.00 | 335.2500 | 1341.00 | RCV | ALP | |
| 02-NPF-C32007 | MS | | C32007 | SIDE ARM | 9989 | 15 | 9989 | 9/7/06 | EA | 4.00 | 813.2900 | 3253.16 | RCV | ALP | |
| 02-NPF-D32075 | MS | | D32075 | OFFBEARING TABLE FRAME | 00000343 | 1 | 9666 | 8/31/06 | EA | 1.00 | 1391.0500 | 1399.05 | DSB | DSW | |

**E&RMA001 E & R MANUFACTURING**                                                      Vendor Total -                                46,273.79

**Final Total -**                                    Records Printed - 111                                                           46,273.79