# Exhibit 10



| Cl. | Equipment | | | |
|---|---|---|---|---|
| PLN | 102 | | | |
| | Splitter | | | |
| | | | 8/20/1993 | |
| Griep, Glenn | | WI | | |
| | unk. | | | |
| | | | unk. | |
| unk. | | | | |

Only info in file is a letter from Griep's attorney.
Unknown what plant this happened at.



PLAINTIFF'S
EXHIBIT
2

| PLN | 107 | Splitter | | 6386 | | 161 | |
|---|---|---|---|---|---|---|---|
| Murrock, Wayne | | Barnes & Cone, Inc. | | | NY | | 3/7/1997 |
| | | | 3/22/1995 | Inv. #IN123400 date | | | operation |
| L hand – 1 finger amput. / 3 other fingers crushed | | | | | | | |
| Murrock reached into splitter to pull a block out while machine was in automatic – splitter blade engaged crushing his fingers betwn. the block. | | | | | | | |

BES 0022

| PLS | 025 | Block Splitter | | | CM24-248 |
|---|---|---|---|---|---|
| Domenici, Raymond | | Foster Masonry Prod. | MA | 11/25/1985 | settle |
| | 20000 | | 3/24/1975 install date | clear jam | |
| R hand-2 fing amput & crush inj. | | | | | |
| Domenici was attempting to clear a jam in splitter w/out turning off machine - he reached through splitting area, pulled block forward which actuated splitter while his hands were still on block - splitting wedges caught his hands against block - machine was in automatic mode. | | | | | |

MASSACHUSETTS, MIDDLESEX
CIVIL CASE 86-3045 ████

BES 0017

| PLN | 068 | Block Splitter | | CM24HF-5979 | |
|---|---|---|---|---|---|
| Woodward, Peter | | James Blk. & Brick | TN | 12/10/1987 | n/a |
| | | 12/12/1987 | install date | adjustment | |
| L hand - palm lacerated | | | | | |
| Splitter was not in line - Woodward was making adjustments to splitter. Pusher cylinder & carriage were in forward position - Woodward accidently hit limit switch causing pusher cylinder to retract bringing carriage tripper bar to home position - his hand was caught betwn. bar & end of splitter frame - as he jerked his hand away, his palm was cut. ||||||

BES 0018

| PLN | 071 | Block Splitter | | CM24HF-5969 |
|---|---|---|---|---|
| Arnold, Lavern | | Southland Supply Co. | TN | 5/10/1988 | n/a |
| | | 7/30/1987 install date | | clearing jam |

both hands - see DESCRIPTION

Injuries: L hand - fractured fingers
R hand - middle finger tip cut off
Arnold was trying to unjam splitter while machine was still turned on.

BES 0019

| PLN | 072 | Block Splitter | | CM24 | |
|---|---|---|---|---|---|
| Miller, David | | Chas. M. Freidheim | MN | 6/13/1988 | n/a |
| | | unk. | | see DESCRIPTION | |
| foot - large toe lacerated | | | | | |
| Miller was a truck driver for Chas. M. Freidheim -- what he was doing by splitter is unknown. Splitter had been modified so splitting bar could be actuated by foot. Switch apparently waws hit under machine & in process of getting the switch out, Miller's foot was caught in drive gears under splitter. | | | | | |

BES 0020

| Field | Value |
|---|---|
| PLN | 109 |
| | Slpitter |
| | 6386 |
| | 165 |
| Salmon, Robert | |
| | Tarmac/Richmond |
| | VA |
| | 5/30/1997 |
| | Cleaning |
| crushed hand | |

Splitter was jammed, Mr Salmon reached inside the plitter to remove a chuck of concrete when the pusher bar moved pinching his hand.

BES 0021

| PLN | 132 | Block Splitter | | 6386 | | 296 |
|---|---|---|---|---|---|---|
| Sowers, Steve | | Supreme/Winchester | | VA | | 5/10/2005 |
| | | 2/11/1999 | | | | |
| Amputation of fingers | | | | | | |
| Unloading system, depalleter, and splitter were all in automatic when Steve manually pushed a block into the splitter. His hand was on top of the block when the splitter blades cycled breaking and cutting his fingers. | | | | | | |

BES 0023

| File Case Number | Equipment |
|---|---|
| PLN 073 | Block Splitter |
| Patient Name | Plant |
| Delfreo, John | A. Duchini, Inc. |
| | State | Injury Date | |
| | PA | 7/26/1988 | n/a |
| Award | Equipment Model | Employee Activity |
| | unk. | clearing jam |
| Body Injury | | |
| L hand - crushed | | |

A block had gotten caught on splitter - Delfreo stopped splitter to straighten block & when he restarted splitter, amchine threw block backwards & crushed his hand betwn. 2 units.
NOTE: re: Block Splitter - no other info. available on type of splitter involved in this injury.

BES 0024