# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID JACKSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO.: |
| | ) | 2:06 CV0412-.DRB |
| E & R MANUFACTURING CO., INC., and | ) | |
| BESSER COMPANY, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## AFFIDAVIT OF FARHAD BOOESHAGHI

| | |
|---|---|
| STATE OF FLORIDA | ) |
| COUNTY OF LEON | ) |

Before me, the undersigned, personally appeared Farhad Booeshaghi, Ph.D., P.E., who being first duly sworn, deposes and says as follows:

My name is Farhad Booeshaghi, Ph.D., P.E. I am over the age of 21 and I have personal knowledge of all the facts and circumstances stated herein. I am a resident of Leon County, Florida.

I have completed the preliminary analysis of the above referenced incident. During my analysis I have reviewed, analyzed and considered the following materials and items:

1. Personal inspection, analysis and photographic and video documentation of the subject block cutter machine and conveyor system on October 18, 2006
2. Depositions:
   a. Jackson, David – 5/22/07 including exhibits
   b. Mackey, Karry – 5/23/07 including exhibits
   c. Rondeau, Duane – 3/21/07 including exhibits
   d. Neese, Ronald E. – 2/1/07 including exhibits
   e. Stephens, John – 5/23/07 including exhibit
3. Other:
   a. Engineering Drawings
4. Photographs:
   a. Concrete block machine – (7) 8x10 color images
   b. Block splitter – (20) color images
   c. David Jackson's injuries – (22) color images
   d. Elmer's Little Helper block splitting machine – (19) color images

5. Pleadings:
   a. Complaint
   b. Answer to Complaint
   c. First Amended Complaint
   d. Answer of Defendant, Karry Mackey to Plaintiff's First Amended Complaint
   e. Plaintiff's First Interrogatories to Defendant E&R Manufacturing Co., Inc.
   f. Plaintiff's First Request for Production to Defendant E&R Manufacturing Co., Inc.
   g. Plaintiff's First Interrogatories and Request for Documents to Defendant, Karry Mackey
   h. Defendant E&R Manufacturing Co., Inc.'s Rule 26(a)(1) Disclosures
   i. Defendant E&R Manufacturing Co., Inc.'s Response to Plaintiff's First Request for Production
   j. Defendant Karry Mackey's Response to Plaintiff's Interrogatories and Request for Production of Documents
   k. Plaintiff's Answers to Defendant Karry Mackey's First Interrogatories
   l. Defendant Karry Mackey's Response to Plaintiff's Second Interrogatories and Request for Production of Documents
   m. Plaintiff's Answers to Defendant E&R Manufacturing Co., Inc.'s First Interrogatories
   n. Plaintiff's Answers to Defendant Besser Company's First Interrogatories and Request for Production of Documents
   o. Defendant Besser Company's Rule 26(a)(1) Disclosures
6. Reports:
   a. State of Alabama Employer's First Report of Injury or Occupation Disease
7. Standards/Codes/Statutes:
   a. Essentials of Machine Guarding – OSHA 2227
   b. ANSI B11.19-1990 – Safeguarding when referenced by other B11 machine tool safety standards
   c. ANSI B11.TR3-2000 – Risk Assessment and Risk Reduction – A Guide to Estimate and Reduce Risk Associated with Machine Tools
   d. OSHA 1910.212 – General requirements for all machines
   e. Standard interpretation – OSHA 1910.147 – Lockout/Tagout
   f. MIOSHA-STD-1121 (02-08) – Part 23 Hydraulic Power Presses
   g. MIOSHA-STD-1101 (01/04) – Part 1 General Provision
   h. PUB-3000, Sec 5.3 Machine Safeguarding
8. Technical Data:
   a. Machine invoice and warning label documents
   b. Besser – Safety Bulletin
   c. Mold Changes and OSHA Lockout/Tagout Requirements
   d. Applicable technical data related to machine guarding
9. Video:
   a. Block splitter inspection

The review and analysis of the above materials reveals the following facts:

1) In 1991, Besser Company, herein referred to as Besser, designed the plant layout for Couch Construction Materials in Andalusia, Alabama.

2) The plant layout included a hydrofeed block splitter.

3) In 1991, E & R Manufacturing, Inc., herein referred to as E & R, retrofitted their hydrofeed block splitters with warning labels and overhead barrier guards. E & R decided not to use a safeguarding system that was designed and recommended by a MIT professor back in 1986.

4) Prior to 1997, Besser,
   a) Had a business relationship with E & R,
   b) Marketed and sold E & R designed and manufactured hydrofeed block splitters under the Besser brand name,
   c) Purchased the hydrofeed block splitter from E & R, and had E & R place the Besser label on it and directly ship it to the buyer and,
   d) Sent their service technicians to the site to assist with the setup and startup of their hydrofeed block splitter.

5) On February 19, 1997, Besser purchased a Besser CM-24-HFRC Block Splitter, herein referred to as block splitter, from E & R and had it shipped directly to the Couch plant in Andalusia, Alabama.

6) The purchase included a computer and linear transducer, a V-wheel mounting with two 20' sections of track for moving the unit in and out of line, two model CT32091 heads, two BTO61595 double side knives and holder, two B34181 table plate wear strips and guides, two CT020395 heads, two BTO21095 6" double side knives and holder, two classic table plate and wear strips, two easy wall heads, two 4" high classic cap knives, and two 6" classic straight splits.

7) Couch installed the block splitter.

8) The setup and operation was as follows:
   a) From the block splitter, there is a block feeder up stream and a cuber down stream.
   b) The concrete blocks are transported on a conveyor system into the block splitter and then out to the cuber.
   c) Pusher cylinders feed the blocks into the block splitter and under the block splitter head (the top knife).
   d) Four threaded uprights are used to support the block splitter head and adjust its vertical height positioning to a maximum of 16 inches.
   e) Concrete blocks are positioned in the block splitter. The block splitter is capable of positioning the blocks within 0.060 of inch accuracy.
   f) Side knives come in and make contact with the blocks.

g) After a delay, the block is raised and the head comes down and splits the blocks.

h) When the blocks are split, chunks and debris fall down around the side knives.

i) Chunks and debris build-up and can affect side knives' operation, resulting in damaged concrete blocks.

j) Chunks and debris can affect the clean cut of the blocks without jamming the side knives.

k) Bevel retaining walls require that somebody is close to the point of operation (at the splitter were cuts are made) to pull chunks outs.

l) Up stream from the block splitter there is a control panel located on the right side of the conveyor system (relative to the flow of concrete blocks).

m) There are emergency stop and splitter stop buttons located on the control panel.

n) The block splitter can split 21 to 23 concrete blocks per minute.

9) Prior to 2004,

   i) Karry Mackey, a Couch employee, lost his fingers when his hand was inadvertently exposed to the side knife while the machine was cycling,

   ii) E & R was aware of two (2) or three (3) accidents involving their block splitters where workers hands and/or fingers were crushed while the machine was cycling and,

   iii) Besser had six (6) recorded accidents involving Besser CM-24-HFRC Block Splitter's crushing workers hands and/or fingers.

10) On December 17, 2004, David Jackson,

   a) Was an employee of Able Body Temp Services stationed at Concrete & Asphalt Construction/Couch Ready Mix USA, in Andalusia, Covington County, Alabama,

   b) Had a tenth grade education level,

   c) Was a "chunk remover" – his job was to remove concrete chunks and debris that are created as the blocks are split by Besser hydrofeed block splitter,

   d) Was positioned down the line from the block splitter by the side knives,

   e) Was injured while removing chunk and debris that were by the side knives, and

   f) Lost his right hand middle, ring, and little fingers.

11) At the time of the accident, 8-inch pro bevel blocks were being split.

12) John Stephens trained David Jackson on how to pull the chunks and clean the debris.

13) There are contrasting testimonies as to the training procedures John Stephens provided David Jackson:

   a) David Jackson testified that he was told to use his hands to clean the chunks and debris between the machine cycles.

b) John Stephens testified that he trained David Jackson to shut off the machine prior to removing the chunks and debris or use a metal pole to remove them.

14) It takes approximately three seconds between block splitting cycles.

15) Sometime after David Jackson's accident, Sherry, a Couch employee, lost the tip of her finger while removing chunks and debris from the side knives on the block splitter.

16) E & R does not have any engineers on their staff.

17) Besser has several engineers on their staff.

18) E & R did not perform any hazard analysis on the design of the block splitter.

19) Besser performs hazard analysis on their machines, but not on the machines that E & R makes.

20) Besser sells block splitters that are equipped with E-stops on both sides of the side knives were workers pull chunk and debris.

21) From 1985 to 2005, there were a total of nine (9) recorded accidents by Besser involving Besser CM-24-HFRC Block Splitters.

22) There is a 2–3 inch gap between the edge of the side knives and the concrete blocks immediately prior to splitting cycle taking place.

23) The side knives travel 2–3 inches prior to engaging with the concrete blocks.

24) The side knives penetrate the concrete blocks for approximately 1/16 of an inch and hold for the head's cutting action.

25) Both Besser and E & R sell replacement parts for the block splitter including safety components and labels.

26) As stated in ANSI B11.TR3-2000, Risk Assessment and Risk Reduction—A Guide to Estimate, Evaluate and Reduce Risks Associated with Machine Tools section,

a) 1 Scope - The ANSI Technical Report provides the procedures and methods to assess the risks associated with the design, construction, care and use of machine tools as included in the B11 series of machine tool safety standards. It serves as a guideline for suppliers and users of machine tools, providing a framework and procedure to identify tasks and hazards, and to estimate, evaluate, reduce and document the risks associated with these hazards under the various conditions of use of that machine or system.

b) 3.14 Reasonably foreseeable misuse: The predictable use of a machine in a way not intended by the supplier or user, but which may result from human behavior.

  Note: Behaviors such as the following should be taken into account in a risk assessment:
  - Incorrect behaviors excluding the deliberate misuse of the machine;
  - The reflexive behavior of a person in case of malfunction, incident, failure, etc. during use of the machine;
  - The behavior resulting from taking the "path of lease resistance" in carrying out a task,
  - The foreseeable behavior of certain persons (e.g., those who are either unauthorized or untrained).

c) 3.20 Supplier: An entity that provides or makes available for use all or part of a [machine] or [system].

d) 4.2.4 Comparisons between similar hazardous situations associated with different types of machines are often possible, provided that sufficient information about hazards and accident circumstances in those situations is available and pertinent.

e) 4.2.5 The absence of an accident history, a small number of accidents or low severity of accidents should not be taken as an automatic presumption of a low risk.

f) 4.3.2 Suppliers should reduce risks through design techniques, safeguards and information for use following order of precedent/hierarchy.

g) 7.3.5 Human factors
  - Motivation to deviate from established safe working practices,
  - The effects of accumulated exposure (e.g., repetitive operation, ...

h) 7.3.7 Possibility to defeat or circumvent protective measures – Risk estimation should take into account the possibility and the incentive to defeat or circumvent protective measures.
  - The protective measure slows down production or interferes with any other activity or preferences of the user.

i) 8 Risk reduction – Protective measures should be applied in the hierarchical order.

Based on the information, data and facts from the above items and my education, training and experience, it is my preliminary opinion to a high degree of engineering and scientific certainty that:

1. David Jackson's right hand was pinched between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete blocks.

2. The Hierarchy of Engineering Design states to first identify the hazard, make all attempts to eliminate or reduce the hazard by design; if the hazard cannot be removed, guard against it and finally, warn against it.

3. There are several engineering tools including Hazard and Risk Analysis, Failure Mode and Effect Analysis (FMEA), and Fault Tree Analysis (FTA) that allow for identification and elimination of hazards associated with product design and manufacturing.

4. The injury to David Jackson's hand was the result of the Besser CM-24-HFRC Block Splitter's left side knife traveling 2–3 inches and contacting the concrete blocks while David Jackson's hand was between the two.

5. David Jackson's job requirement regulated him in pulling chunks and placing his hand in the block splitter.

6. It is foreseeable that while pulling chunks and debris, David Jackson's hand would be between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete blocks while the machine is in cycle.

7. Prior to sale of the Besser CM-24-HFRC Block Splitter to Couch, both Besser and E & R knew that splitting blocks created chunks and debris, that workers use their hands to remove the chunks and debris while the machine is in cycle, and that workers get their hands and fingers injured by the block splitter knives.

8. The Besser CM-24-HFRC Block Splitter's left side knife traveling 2 – 3 inches to contact the blocks, while the concrete blocks are positioned in the splitter, and worker's hand is between the knife and the blocks is known as a point of operation hazard and a pinch point hazard and it is an inherent hazard associated with the subject block splitter and its operation.

9. The point of operation pinch point, if not eliminated or guarded, can result in a pinch point injury.

10. The pinch point injury occurs when three factors are present at the same time: 1) The Besser CM-24-HFRC Block Splitter's left side knife is traveling 2–3 inches to contact the blocks, 2) Concrete blocks are positioned at the block splitter for a cut, and 3) The worker's hand is between the two pulling chunks or debris.

11. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of it knew of the existence of the aforementioned point of operation pinch point hazard.

12. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine must have made all attempts to eliminate the aforementioned point of operation pinch point hazard.

13. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of it failed to eliminate the aforementioned point of operation pinch point hazard associated with the subject block splitter.

14. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine must have safeguarded the workers against the aforementioned point of operation pinch point hazard by using the available and existing standard of care guarding and warning methods.

15. Examples of such methods are light curtain, interlocked gates, barrier guards, two hand controls, and/or safeguarding system described by E & R and designed by a MIT professor back in 1986.

16. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine failed to safeguard the workers against the aforementioned point of operation pinch point hazard by using the available and existing standard of care guarding and warning methods.

17. One method of eliminating the aforementioned hazard is by removing the 2–3 inch distance the Besser CM-24-HFRC Block Splitter's left side knife has to travel prior to contacting the concrete blocks. By reducing the gap between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete block to approximately 1/8 of an inch at all times, the probability of a worker's hand or finger(s) fitting through the gap is tremendously reduced almost to the point of nonexistence. Placing an E-stop at the side knives where the worker is pulling chunks would facilitate its usage.

18. At the time of the accident, the Besser CM-24-HFRC Block Splitter failed to meet industry standards set forth by the Occupational Safety Hazard Administration (OSHA) and the American National Standards Institute (ANSI).

19. The subject Besser CM-24-HFRC Block Splitter was inherently defective and unreasonably dangerous for its intended and foreseeable use and misuse due to the aforementioned hazard associated with the operation of the side knives.

20. The manufacturer of the subject Besser CM-24-HFRC knew or should have known that workers would use their hands to remove chunks and debris that accumulates in the area of the side knives.

21. It is foreseeable that workers may be wearing gloves that could get caught on the side knives and/or at the pinch point of operation resulting in a cutting injury.

22. It is foreseeable that workers will not be standing next to the shut off switch during the block splitting operation because they have to be present to remove the chunks and debris that accumulates at the cutting source.

23. But for the failure of the designer, manufacturer, and seller of the subject Besser CM-24-HFRC Block Splitter to eliminate the pinch point hazard associated with the subject block splitter David Jackson's accident would not have occurred and he would not have sustained his injuries.

I reserve the right to modify or add to my opinions subject to review and analysis of additional discovery information, test data, technical information or other materials obtained during the discovery process.

FURTHER AFFIANT SAYETH NOT.

GLOBAL ENGINEERING & SCIENTIFIC
SOLUTIONS, LLC *A/K/A* GESS

Farhad Booeshaghi, Ph.D., P.E.
Consulting Engineer

**STATE OF FLORIDA**  )
**COUNTY OF LEON**  )

Before me, in and for said county, in said state, personally appeared Farhad Booeshaghi, Ph.D., P.E., whose name is signed to the foregoing Affidavit and who is made known to me and who, being first duly sworn and deposed, says that he has knowledge of the facts stated in the foregoing Affidavit, and that said facts as therein stated are true and correct.

Sworn to and subscribed before me on this the 21 day of August, 2007.

(SEAL)

Notary Public
My Commission Expires: May 15, 2009



# *Global Engineering & Scientific Solutions*

www.gess1.com    3071 Highland Oaks Terrace, Suite 3C, Tallahassee, FL 32301 – Telephone: (850) 942-5300 – Fax: (850) 942-530?

June 8, 2007

Mr. S. Mark Andrews
Morris, Cary, Andrews, Talmadge,
Jones & Driggers, LLC
3334 Ross Clark Circle
Dothan, AL 36302

RE:    Jackson, David v. E&R Manufacturing – Report of Findings

FILE:  GESS Project No. 1029

Dear Mr. Andrews:

I have completed the preliminary analysis of the above referenced incident.  During my analysis
I have reviewed, analyzed and considered the following materials and items:

1. Personal inspection, analysis and photographic and video documentation of the subject
   block cutter machine and conveyor system on October 18, 2006
2. Depositions:
   a. Jackson, David – 5/22/07 including exhibits
   b. Mackey, Karry – 5/23/07 including exhibits
   c. Rondeau, Duane – 3/21/07 including exhibits
   d. Neese, Ronald E. – 2/1/07 including exhibits
   e. Stephens, John – 5/23/07 including exhibit
3. Other:
   a. Engineering Drawings
4. Photographs:
   a. Concrete block machine – (7) 8x10 color images
   b. Block splitter – (20) color images
   c. David Jackson's injuries – (22) color images
   d. Elmer's Little Helper block splitting machine – (19) color images
5. Pleadings:
   a. Complaint
   b. Answer to Complaint
   c. First Amended Complaint
   d. Answer of Defendant, Karry Mackey to Plaintiff's First Amended Complaint
   e. Plaintiff's First Interrogatories to Defendant E&R Manufacturing Co., Inc.
   f. Plaintiff's First Request for Production to Defendant E&R Manufacturing Co.,
      Inc.

Consulting          Accident Reconstruction          Failure Analysis          Graphics

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 2

      g.  Plaintiff's First Interrogatories and Request for Documents to Defendant, Karry Mackey
      h.  Defendant E&R Manufacturing Co., Inc.'s Rule 26(a)(1) Disclosures
      i.  Defendant E&R Manufacturing Co., Inc.'s Response to Plaintiff's First Request for Production
      j.  Defendant Karry Mackey's Response to Plaintiff's Interrogatories and Request for Production of Documents
      k.  Plaintiff's Answers to Defendant Karry Mackey's First Interrogatories
      l.  Defendant Karry Mackey's Response to Plaintiff's Second Interrogatories and Request for Production of Documents
      m.  Plaintiff's Answers to Defendant E&R Manufacturing Co., Inc.'s First Interrogatories
      n.  Plaintiff's Answers to Defendant Besser Company's First Interrogatories and Request for Production of Documents
      o.  Defendant Besser Company's Rule 26(a)(1) Disclosures
6. Reports:
      a.  State of Alabama Employer's First Report of Injury or Occupation Disease
7. Standards/Codes/Statutes:
      a.  Essentials of Machine Guarding – OSHA 2227
      b.  ANSI B11.19-1990 – Safeguarding when referenced by other B11 machine tool safety standards
      c.  ANSI B11.TR3-2000 – Risk Assessment and Risk Reduction – A Guide to Estimate and Reduce Risk Associated with Machine Tools
      d.  OSHA 1910.212 – General requirements for all machines
      e.  Standard interpretation – OSHA 1910.147 – Lockout/Tagout
      f.  MIOSHA-STD-1121 (02-08) – Part 23 Hydraulic Power Presses
      g.  MIOSHA-STD-1101 (01/04) – Part 1 General Provision
      h.  PUB-3000, Sec 5.3 Machine Safeguarding
8. Technical Data:
      a.  Machine invoice and warning label documents
      b.  Besser – Safety Bulletin
      c.  Mold Changes and OSHA Lockout/Tagout Requirements
      d.  Applicable technical data related to machine guarding
9. Video:
      a.  Block splitter inspection

The review and analysis of the above materials reveals the following facts:

1) In 1991, Besser Company, herein referred to as Besser, designed the plant layout for Couch Construction Materials in Andalusia, Alabama.

2) The plant layout included a hydrofeed block splitter.

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 3

3) In 1991, E & R Manufacturing, Inc., herein referred to as E & R, retrofitted their hydrofeed block splitters with warning labels and overhead barrier guards. E & R decided not to use a safeguarding system that was designed and recommended by a MIT professor back in 1986.

4) Prior to 1997, Besser,
   a) Had a business relationship with E & R,
   b) Marketed and sold E & R designed and manufactured hydrofeed block splitters under the Besser brand name,
   c) Purchased the hydrofeed block splitter from E & R, and had E & R place the Besser label on it and directly ship it to the buyer and,
   d) Sent their service technicians to the site to assist with the setup and startup of their hydrofeed block splitter.

5) On February 19, 1997, Besser purchased a Besser CM-24-HFRC Block Splitter, herein referred to as block splitter, from E & R and had it shipped directly to the Couch plant in Andalusia, Alabama.

6) The purchase included a computer and linear transducer, a V-wheel mounting with two 20' sections of track for moving the unit in and out of line, two model CT32091 heads, two BTO61595 double side knives and holder, two B34181 table plate wear strips and guides, two CT020395 heads, two BTO21095 6" double side knives and holder, two classic table plate and wear strips, two easy wall heads, two 4" high classic cap knives, and two 6" classic straight splits.

7) Couch installed the block splitter.

8) The setup and operation was as follows:
   a) From the block splitter, there is a block feeder up stream and a cuber down stream.
   b) The concrete blocks are transported on a conveyor system into the block splitter and then out to the cuber.
   c) Pusher cylinders feed the blocks into the block splitter and under the block splitter head (the top knife).
   d) Four threaded uprights are used to support the block splitter head and adjust its vertical height positioning to a maximum of 16 inches.
   e) Concrete blocks are positioned in the block splitter. The block splitter is capable of positioning the blocks within 0.060 of inch accuracy.
   f) Side knives come in and make contact with the blocks.
   g) After a delay, the block is raised and the head comes down and splits the blocks.
   h) When the blocks are split, chunks and debris fall down around the side knives.

Consulting          Accident Reconstruction          Failure Analysis          Graphics

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 4

      i)   Chunks and debris build-up and can affect side knives' operation, resulting in damaged concrete blocks.

      j)   Chunks and debris can affect the clean cut of the blocks without jamming the side knives.

      k)  Bevel retaining walls require that somebody is close to the point of operation (at the splitter were cuts are made) to pull chunks outs.

      l)   Up stream from the block splitter there is a control panel located on the right side of the conveyor system (relative to the flow of concrete blocks).

      m) There are emergency stop and splitter stop buttons located on the control panel.

      n)  The block splitter can split 21 to 23 concrete blocks per minute.

9) Prior to 2004,

      i)   Karry Mackey, a Couch employee, lost his fingers when his hand was inadvertently exposed to the side knife while the machine was cycling,

      ii)  E & R was aware of two (2) or three (3) accidents involving their block splitters where workers hands and/or fingers were crushed while the machine was cycling and,

      iii) Besser had six (6) recorded accidents involving Besser CM-24-HFRC Block Splitter's crushing workers hands and/or fingers.

10) On December 17, 2004, David Jackson,

      a)  Was an employee of Able Body Temp Services stationed at Concrete & Asphalt Construction/Couch Ready Mix USA, in Andalusia, Covington County, Alabama,

      b)  Had a tenth grade education level,

      c)  Was a "chunk remover" – his job was to remove concrete chunks and debris that are created as the blocks are split by Besser hydrofeed block splitter,

      d)  Was positioned down the line from the block splitter by the side knives,

      e)  Was injured while removing chunk and debris that were by the side knives, and

      f)  Lost his right hand middle, ring, and little fingers.

11) At the time of the accident, 8-inch pro bevel blocks were being split.

12) John Stephens trained David Jackson on how to pull the chunks and clean the debris.

13) There are contrasting testimonies as to the training procedures John Stephens provided David Jackson:

      a)  David Jackson testified that he was told to use his hands to clean the chunks and debris between the machine cycles.

      b)  John Stephens testified that he trained David Jackson to shut off the machine prior to removing the chunks and debris or use a metal pole to remove them.

14) It takes approximately three seconds between block splitting cycles.

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 5

15) Sometime after David Jackson's accident, Sherry, a Couch employee, lost the tip of her finger while removing chunks and debris from the side knives on the block splitter.

16) E & R does not have any engineers on their staff.

17) Besser has several engineers on their staff.

18) E & R did not perform any hazard analysis on the design of the block splitter.

19) Besser performs hazard analysis on their machines, but not on the machines that E & R makes.

20) Besser sells block splitters that are equipped with E-stops on both sides of the side knives were workers pull chunk and debris.

21) From 1985 to 2005, there were a total of nine (9) recorded accidents by Besser involving Besser CM-24-HFRC Block Splitters.

22) There is a 2–3 inch gap between the edge of the side knives and the concrete blocks immediately prior to splitting cycle taking place.

23) The side knives travel 2–3 inches prior to engaging with the concrete blocks.

24) The side knives penetrate the concrete blocks for approximately 1/16 of an inch and hold for the head's cutting action.

25) Both Besser and E & R sell replacement parts for the block splitter including safety components and labels.

26) As stated in ANSI B11.TR3-2000, Risk Assessment and Risk Reduction—A Guide to Estimate, Evaluate and Reduce Risks Associated with Machine Tools section,

   a) 1 Scope - The ANSI Technical Report provides the procedures and methods to assess the risks associated with the design, construction, care and use of machine tools as included in the B11 series of machine tool safety standards. It serves as a guideline for suppliers and users of machine tools, providing a framework and procedure to identify tasks and hazards, and to estimate, evaluate, reduce and document the risks associated with these hazards under the various conditions of use of that machine or system.

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 6

b) 3.14 Reasonably foreseeable misuse:  The predictable use of a machine in a way not intended by the supplier or user, but which may result from human behavior.

  Note: Behaviors such as the following should be taken into account in a risk assessment:
  - Incorrect behaviors excluding the deliberate misuse of the machine;
  - The reflexive behavior of a person in case of malfunction, incident, failure, etc. during use of the machine;
  - The behavior resulting from taking the "path of lease resistance" in carrying out a task,
  - The foreseeable behavior of certain persons (e.g., those who are either unauthorized or untrained).

c) 3.20 Supplier:  An entity that provides or makes available for use all or part of a [machine] or [system].

d) 4.2.4 Comparisons between similar hazardous situations associated with different types of machines are often possible, provided that sufficient information about hazards and accident circumstances in those situations is available and pertinent.

e) 4.2.5 The absence of an accident history, a small number of accidents or low severity of accidents should not be taken as an automatic presumption of a low risk.

f) 4.3.2 Suppliers should reduce risks through design techniques, safeguards and information for use following order of precedent/hierarchy.

g) 7.3.5  Human factors
  - Motivation to deviate from established safe working practices,
  - The effects of accumulated exposure (e.g., repetitive operation, …

h) 7.3.7 Possibility to defeat or circumvent protective measures – Risk estimation should take into account the possibility and the incentive to defeat or circumvent protective measures.
  - The protective measure slows down production or interferes with any other activity or preferences of the user.

i) 8 Risk reduction – Protective measures should be applied in the hierarchical order.

Consulting              Accident Reconstruction        Failure Analysis            Graphics

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 7

Based on the information, data and facts from the above items and my education, training and experience, it is my preliminary opinion to a high degree of engineering and scientific certainty that:

1.  David Jackson's right hand was pinched between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete blocks.

2.  The Hierarchy of Engineering Design states to first identify the hazard, make all attempts to eliminate or reduce the hazard by design; if the hazard cannot be removed, guard against it and finally, warn against it.

3.  There are several engineering tools including Hazard and Risk Analysis, Failure Mode and Effect Analysis (FMEA), and Fault Tree Analysis (FTA) that allow for identification and elimination of hazards associated with product design and manufacturing.

4.  The injury to David Jackson's hand was the result of the Besser CM-24-HFRC Block Splitter's left side knife traveling 2–3 inches and contacting the concrete blocks while David Jackson's hand was between the two.

5.  David Jackson's job requirement regulated him in pulling chunks and placing his hand in the block splitter.

6.  It is foreseeable that while pulling chunks and debris, David Jackson's hand would be between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete blocks while the machine is in cycle.

7.  Prior to sale of the Besser CM-24-HFRC Block Splitter to Couch, both Besser and E & R knew that splitting blocks created chunks and debris, that workers use their hands to remove the chunks and debris while the machine is in cycle, and that workers get their hands and fingers injured by the block splitter knives.

8.  The Besser CM-24-HFRC Block Splitter's left side knife traveling 2 – 3 inches to contact the blocks, while the concrete blocks are positioned in the splitter, and worker's hand is between the knife and the blocks is known as a point of operation hazard and a pinch point hazard and it is an inherent hazard associated with the subject block splitter and its operation.

9.  The point of operation pinch point, if not eliminated or guarded, can result in a pinch point injury.

10. The pinch point injury occurs when three factors are present at the same time: 1) The Besser CM-24-HFRC Block Splitter's left side knife is traveling 2–3 inches to contact the

Consulting        Accident Reconstruction        Failure Analysis        Graphics

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 8

blocks, 2) Concrete blocks are positioned at the block splitter for a cut, and 3) The worker's hand is between the two pulling chunks or debris.

11. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of it knew of the existence of the aforementioned point of operation pinch point hazard.

12. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine must have made all attempts to eliminate the aforementioned point of operation pinch point hazard.

13. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of it failed to eliminate the aforementioned point of operation pinch point hazard associated with the subject block splitter.

14. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine must have safeguarded the workers against the aforementioned point of operation pinch point hazard by using the available and existing standard of care guarding and warning methods.

15. Examples of such methods are light curtain, interlocked gates, barrier guards, two hand controls, and/or safeguarding system described by E & R and designed by a MIT professor back in 1986.

16. Prior to the sale of the subject block splitter, the designer, manufacturer, and seller of the subject machine failed to safeguard the workers against the aforementioned point of operation pinch point hazard by using the available and existing standard of care guarding and warning methods.

17. One method of eliminating the aforementioned hazard is by removing the 2–3 inch distance the Besser CM-24-HFRC Block Splitter's left side knife has to travel prior to contacting the concrete blocks. By reducing the gap between the Besser CM-24-HFRC Block Splitter's left side knife and the concrete block to approximately 1/8 of an inch at all times, the probability of a worker's hand or finger(s) fitting through the gap is tremendously reduced almost to the point of nonexistence. Placing an E-stop at the side knives where the worker is pulling chunks would facilitate its usage.

18. At the time of the accident, the Besser CM-24-HFRC Block Splitter failed to meet industry standards set forth by the Occupational Safety Hazard Administration (OSHA) and the American National Standards Institute (ANSI).

19. The subject Besser CM-24-HFRC Block Splitter was inherently defective and unreasonably dangerous for its intended and foreseeable use and misuse due to the

Consulting            Accident Reconstruction            Failure Analysis            Graphics

June 8, 2007
Mr. S. Mark Andrews
GESS Project No. 1029
Page 9

aforementioned hazard associated with the operation of the side knives.

20. The manufacturer of the subject Besser CM-24-HFRC knew or should have known that workers would use their hands to remove chunks and debris that accumulates in the area of the side knives.

21. It is foreseeable that workers may be wearing gloves that could get caught on the side knives and/or at the pinch point of operation resulting in a cutting injury.

22. It is foreseeable that workers will not be standing next to the shut off switch during the block splitting operation because they have to be present to remove the chunks and debris that accumulates at the cutting source.

23. But for the failure of the designer, manufacturer, and seller of the subject Besser CM-24-HFRC Block Splitter to eliminate the pinch point hazard associated with the subject block splitter David Jackson's accident would not have occurred and he would not have sustained his injuries.

I reserve the right to modify or add to my opinions subject to review and analysis of additional discovery information, test data, technical information or other materials obtained during the discovery process.

Yours very truly,

GLOBAL ENGINEERING & SCIENTIFIC
SOLUTIONS, LLC *A/K/A* GESS

Farhad Booeshaghi, Ph.D., P.E.
Consulting Engineer

Consulting          Accident Reconstruction          Failure Analysis          Graphics

Testimony List - Farhad Booeshaghi
3/14/07 - 6/8/07

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| CV-04-6042 | Circuit Court, Jefferson Co., AL | Datha Dean Cain v. Norfolk Southern Railway Co. and Johnny Swain |
| 05-2004-CA-016038 | Circuit Court, Brevard County, FL | Dees for Willard v. Bonner |
| 05-2005-CA-030436 | 18th Circuit, Brevard Co., FL | William Soules v. Mitchell Sullivan & Carousel of Rockledge, Inc. |
| 04-499-CA | 3rd Judicial Circuit, Madison Co., FL | Crystal O. Boston v. Alfred Barnes, Jr. and Latavius S. Johnson |
| CL-01-009768 AF | 15th Judicial Circuit, Palm Beach Co., FL | Claudette Schoberg for Est. of Raymond Schoberg v. Hubbard Construction Co. |
| 502005CA006954XXXMB AE | 15th Judicial Circuit, Palm Beach Co., FL | Robert Friedrich v. Fetterman and Associates, P.A., et al. |

Testimony List - F. Booseshaghi
03/14/2007 / Page 1

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| 00-019631 | 17TH CIR, BROWARD CTY., FL | JACKSON, ANITA V. RALPH HOWELL & JAMES PHILBIN |
| 00-2575 (PGI) | US DIST CT, DIST OF PUERTO RICO | OSASIO, MAGALY MAESO V. SEAT COVERS UNLIMITED, JOHN DOE CO. & ABC INSURANCE CO. |
| 01-018075 07 | 17TH CIR, BROWARD CTY., FL, GENERAL JURISDICTION DIV | JACKSON, RUSSELL, FOR ELLYSA JACKSON (MINOR) V. HARTFORD FIRE INSURANCE CO., IDMO CORP. D/B/A USA, AMOCO., ET AL. |
| 01-02-1290 DIV F | 13TH CIR, HILLSBOROUGH CTY., FL, CIVIL DIV. | PICKEL, VICTOR V. TRINITY SERVICES GROUP, INC. |
| 01-17683 CA 05 | 11TH CIR, DADE CTY., FL, GENERAL JURISDICTION DIV. | VALERA, PABLO, EST OF YADIRA VALERA (MINOR) & GUILLERMO CAMPOS, JR. V. ANTONIO MATEOS D/B/A KING RENT A CAR CORP., RED ROOF INNS, INC., ET AL. |
| 01-6443 CA 8 | 11TH CIR, MIAMI-DADE CTY., FL | STILLMAN, EMILIA, EST OF PAUL STILLMAN V. TREMRON MIAMI, INC., HESS MASCHINENFABRIK gmba., ET AL. |
| 01-VS-014754A | STATE CT, FULTON CTY., GA | KAMARA, KEHMARRAY, BY A. R. KAMARA (GUARDIAN) V. FORD MOTOR CO., DARRYL TABRON, ERIK FREEMAN & MANON FREEMAN |
| 02-12097 DIV F | 13TH CIR, HILLSBOROUGH CTY., CIVIL DIV | LEVERETT, BEAULAH V. TAMPA BAY VENDING |
| 02-1520-CA | ST. JOHNS COUNTY, FL, DIV 55 | AGOSTINO, ROSEMARIE, THE EST OF V. PRAXAIR DISTRIBUTION SW, LLC |
| 02-2686 JAF | US DIST CT, DIST OF PUERTO RICO | HERNANDEZ-CHINIQUE, JORGE V. ZINIZ, INC. & UPS CAROLINA |
| 02-3658 | 13TH CIR, HILLSBOROUGH CTY., FL | BOLTON, JAMES & THERESA V. MAHA SALLAM, KUNG QUAH & STATE FARM |
| 02-4329 DIV G | 13TH CIR, HILLSBOROUGH CTY., FL, CIVIL DIV | CRESPO, NANETTE & EDWARDO CASTILLO V. HILLSBOROUGH COUNTY SHERIFFS OFFICE |
| 02-7293 CA 23 | 11TH CIR, MIAMI-DADE CTY., FL, GENERAL JURISDICTION DIV | GARCIA, JORGE V. ELECTRIC LINE ASSOCS., INC., ALTEC INDUSTRIES, INC. & PACCAR, INC. |
| 02-CA 7258 DIV I | 13TH CIR, HILLSBOROUGH CTY., FL, CIVIL DIV | POWELL, DONNA & AMAHL V. BARBARA MEGHAN & STEVEN LABRAKE |
| 03-91-CA | 2ND CIR, WAKULLA CTY., FL | HARRELL, JOSEPH, JR., EST OF JOSEPH HARRELL, III V. AZTEC ENVIRONMENTAL, ICN. & ERNEST JONES |
| 03-V-061 | SUPERIOR CT, BACON CTY., GA | LAWSON, JIMMY V. J.M. MILES CONSTRUCTION, ALLEN MILES CONSTRUCTION, INC., ET AL. |
| 04-7371 (02) | 17TH CIR, BROWARD CTY., FL | MONESTINE, TONY, EST OF DYOLA BERNADIN V. B & L SERVICE, INC. AND AAA WHEELCHAIR WAGON SERVICE, INC. |
| 04 C 1122 DIV III | CIR CT, HAMILTON CTY., TN | NAHABEDIAN, TOM & LOIS V. MAYFIELD DAIRY FARMS, INC. |
| 04 CA 6424 | 9TH CIR, ORANGE CTY., FL | COTTO, RAFAEL V. LAMIA MALDONADO & GOVT EMPLOYEES INS. CO. |
| 16-2004-8514 DIV CV-D | 4TH CIR, DUVAL CTY., FL | GOTTSHALL, STEVEN & KIMBERLY, EST OF THOMAS GOTTSHALL V. KASAM HOSPITALITY INC. D/B/A BEST WESTERN SOUTHSIDE HOTEL & SUITES |
| 16-2005-CA-1378 CV-G | 4TH CIR, DUVAL CTY., FL | MILNER, FREDERICK & JEANNA V. BEKINS VAN LINES, LLC, NEW DORP MOVING AND STORAGE, ICN. & DOLMAN DRICKETTS, ET AL. |
| 20-2003-CA-3553 DIV K | 13TH CIR, HILLSBOROUGH CTY., FL, CIVIL DIV | BURNUM, PATRICIA V. TRINITY SERVICES GROUP, INC. & HILLSBOROUGH COUNTY SHERIFF'S OFFICE |
| 2003 CA 77654 XXANAG | 15TH CIR, PALM BEACH CTY., FL | LIMERICK, LISA & JEFFREY V. PATRICIA WILLIAMS |
| 2004 CA 1821 | 15TH CIR, PALM BEACH CTY., FL | VERNATI, CHRISTINE, EST OF GARY VERNATI V. TBE GROUP, INC. D/B/A TAMPA BAY ENGINEERING, ET AL. |

Testimony List - F. Booeshaghi
03/14/2007 / Page 2

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| 2005-CA-3537 DIV B | 12TH CIR, MANATEE CTY., FL | WERSTLER, JASON, EST OF SIANE WERSTLER AND JOHN & TAYLOR WERSTLER (MINORS) V. VERIZON FL., INC. & TIMOTHY STEELE |
| 2:05-v00030 | US DIST CT, WESTERN DIST OF VA, BIG STONE GAP DIV | KENNEDY, MOLLIE, EST OF GREGORY KENNEDY V. JOY TECHNOLOGIES, INC. D/B/A JOY MINING MACHINERY & MATRIC LTD |
| 50 2005 CA-2721 | 15TH CIR, PALM BEACH CTY., FL | BEERS, STEPHEN, EST OF LESLEY BEERS V. GELCO CORP., REYNOLDS & REYNOLDS AND SHEILA HULICK |
| 50 2005 CA 4008XXMBAF | 15TH CIR, PALM BEACH CTY., FL | DULLEA, BRUCE, ET AL V. FRIES, SUSAN & PETER, FLORIDA STORM PANELS, INC., ET AL |
| 50 2005 CA 4748 XXXX MB AF | 15TH CIR, PALM BEACH CTY., FL | SALOME, JOHN V. HOWARD & PHYLLIS SARNER |
| 50 2006 CA 3176 MB AF | 15TH CIR, PALM BEACH CTY., FL | COOPER, ROBERT & SHANNAN AND LENNOX PORTER V. DAVID VELEZ & FLORIDA ROCK IND., INC. |
| 53-2001-CA-002868 SECTION 04 | 10TH CIR, POLK CTY., FL | MCALLISTER, SCOTT & KIM V. LIBRARY INTERIORS, INC. OF FLORIDA, INC. D/B/A EDUCATIONAL TECHNOLOGY FURNISHINGS, ET AL. |
| 6:05-CV-0015 | U.S. DIST CT, WESTERN DIST OF VA, LYNCHBURG DIV | SPEAR, DOUGLAS V. FINN-POWER INTERNATIONAL, INC. |
| 8:01-CV-28:1-T-23MAP | U.S. DIST CT, TAMPA DIV, MIDDLE DIST OF FL | ROBINSON, DAVID V. LINDE LIFT TRUCK D/B/A LINDE BAKER |
| CA 005157 AN | 15TH CIR, PALM BEACH CTY., FL | MCMILLAN, CHRISTOPHER V. RYDER TRUCK |
| CA 01-10175 AE | 15TH CIR, PALM BEACH CTY., FL | KRAUS, ROBERT, EST OF JULIA KRAUS V. AGRICULTURAL LAND SERVICES, INC., SMITH & CO., INC., CITI CAPITAL COMMERCIAL LEASING, ET AL |
| CA 02-5920 AB | 15TH CIR, PALM BEACH CTY., FL CIVIL DIV | OLIVERI, THOMAS & SANDRA V. PETER ZACHER, JUDITH BOROM & AMICA MUTUAL INS. CO |
| CA 02 8060 AA | 15TH CIR, PALM BEACH CTY., FL, CIVIL DIV | GILBERT, BARBARA V. JAMES & JANICE MERRITT FOR STEVEN MERRITT |
| CF 02-497 A-XX | 10TH CIR, POLK CTY., FL | STATE OF FL V. ROBERT ANDERSON |
| CL 01-0768 AF | 15TH CIR, PALM BEACH CTY., FL | SCHOBERG, CLAUDETTE, ESTS OF SCHOBERG, RAYMOND & CHILDREN V. HUBBARD CONSTRUCTION CO., ET AL |
| CV-01-097 | CIR CT, BARBOUR CTY., AL., CLAYTON DIV | DEVOSE, ELIJAH V. NEWMAN MACHINE CO., INC. GARRISON LUMBER CO., ET AL |
| CV-02-304 | CIR CT, CHAMBERS CTY., AL | PATTERSON, JOHNNY & SARAH V. WESTPOINT STEVENS, INC., R. H. ACQUISITION CORP., GASTON COUNTY DYEING MACHINE CO., ET AL |
| CV-03-397 | CIR CT, MONTGOMERY CTY., AL | SIMMONS, MARTHA, EST OF WILLIAM SIMMONS V. BOR-IT MANUFACTURING, INC. & GROUND AND PIPE TECHNOLOGY |
| CV-2001-4239 | 10TH CIR, JEFFERSON CTY., AL | GREEN, ROSE, EST OF ANTHONY JONES V. AL POWER CO., SECURITY LINK, ET AL |
| CV 02-4253 | CIR CT, MOBILE CTY., AL | NOLAN, JAMES V. SEARS ROEBUCK & CO. AND AMERICAN MACHINE & TOOL, INC. |
| CV 03-3983.51 | CIR CT, MOBILE CTY., AL | SPENCER, TERRY V. ARCTIC ICE CO., LTD., MODERN ICE EQUIPMENT & SUPPLY CO., INDEX SUPPLY CO., INC., ET AL |
| CV 05-7650 GWN | CIR CT, JEFFERSON CTY., AL | CARTER, ANNIE, EST OF EDNA CONNER V. ADT SECURITY SERVICES, INC., JACK MYERS, ET AL |
| MER-L-1626-02 | SUPERIOR COURT, MERCER COUNTY, NJ, LAW DIV | STANCATI, ANTONIO & FRANCIS V. WERNER CO., ABC COMPANIES, ET AL |
| UNK | UNK | BROOKS, RANDALL & WANDA V. L & D TIMBER CO., INC., ET AL |

Testimony List - F. Booeeshaghi
03/14/2007 / Page 3

| Court Case # | Court Jurisdiction | Style |
|---|---|---|
| | | DIAZ, ILIA MARRERO V. CARIBE GENERAL CONTRACTOR INC. COMPANIA DE SEGUROS ABC, ET AL. |



# Global Engineering & Scientific Solutions

www.gess1.com            3071 Highland Oaks Terrace, Suite 3C, Tallahassee, FL 32301 – Telephone: (850) 942-5300 – Fax: (850) 942-5305

## Standard Fee Schedule
### FEIN 71-1026621

**Professional Fees:**

| | |
|---|---|
| Senior Consulting Engineer | $250 per hour |
| Project Engineer | $125 per hour |
| Engineering Technician | $75 per hour |

**Retainers:**

Consulting Services                                    $2500 – $5000
*(Retainer amount based on scope and complexity of the work to be performed)*

Deposition
  In Tallahassee                                       $600
  Out of Town                                          $1,000 Minimum

**Initial File Review:**                               $500

**Expenses:**

Mileage                                                $0.50/mile
*(Charges begin at 100 miles per trip)*

Xerox Copies                                           $0.10/page
*(Charges begin at 100 pages at a time)*

Color Copies                                           $1.00/page

**Evidence Storage:**

| | |
|---|---|
| Automobiles | $175 per month |
| Large items | $75  per month |
| Small Items | $175 per year |

- Travel time is billed portal to portal
- 7% office fee added to each invoice[1]
- Finance charges may apply to invoices over 30-days past due

[1] Covers overhead costs and other out-of-pocket expenses not otherwise billed such as mileage, copying, etc.

*Rev. 05/2007*

Consulting            Accident Reconstruction            Failure Analysis            Graphics



# Global Engineering & Scientific Solutions

www.gess1.com     3071 Highland Oaks Terrace, Suite 3C, Tallahassee, FL 32301 – Telephone: (850) 942-5300 – Fax: (850) 942-5305

## *Curriculum Vitae*
## Farhad Booeshaghi, Ph.D., P.E.

Professional engineer specializing in failure analysis, product design, manufacturing and safety-related issues, vehicular-accident reconstruction, occupant kinematics, and injury causation.

## EDUCATION

| | |
|---|---|
| 2005 | **Certification in Biomedical Engineering**<br>University of Florida, Gainesville, FL |
| 1997 | **Doctor of Philosophy in Mechanical Engineering**<br>Concentration: Mechanics and Materials<br>Florida State University, Tallahassee, FL |
| 1987 | **Master of Science in Mechanical Engineering**<br>Concentration: Dynamics and Controls<br>University of Alabama, Tuscaloosa, AL |
| 1984 | **Bachelor of Science in Mechanical Engineering**<br>University of Alabama, Tuscaloosa AL |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007 – Present | **Global Engineering & Scientific Solutions, LLC,** *a/k/a* **GESS**<br>**Tallahassee, FL**<br>Consulting Engineer/Managing Member |
| 2007 | **BEC Consulting, LLC, Tallahassee, FL**<br>**(Formerly Benedict Engineering Company, Tallahassee, FL)**<br>Consulting Engineer/General Manager |
| 1998 to 2006 | **Benedict Engineering Company, Tallahassee, FL**<br>Consulting Engineer/Engineering Team Leader |
| 1992 to 1997 | **Benedict Engineering Company, Tallahassee, FL**<br>Consulting Engineer – Part Time |
| 1999 to present | **FAMU-FSU College of Engineering, Tallahassee, FL**<br>Adjunct Professor<br>Courses taught: Design Methods in Product Design and Manufacturing, |

Consulting          Accident Reconstruction          Failure Analysis          Graphics

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 2 of 8

|   |   |
|---|---|
| | Safety Engineering, Ergonomics and Human Factors Engineering, and Nanotechnology |
| **1992 to 1998** | **FAMU-FSU College of Engineering, Tallahassee, FL** |
| 1997 to 1998 | Post-Doctoral Research Associate – National High Magnetic Field Laboratory |
| 1994 to 1997 | Research Assistant |
| 1992 to 1994 | Graduate Teaching Assistant |
| **1995 to 1997** | **Tallahassee Community College, Tallahassee, FL** |
| | Math and Science Instructor |
| **1986 to 1991** | **University of Alabama, Tuscaloosa, AL** |
| 1987 to 1991 | Engineering and Mathematics Instructor |
| 1986 to 1987 | Graduate Teaching Assistant |
| **1984 to 1986** | **Rochester Products/Division of General Motors** |
| | University of Alabama Mechanical Engineering Design Clinic, Tuscaloosa, AL |
| | Design/Maintenance Engineer |

## LICENSES, REGISTRATIONS, & CERTIFICATIONS

| | |
|---|---|
| No. 53905 | State of Florida Professional Engineer |
| No. 24561 | State of Alabama Professional Engineer |
| No. 31784 | State of California Professional Engineer |
| No. 24486 | State of South Carolina Professional Engineer |
| ACTAR No. 1016 | Accreditation: Commission for Traffic Accident Reconstruction |
| No. 8819-3783 | Certified Fire and Explosion Investigator (CFEI) |
| OSHA 29 CFR 1910.178 | Certified Forklift Operator |

## PROFESSIONAL ASSOCIATIONS

- American Society for Engineering Education (ASEE)
- American Society of Mechanical Engineers (ASME)
- American Society of Safety Engineers (ASSE)
- American Society for Testing and Materials (ASTM)
  Committees: ASTM G01, Corrosion of Metals, and ASTM E30, Forensic Sciences
- American Society for Materials (ASM)
- Florida Engineering Society (FES)
- National Society of Professional Engineers (NSPE)
- Phi Kappa Phi Honor Society
- The Minerals, Metals & Materials Society (TMS)
- Society of Automotive Engineers (SAE)

Consulting          Accident Reconstruction      Failure Analysis          Graphics

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 3 of 8

- Tau Beta Pi Engineering Honor Society (NES)

## WORK EXPERIENCE/COURSEWORK

| | |
|---|---|
| August 2004 | "Applications of Nano Technology in Vehicle Design"<br>Florida State University, Tallahassee, FL |
| July 2004 | "Human Factors for Transportation Engineers"<br>Florida Transportation Technology Transfer ($T^2$) Center, Gainesville, FL |
| July 2004 | "PC-Crash Advanced Training Workshop"<br>Macinnis Engineering Assoc. LTD., Vancouver, BC |
| April 2004 | "Analysis of Collisions Involving Pedestrians or Bicyclists"<br>Collision Safety Institute, Inc., Tallahassee, FL |
| September 2003 | "Crash Data Retrieval System Operator"<br>Collision Safety Institute, Inc., Tallahassee, FL |
| February 2003 | "Comprehensive Course in Auger Boring Technology"<br>Michigan State University, Lansing, MI |
| October 2002 | Full Day Clinical Shadowing, Dr. Andrew Wong, Orthopedic Surgeon<br>Tallahassee Orthopedic Clinic, Tallahassee, FL |
| October 2002 | Clinical Perceptorship, Total Knee Revision Surgery<br>Tallahassee Memorial Hospital, Tallahassee, FL |
| July 2002 | "General Industry Safety and Health," Course No. 700003537<br>OSHA |
| April 2001 | Regional Administration Conference<br>ASME 2001"Heating Boilers – Construction, Care and Operation"<br>ASME, Sections IV and VI, Tallahassee, FL |
| September 2000 | "Ergonomic Design Guidelines for Engineers"<br>Society of Manufacturing Engineers |
| August 2000 | Professional Leadership Seminar<br>ASME |
| March 2000 | "Commercial Vehicle Inspection and Collision Investigation"<br>Texas A&M University, Tallahassee, FL |
| 2000 | "Advanced Commercial Vehicle Inspection and Collision Investigation" |

Consulting          Accident Reconstruction          Failure Analysis          Graphics

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 4 of 8

Texas A&M University, Tallahassee, FL

| | |
|---|---|
| February 2000 | OSHA Compliance & Workplace Safety Seminar<br>OSHA |
| March 1999 | Truck Safety Inspection Program, Safety Management Councils<br>Sponsored by Florida/Georgia Trucking Associations |
| June 1999 | "HVE-2D Crash Analysis Training"<br>Northwestern University Traffic Institute, Tallahassee, FL |
| May 1998 | "Traffic Accident Reconstruction"<br>Northwestern University Traffic Institute, Tallahassee, FL |
| April 1998 | "Using PhotoShop"<br>Rockhurst College Continuing Education Center, Tallahassee, FL |
| 1996 to 1997 | HAZCOM Training<br>National High Magnetic Field Laboratory, Tallahassee, FL |

## PUBLICATIONS

Booeshaghi, Farhad, and H. Garmestani. "On the Application of Load Relaxation in Characterizing Superplastic Al-Li 8090 Over Large Strain-Rate Regimes." *Scripta Materialia* 40 (1999): 509-516. Booeshaghi, Farhad. "Basic Principles of Machine Guarding: an Engineer's Perspective." *The Brief* October 1998.

Booeshaghi, Farhad, and H. Garmestani. and Kalu, P. "Micromechanical Investigation and Phenomenological Modeling of AL-8090 Superplastic Materials." *Materials Science Forum* 243-245 (1997): 569-574.

Booeshaghi, Farhad, H. Garmestani, and P. Kalu. "Phenomenological Modeling of Superplasticity." Proceeding of TMS Annual Meeting, Lightweight Alloys for Aerospace Application IV, Orlando, FL, February 1997.

Booeshaghi, Farhad, and H. Garmestani. "On the Existence of Threshold Stress." *Scripta Materialia* 38 (1) (1997): 89-94

Booeshaghi, Farhad. "Phenomenological Modeling Based on Micromechanical Characterization of Superplastic Materials." Ph.D. diss., Florida State University, 1997.

Garmestani, H., P. Hollis, and Farhad Booeshaghi. *Experimental Methods in Solid Mechanics.* Laboratory Manual. Tallahassee: College of Engineering Mechanical Engineering Department, Florida State University, 1996

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 5 of 8

## PRESENTATIONS

Booeshaghi, Farhad. "Safety Engineering – What happened? How could it have been avoided?"
FAMU-FSU College of Engineering. Tallahassee, FL, November 2001

Booeshaghi, Farhad. "Accident Documentation." Lecture given at Crawford & Company.
Tallahassee, FL, August 2001.

Booeshaghi, Farhad. "Animation-Fact or Fiction." Lecture given at Alabama Trial Lawyers
Association. Mobile, AL, 2001.

## PATENTS

Booeshaghi, Farhad, Charles E. Benedict, Stephen R. Corbett, Christian A. Yates, et al. 2002.
"Pivotal Guards for Power Hand Tools with Rotating Discs." U.S. Patent 6,699,114, filed
April 26, 2002 and issued March 2, 2004.

Benedict Engineering Company. 2004. "Safety Guard Stop for Band Saws." U.S. Patent
Application 10/389,809, Notice of Allowance Oct. 8, 2004.

## RESEARCH PROJECTS

2002          Principal Research Investigator on a proposal submitted to the National Highway
              Traffic Safety Administration (NHTSA), titled: "Software to Calculate
              Relationships of Automotive Crash Forces to Specific Occupant Injuries in Real-
              World Crashes"

1992 to 1997  Research Investigator on projects initiated by: National Aeronautics and Space
              Administration (NASA), Florida Department of Transportation (FLDOT),
              National High Magnetic Field Laboratory (NHMFL), and Department of Energy
              (DOE)

## HONORS AND AWARDS

2003 to 2004     Chairman, ASME, Tallahassee Subsection
2002 to 2003     Program Chair, ASME Tallahassee Section
2002             Engineering Text Book Reviewer, *Methods, Standards and Work Design*
                 McGraw-Hill Companies, Burr Ridge, IL
2001 to 2002     Chairman, ASME, Tallahassee Subsection
2001 to present  Society of Automotive Engineers (SAE) Technical Paper Reviewer

Consulting          Accident Reconstruction          Failure Analysis          Graphics

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 6 of 8

| | |
|---|---|
| 1995 to 1996 | Teaching Associate of the Year, FAMU-FSU College of Engineering |
| 1995 to 1996 | Featured Speaker, Graduate International Student Orientations, Florida State University |
| 1996 | Featured Speaker, Chemical Engineering Department, FAMU-FSU College of Engineering |
| 1990 | Award for Academic Achievement by an International Student, University of Alabama |
| 1990 | Featured Speaker, Orientation Program for New Graduate Teaching Assistants, University of Alabama |

## REPRESENTATIVE PROJECTS

**Vehicular:**
- Determination of dynamics of motion, occupant kinematics, injury causation, crash momentum, and energy dissipated in vehicular accidents
- Performance of seat belt analysis and testing
- Consultation and design assistance in the instrumentation and setup of tests to evaluate and analyze vehicular characteristics in accidents
- Analysis of roadway conditions, including compliance with national safety standards

**Tractor-Trailer:**
- Tractor-trailer inspection with regard to annual inspection timeliness, driver's log, and conformance to Federal Motor Carrier Safety regulations
- Commercial vehicle brake-system analysis, concentrating on push rods, slack adjusters, and air pressure to determine attempted braking force v. actual braking force
- Tractor-trailer/automobile accident reconstruction, including underride, visibility, and intersection collisions

**Pedestrian:**
- Pedestrian-to-driver visibility determination, particularly at night
- Pedestrian walking speed and vehicle-impact speed calculations based on physical evidence, including damage to the vehicle and the final-rest position of the pedestrian
- Initial point-of-impact determination for the pedestrian to the vehicle, based on damage to the vehicle and injury to the pedestrian
- Nighttime reenactment to determine pedestrian visibility to the driver

**Motorcycle:**
- Accident reconstruction involving motorcycles and automobiles
- Bulb-filament analysis to determine headlight illumination prior to collision
- Speed calculation of motorcycle prior to braking based on perception-reaction, length of skid, and damage to motorcycle

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 7 of 8

**Railroad:**
- Sight-distance triangle determination based on AASHTO recommendations for safe grade crossings
- MUTCD-recommendations comparison to rate the use and placement of warning signs at highway grade crossings
- Time-speed distance reconstructions in locomotive v. automobile collisions

**Construction/Industrial:**
- Reconstruction of the following types of industrial accidents: chemical releases, slip, trip and falls, tie downs, electrocutions, electrical fires, explosions, hole openings
- Analysis of incidents based on OSHA compliance specifications
- Accident analysis involving the following: pools and water sports, amusement-park rides, lumber processing, sewer lines, woodworking, textiles, mining, refinery, bakery, and industrial equipment used in construction, and manufacturing settings

**Product Analysis and Design:**
- Investigation of accidents related to product design, manufacturing, assembly maintenance, service, and repair in industrial and residential settings
- Failure analysis of: grinders, grinder disks, saws, saw blades, lathes, mills, shapers, presses, wenches, conveyors, jacks, bailers, compressors, automatic doors, cranes, motor homes, forklifts, bulldozers, backhoes, scaffolding and catwalks, industrial wash drums, commercial washing machines, man-lifts, manholes, platforms, elevators, escalators, ladders, augurs, tractor-trailer accessories, seat covers, gas nozzles, asphalt machines, packaging equipment, chairs, tables, carpet-weaving and carpet-winding machines, electric motors, control systems, valves, tankers, storage tanks, drums, high pressure water blaster,
  protective vests, tents, boilers, chicken processing machines, stoves and ovens, bread and bagel making machines, hydraulic and pneumatic cylinders, large scale bottle fillers, smoke detectors, blinds, toys, ballast-cleaning machines, trash compactors, and sanitary equipments.
- Design of hand and finger exercise equipment for people with arthritic conditions
- Determination of the mechanical characteristics of aluminum-lithium alloys utilizing bi-axial mechanical testing, optical microscopy, and x-ray diffraction techniques
- Utilization of ASTM standard mechanical tests in product analyses, including: load relaxation test, strain-rate change test, constant strain-rate test, uni-axial tension test, compression test, three and four point bending tests, high strain-rate impact test, torsion test, low and high cycle fatigue test, biaxial loading test, micro-hardness test
- Testing and determination of fatigue-life mechanical properties of a copper-silver alloy structural conductor used in the World Record 33 Tesla Resistive Magnet
- Determination of the existence of threshold stress in region I of superplastic Al-7475 and Al-Li 8090Development of a new model to characterize inelastic deformation of superplastic materials for all ranges of temperature and strain rateCharacterization of materials, e.g., aluminum alloys, titanium alloys, metal matrix composites, fiber reinforced carbon-carbon composites, fiber reinforced concrete

Consulting          Accident Reconstruction          Failure Analysis          Graphics

Farhad Booeshaghi, Ph.D., P.E.
Curriculum Vitae
Page 8 of 8

- Performance of micro-characterization using Electron Backscatter Pattern (EBSP) in conjunction with Orientation Imaging Microscopy (OIM), x-ray diffraction and texture analysis, microtexture and mesotexture analysis, and optical microscopy
- Design and manufacture assistance of bi-axial testing fixtures
- Design and fabrication of high-temperature tensile grips
- Analysis of safety issues during the design, manufacture, assembly, and installation of BEC's NuShore Beach Reclamation System and the control-system design and manufacture for BEC's U.S. Navy material-handling system
- Design and patent of safe guarding mechanisms for band saw, sander-grinder, and router

**Process Development:**
- Layout design and assistance in the setup of the solid mechanics laboratory FAMU-FSU College of Engineering Assistance in the development and implementation of educational mechanical-testing methods
- Analysis of daily technical problems, determination of solution, and implementation of a preventive maintenance program at the Rochester Products Carburetor Assembly Plant

*03/07*
*GESS*

Consulting          Accident Reconstruction          Failure Analysis          Graphics