IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO.: |
| ) | 2:06 CV0412-.DRB |
| E & R MANUFACTURING CO., INC., and ) | |
| BESSER COMPANY, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff, in the above styled action and in keeping with this Court's Scheduling Order files the following Notice Concerning Settlement Conference and Mediation, saying as follows:

1. The parties in this case have met in a face-to-face settlement conference to discuss, in good faith, the potential for settlement of this case. Although settlement was not reached, both parties believe Mediation will assist them in resolving this case in short of trial and both parties have agreed to submit this matter to Mediation within the next 45 days. Mediation has been tentatively scheduled during the month of October 2007.

Respectfully submitted this the 24TH day of August, 2007.

**MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC**

/s/ S. Mark Andrews_____
S. Mark Andrews (AND063)
Attorney for Plaintiffs
P.O. Box 1649
Dothan, Alabama  36302
(334) 792-1420

1

**CERTIFICATE OF SERVICE**

    I, hereby certify that I have this the 24th day of August, 2007, mailed a copy of the foregoing, postage prepaid and properly addressed, to:

Steadman S. Shealy, Jr.
SHEALY, CRUM & PIKE
P.O. Box 6346
Dothan, AL 36302-6346

Cory M. Curtis
BAKER & HOSTETLER, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

                                  /s/ S. Mark Andrews_____
                                  S. Mark Andrews (AND063)