IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06cv412-WHA ) |
| E&R MANUFACTURING CO., INC., CARY MACKEY, BESSER COMPANY, | ) ) ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on Motions for Summary Judgment, which are currently under submission. On August 24, 2007, the parties filed a Notice Concerning Settlement Conference and Mediation in which they informed the court that they believe the case can be settled through mediation, that mediation would occur within 45 days, and that mediation was tentatively scheduled for October 2007.

The parties are advised that the court will defer consideration of the Motions until after mediation has been completed and the court advised of the results, unless the parties advise the court that they would prefer that the court consider and rule on the pending Motions for Summary Judgment at this time, in which case they are ORDERED to so advise the court in writing on or before September 6, 2007.

Done this 30th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE