IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:06-CV-0412-WHA |
| ) | |
| E&R MANUFACTURING ) | |
| COMPANY, INC., CARY MACKEY, ) | |
| BESSER COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BESSER COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT PLAINTIFF'S RESPONSES TO DEFENDANTS E&R MANUFACTURING COMPANY, INC.'S, AND BESSER COMPANY'S MOTIONS FOR SUMMARY JUDGMENT**

Defendant Besser Company ("Besser"), by and through its counsel, Baker & Hostetler LLP and Haskell Slaughter Young & Gallion, LLC, submits its Opposition (the "Opposition") to Plaintiff's Motion to Supplement Plaintiff's Responses to Defendants E&R Manufacturing Company, Inc.'s and Besser Company's Motions for Summary Judgment (the "Motion to Supplement") and states as follows:

1. The Motion to Supplement should be denied. The plaintiff disregarded the Court's Uniform Amended Scheduling Order, which has been in effect since October 2006 (the "Scheduling Order"). In addition, the plaintiff failed to provide the Court with *any* legal authority or *any* factual basis to grant the motion. Most important, the plaintiff failed to make *any* showing of "good cause."

2. Pursuant to the Court's Order dated August 1, 2007 (the "August 2007 Order"), which established the summary judgment briefing schedules, and the Scheduling Order, the

plaintiff's brief and proper evidentiary materials responsive to Besser's summary judgment motion were to be submitted on or before August 21, 2007. Since the Motion to Supplement seeks to modify (and sidestep) the August 2007 Order and the Scheduling Order, it is governed by Rule 16(b). In that case, it is the plaintiff's burden to show that good cause exists for modifying the August 2007 Order and the Scheduling Order to permit him to supplement his opposition to the summary judgment motions at this time. *See Murphy v. Southern Energy Homes, Inc.*, No. 2:06-cv-618-MEF, 2007 WL 2080428, at *1 (M.D. Ala. July 18, 2007); *Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1419 (11th Cir. 1998).

3.  It is well established that courts evaluate motions to supplement summary judgment motions under the "good cause" standard. *Sanders v. City of Union Springs*, 405 F.Supp.2d 1358, 1362 n.5 (M.D. Ala. 2005) (recognizing that plaintiff moving to supplement evidence in opposition to summary judgment must show good cause); *Le Moine v. Combined Comm. Corp.*, No. 95 C 5881, 1996 WL 332688 (N.D. Ill. June 13, 1996) (denying motion to supplement summary judgment motion where movant failed to demonstrate good cause and failed to cite any legal authority) (not reported in Federal Supplement).

4.  In this case, the plaintiff failed to show good cause and the Motion to Supplement lacks any factual or legal support. It must be denied.

Respectfully submitted this 31st day of August 2007.

By: /s/ Cory M. Curtis

Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Laurin D. Quiat (Colo. Bar No. 14687)
Wade A. Mitchell (Ohio Bar No. 0030647)

                    Cory M. Curtis (Colo. Bar No. 34907)
                    *Attorneys for Defendant Besser Company*

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
(334) 265-8573
(334) 264-7945

**BAKER & HOSTETLER LLP**
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600
(303) 861-7805

3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485
(216) 861-7971
(216) 696-0740

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2007, I electronically filed the foregoing ***DEFENDANT BESSER COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT PLAINTIFF'S RESPONSES TO DEFENDANTS E&R MANUFACTURING COMPANY, INC.'S, AND BESSER COMPANY'S MOTIONS FOR SUMMARY JUDGMENT*** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing upon the following:

S. Mark Andrews
Morris Cary Andrews Talmadge & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, AL 36302

Steadman S. Shealy, Jr.
Shealy, Crum & Pike, P.C.
2346 West Main Street, Suite 1
P.O. Box 6346
Dothan, AL 36302

By: /s/ Cory M. Curtis