IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO.: |
| ) | 2:06 CV0412-.DRB |
| E & R MANUFACTURING CO., INC., and ) | |
| BESSER COMPANY, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO ALLOW PLAINTIFF TO RESPOND TO DEFENDANT BESSER COMPANY'S REPLY BRIEF IN FURTHER SUPPORT OF IT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff in the above styled matter and moves upon this Court to grant Plaintiff leave to respond to Defendant Besser Company's Reply Brief in Further Support of its Motion for Summary Judgment, saying as follows:

Defendant Besser has for the first time raised issues as to Plaintiff's experts, as well as additional arguments and case law previously not raised, and Plaintiff seeks leave from this Court to address the new and additional issues raised by Defendants in their Reply Brief as set forth in Plaintiff's Reply attached hereto as Exhibit A to this Motion.

Respectfully submitted this the _____ day of August, 2007.

**MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC**

/s/ S. Mark Andrews
S. Mark Andrews (AND063)
Attorney for Plaintiffs
P.O. Box 1649
Dothan, Alabama  36302
(334) 792-1420

**CERTIFICATE OF SERVICE**

I hereby certify that I have this the __31st__ day of August, 2007, mailed a copy of the foregoing, postage prepaid and properly addressed, to:

Steadman S. Shealy, Jr.
SHEALY, CRUM & PIKE
P.O. Box 6346
Dothan, AL 36302-6346

Cory M. Curtis
BAKER & HOSTETLER, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

/s/ S. Mark Andrews
S. Mark Andrews (AND063)