IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:06cv412-WHA |
| | ) |
| E&R MANUFACTURING CO., INC. and | ) |
| BESSER COMPANY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Plaintiff's Motion to Supplement (Doc. #58), Defendant Besser Company's Opposition thereto, and the Plaintiff's Motion for Leave to Allow Plaintiff to Respond to Defendant Besser Company's Reply Brief (Doc. #61).

For good cause shown it is hereby ORDERED as follows:

1. The Motion to Supplement (Doc. #58), which seeks to add page and paragraph numbers to citations of relatively short evidentiary submissions to which the Defendants have responded in their Reply briefs, is GRANTED.

2. The Motion for Leave to Allow Plaintiff to Respond to Defendant Besser Company's Reply Brief (Doc. #61) is GRANTED.  The clerk is DIRECTED to docket the attachment to the Motion as a response brief filed by the Plaintiff.

3. The Defendants are given until **September 12, 2007** to file any response they may wish to file to the Plaintiff's August 31, 2007 response brief.

Done this 31st day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON

SENIOR UNITED STATES DISTRICT JUDGE