**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 2:06-CV0412-WHA |
| | ) | |
| **E&R MANUFACTURING CO., INC.,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO REQUEST COURT TO RULE ON DEFENDANTS' MOTIONS
FOR SUMMARY JUDGMENT PRIOR TO MEDIATION**

COME NOW the Defendants' and respectfully requests this Honorable Court, pursuant to its Order dated August 30, 2007, to consider and rule on all parties' pending Motions for Summary Judgment prior to the mediation which is tentatively scheduled for October 2007.

Respectfully submitted this the 6th day of September, 2007.

/s/ Steadman S. Shealy, Jr._____
Attorney for Defendant E & R Mfg.
Co., Inc.

OF COUNSEL:
Shealy, Crum & Pike, P.C.
2346 West Main Street
Suite 1
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel: (334) 677-3000
Fax: (334) 677-0030

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically mailed a copy of the foregoing, properly addressed and postage prepaid, to:

| | |
|---|---|
| Mark Andrews | Cory Curtis |
| 3334 Ross Clark Circle | Baker & Hostetler, LLP |
| Post Office Box 1649 | 303 East 17th Avenue |
| Dothan, Alabama 36302 | Suite 1100 |
| | Denver, CO 80203 |

Constance C. Walker
Thomas T. Gallion, III
Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, Alabama 36103-4660

This the 6th day of September, 2007.

                                                /s/ Steadman S. Shealy, Jr.
                                                OF COUNSEL