IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:06-CV-0412-WHA |
| ) | |
| E&R MANUFACTURING ) | |
| COMPANY, INC., CARY MACKEY, ) | |
| BESSER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Besser Company ("Besser"), a defendant in the above-captioned matter, and pursuant to the Order of this Court dated August 31, 2007 and Federal Rule of Civil Procedure 7.1 makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Besser is a corporation organized and existing under the laws of the State of Michigan. The following information is hereby reported:

    1.    Besser has no parent corporation and no publicly held corporation owns any of Besser's stock. Thus, there are no reportable relationships.

Dated this 11th day of September, 2007.

By: /s/ Cory M. Curtis
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)

                                                    Laurin D. Quiat (Colo. Bar No. 14687)
                                                    Wade D. Mitchell (Ohio Bar No. 0030647)
                                                    Cory M. Curtis (Colo. Bar No. 34907)
                                                    *Attorneys for Defendant Besser Company*

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
(334) 265-8573
(334) 264-7945

**BAKER & HOSTETLER LLP**
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203
(303) 861-0600
(303) 861-7805

3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485
(216) 861-7971
(216) 696-0740

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 11th day of September, 2007, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing upon the following:

S. Mark Andrews
Morris Cary Andrews Talmadge & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, AL 36302

Steadman S. Shealy, Jr.
Shealy, Crum & Pike, P.C.
2346 West Main Street, Suite 1
P.O. Box 6346
Dothan, AL 36302

              By: /s/ Cory M. Curtis

27821