IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.: |
| | ) 2:06 CV0412-WHA |
| E & R MANUFACTURING CO., INC., | ) |
| et al. | ) |
| | ) |
| DEFENDANTS. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW E&R Manufacturing Company, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and the provisions of the Middle District of Alabama's General Order No. 3047:

[ ]   This party is an individual, or

[ ]   This party is a governmental entity, or

[X]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

_____                    _____

_____                    _____

_____                    _____

_____                    _____

Date: 09/12/07                                    Counsel for Defendant, E&R
                                                  Manufacturing Co., Inc.

                                                  */s/ Steadman S. Shealy, Jr.*
                                                  Steadman S. Shealy, Jr. (SHE023)
                                                  ASB 2193 Y88S
                                                  Shealy, Crum & Pike, P.C.
                                                  P. O. Box 6346, Dothan, AL 36302-6346
                                                  Telephone 334-677-3000
                                                  Fax 334-677-0030


## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

S. Mark Andrews
Morris, Cary, Andrews,
Talmadge, Jones & Driggers
P. O. Box 1649
Dothan, AL 36302

Constance C. Walker
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion, LLC
Post Office Box 4668
Montgomery, AL 36103-4660

Cory M. Curtis
Laurin D. Quiat
Wade A. Mitchell
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

This the 12th day of September, 2007.

                                                  */s/ Steadman S. Shealy, Jr.*
                                                  Steadman S. Shealy, Jr. (SHE023)
                                                  ASB2193 Y88S