**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 13, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Jackson v. E & R Manufacturing Company, Inc.

Case Number:   2:06cv00412-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 67   filed on   September 21, 2007.**