**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DAVID JACKSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION NO.** |
| vs. | ) **2:06-CV-0412-WHA** |
| | ) |
| **E&R MANUFACTURING COMPANY, INC., CARY MACKEY, BESSER COMPANY,** | ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the plaintiff and defendants Besser Company and E&R Manufacturing Company, Inc. have reached a settlement. Defendant Mackey was previously dismissed from this matter. The parties anticipate filing a joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41 within the next thirty days.

Respectfully submitted this 24th day of October 2007.

By: /s/ S. Mark Andrews
*Attorneys for Plaintiff*
Morris Cary Andrews Talmadge & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, AL 36302

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of October 2007, I electronically filed the foregoing *Plaintiff's Notice of Settlement* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing upon the following:

Steadman S. Shealy, Jr.
Shealy, Crum & Pike, P.C.
2346 West Main Street, Suite 1
P.O. Box 6346
Dothan, AL 36302

Cory M. Curtis
Laurin D. Quiat
Baker & Hostetler LLP
303 E. 17th Ave., Suite 11000
Denver, CO

Wade A. Mitchell
Baker & Hostetler LLP
3200 National City Center
1900 E. 19th St.
Cleveland, OH 44114-3485

Constance Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36104

                                              By: /s/ S. Mark Andrews (AND063)