In The United States District Court
Middle District of Alabama, Northern Division

**RECEIVED**

2007 OCT 29  P 3: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Jackson                )
                             )
                             )
                             )
      Plaintiff              )
                             )
v.                           )   CIVIL ACTION NO.:
                             )   2:06 CV0412-DRB
                             )
E & R Manufacturing Company, Inc.,  )
                             )
                             )
      Defendant.             )

### REPORT OF MEDIATOR

The above matter was mediated by the undersigned on October 18, 2007. As a result of the mediation, and subsequent negotiations, the parties reached an agreement which effectively disposes of all issues between plaintiff and defendant.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

*Brad Wash*
Brad Wash, Mediator
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 23rd day of October, 2007.

Mark Andrews, Esq.
**Morris, Cary, Andrews, Talmadge & Jones, LLC**
P.O. Box 1649
Dothan, AL 36302

Steadman S. Shealy, Jr., Esq.
**Shealy, Crum & Pike, P.C.**
P.O. Box 6346
Dothan, AL 36302

Cory M. Curtis, Esq.
**Baker & Hostetler, L.L.P.**
303 East 17th Avenue, Ste. 1100
Denver, CO 80203

Brad Wash, Mediator