IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv412-WHA |
| ) | |
| E & R MANUFACTURING COMPANY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is set for trial on December 10, 2007. On October 24, 2007, Plaintiff's counsel filed Plaintiff's Notice of Settlement (Doc. #70), advising the court that the case has been settled. The parties are advised that, unless good cause is shown to the court **before noon on December 7, 2007**, an order will be entered at that time dismissing the case with prejudice.

DONE this 5th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE