IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) CIVIL ACTION NO.: |
| | ) 2:06 CV0412-DRB |
| E & R MANUFACTURING CO., INC., | ) |
| DEFENDANTS. | ) |

### JOINT STIPULATION FOR DISMISSAL

Come now the Plaintiff, David Jackson, and Defendant, E & R Manufacturing Company, Inc., by and through their counsel of record in the above styled cause, and stipulate and agree that this cause be dismissed with prejudice as to said Defendant, with each party to bear their costs of court.

Dated this the 27 day of November, 2007

_____
S. Mark Andrews (AND063)
Attorney for Plaintiff

_____
Steadman S. Shealy, Jr. (SHE023)
Attorneys for Defendant,
E&R Manufacturing Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid and properly addressed, to:

Constance C. Walker
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion, LLC
Post Office Box 4668
Montgomery, AL 36103-4660

Cory M. Curtis
Laurin D. Quiat
Wade A. Mitchell
Baker & Hostetler, LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203

This the 27 day of November, 2007.

_____
S. Mark Andrews (AND063)