IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JACKSON, )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>E & R MANUFACTURING CO., INC., )<br>DEFENDANTS. ) | CIVIL ACTION NO.:<br>2:06 CV0412-DRB |

## ORDER

On joint motion of the parties, it is hereby ORDERED that the above styled cause be and the same is hereby dismissed with prejudice as to Defendant E&R Manufacturing, with each party to bear its costs of court.

This the ___ day of _____, 2007.

_____
U.S. DISTRICT JUDGE